| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Gypsum Construction, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **36-2966769** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **9525 W. Bryn Mawr Avenue, Suite 900 Rosemont, Illinois**     ZIP CODE **60018** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business: **COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other **Real Estate Devlp./Constr.**

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check **one** box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [ ] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [x] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [x] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)   USG Gypsum Construction, Inc.

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **M. Ecker & Co. of Florida, Inc.** | Case Number: | Date Filed: |
| District: **Northern District of Illinois, Eastern Division** | Relationship: **Corporate Affiliate of Debtor** | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition | Name of Debtor(s): **Gypsum Construction, Inc.** |
| *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X *(signature)*

Signature of Attorney for Debtor(s)
**Bruce L. Wald**
Printed Name of Attorney for Debtor(s)
**Tishler & Wald, Ltd.**
Firm Name
**200 S. Wacker Drive, Suite 3000**
**Chicago, Illinois 60606**
Address
**(312) 876-3800**
Telephone Number
*1-3-14*
Date
**Bar No.: 02919095**
**Fax: (312) 876-3816**
**E-mail: bwald@tishlerwald.com**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *(signature)*
Signature of Authorized Individual
**Nick Andreolas**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
*1-3-14*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:

      Gypsum Construction, Inc.,

             Debtor

                        Case No.

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Ecker Enterprises, Inc. | None | 100% | Common Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _Nick Andreolas, President_ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: _1-3-2014_

Signature: _____

Printed Name:  Nick Andreolas

Title:  President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Gypsum Construction, Inc.**                    Case No.

   Debtor.                                        Chapter  **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  **Gypsum Construction, Inc.**   (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:


**X**  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

   **Ecker Enterprises, Inc. (owns 100% of the Debtor)**


OR,

_____ There are no entities to report.


By:_____

   **Bruce L. Wald**
   Signature of Attorney

   Counsel for **Gypsum Construction, Inc.**
   Bar no.: **02919095**
   Address.: **200 S. Wacker Drive, Suite 3000**
                 **Chicago, Illinois 60606**

   Telephone No.: **(312) 876-3800**
   Fax No.: **(312) 876-3816**
   E-mail address: **bwald@tishlerwald.com**

## UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re:

Case No. BKY

Gypsum Construction, Inc.,

Debtor(s)

Chapter 7 Case

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Nick Andreolas, declare under penalty of perjury that I am the President of Gypsum Construction, Inc., a Arizona corporation and that on October 31, 2013 the following resolution was duly adopted by the Directors and shareholders of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nick Andreolas, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Nick Andreolas, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Nick Andreolas, President of this corporation, is authorized and directed to employ Bruce L. Wald, attorney and the law firm of Tishler & Wald, Ltd. to represent the corporation in such bankruptcy case."

| Executed on: 1-3-14 | Signed: |
| --- | --- |
|  | Nick Andreolas 9525 W. Bryn Mawr Avenue, Suite 900, Rosemont, IL  60018 (*Name and Address of Subscriber*) |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS

In re  **Gypsum Construction, Inc.**

_____,   Case No. _____

Debtor

Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4.  Total from Schedule F | | $ |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS

In re **Gypsum Construction, Inc.**

_____,

Debtor

Case No. _____

Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | | $          0.00 | | |
| B - Personal Property | | | $          0.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | $     4,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | $    26,273,161.27 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 0 | $          0.00 | $    30,273,161.27 | |

B6A (Official Form 6A) (12/07)

In re **Gypsum Construction, Inc.,** _____     Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re **Gypsum Construction, Inc.,**_____     Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

        Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

        **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

        If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account #2153129537 Associated Bank | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  **Gypsum Construction, Inc.,** _____          Case No. _____
                                        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |

B 6B  (Official Form 6B) (12/2007)

In re **Gypsum Construction, Inc.,**_____     Case No. _____
                                **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | |

_2_ continuation sheets attached        Total ▶

$0.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (04/13)

In re **Gypsum Construction, Inc.,**                                    Case No. _____
                        **Debtor**                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re **Gypsum Construction, Inc.** _____,   Case No. _____
     **Debtor**                                                         **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

  State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

  List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

  If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

  If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

  Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Associated Bank, N.A.**<br>**Attn: Craig Thessin, VP**<br>**200 E. Randolph Street**<br>**Chicago, IL 60601** | X | | **7/18/2011**<br>**Guaranty of Loan to Ecker Enterprises, Inc.**<br><br>**No assets available for secured creditor.**<br>VALUE $  **$0.00** | | X | | **$4,000,000.00** | **$4,000,000.00** |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| _**0**_ continuation sheets attached | Subtotal ▶<br>(Total of this page) | $  **4,000,000.00** | $  **4,000,000.00** |
| | Total ▶<br>(Use only on last page) | $  **4,000,000.00** | $  **4,000,000.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re

**Gypsum Construction, Inc.**                                  ,        Case No._____

Debtor                                                                  *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ]  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ]  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/13) – Cont.

**In re** __Gypsum Construction, Inc._____ ,    **Case No.**_____
                    Debtor                                                    *(if known)*


☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

  Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


___0__ continuation sheets attached

B 6F (Official Form 6F) (12/07)

In re **Gypsum Construction, Inc.** _____,      Case No. _____
    **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Danny & Franie Kenner (3518 Bullfinch Ave., N. Las Vegas NV 89084)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 07/14/2011<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br><br>**John Bagnuolo**<br>**1765 Gentle Brook Street**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>Maria Del Carmen Grajeda (1070 Cryer Ct., Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

|  | Subtotal▶ | $ **20,000.00** |
|---|---|---|

**479** continuation sheets attached

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,    Case No. _____
.........................**Debtor**....................................................................**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Vera Fairall 1828 Arch Stone Ave. N. Las Vegas, NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** | | | 06/25/2010 | | | | |
| Wardner & Evelyn Amaral (7516 Crescentville, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.** | | | | | | | |
| **[Formerly Steve Uretsky], S&J Property 0001LLC 1833 Arch Stone Avenue N. Las Vegas, NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** | | | 08/02/2000 | | | | |
| A. Arias & V. Badillo (5303 Kadena Garden, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$40,000.00** |

Sheet no.__**1**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **50,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
        **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>A. J. McClure & Christine Manio (1089 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>A. James & J. Andrews (7133 Mercurio, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/16/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br>A. Ron & Galina Evangelista (7221 Real Quiet Dr, Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W.Sahara Ave. Suite 105 Las Vegas, NV 89102 | | | 06/09/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br><br>Aaron & Dawn Gamboa 2591 Land Rush Dr. Henderson, NV 89002 | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **2** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____

       **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Aaron Halby (7041 Bocaire, Las Vegas NV 89131)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court Suite 210**<br>**Las Vegas, NV 89128** | | | 06/25/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Ace Sec Corp Home Equity Loan TR Bank HSBC USA NA TRS (1065 Cryer Ct., Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Ada Liz Murillo & Jose Poza (1065 Slate Crossing #101, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Adam & Karie Johnson and Dan P. & Linda Malone (1101 Pleasure Lane #101, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __**3**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                              Subtotal▶ $     **40,000.00**

                                              Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 09/17/2008 | | | | |
| **Adam Bennion 1627 Lefty Garcia Way Henderson, NV 89002** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** | | | 06/25/2010 | | | | |
| **Adam Lesko (6805 Woodland Vase, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** | | | | | | | |
| **Adam Vesely 6137 Bayard St. Las Vegas, NV 89148** | | | Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |
| **ACCOUNT NO.** | | | 08/02/2000 | | | | |
| **Adelaida Quintana (5627 Sage Springs Street, Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | $10,000.00 |

Sheet no. __4__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **70,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Gypsum Construction, Inc._____,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Afshin Monsefi (1153 Amarillo Sky #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Agnes Rock (7125 Bocaire Dr., Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Aida A. Chiong (6218 Desert Lavender Ave., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Aida L. Caceres (1070 Cryer Ct., Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no.__5__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **30,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____

**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Akio & Mildred Higa (10122 Nolinas St., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** Al & Dori Walker 5639 Deer Run Court N. Las Vegas, NV 89031 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** Alan M. Kowalczuk 1611 Lefty Garcia Way Henderson, NV 89002 | | | 09/17/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** Alan Sukita & Kevin Miyasato (1066 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **6** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **60,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____

          **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Albert & Jennifer Yuen (7037 Bocaire, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Albert A. & Louise Luberto 2596 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br><br> **Alejandro Serrano 2590 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br><br> **Aleksandr Pishchanskiy (9141 Cantina Creek Ct., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **7** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

        Subtotal▶    $    **110,000.00**

        Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____

　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Aleksandr Pishchanskiy (9206 Grassy Weep Ct., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Alexander E. Marti (1146 Heavenly Harvest #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Alexander Miletich, III (1103 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Alexis and Gina David c/o Robert C. Maddox & Associates 3811 W. Charleston Blvd. Suite 110 Las Vegas, nv 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __8__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,      Case No. _____

.......................**Debtor**................................................................(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Alexis and Gina David:**<br><br>**Alex and Gina David<br>7452 Grassy Field Ct.<br>Las Vegas, NV 89131** | | | | | | | |
| **ACCOUNT NO.**<br><br>**Alfred & Linda Tay<br>1048 Grand Cerritos<br>Las Vegas, NV 89183** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br>Alfred B.C. Tay, IRA (6264 Canebrake Court, Las Vegas NV 89141)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br>alfred B.C. Tay, IRA (6271 Canebrake Ct., Las Vegas NV 89141)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no.__**9**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Alfred Green (205 Lynbrook, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Alfredo & Norma Padrigan 6516 Summer Bluff Court N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Alfredo and Merry Bejar (10166 June Flower Ave., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Alfredo Balestreri (192 Mount St. Helens Dr., Henderson NV 89012 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __**10**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $          **0.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                                    ,        Case No. _____
           **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alfredo Felix (6079 Carlisle Crest, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/12/20101**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| ACCOUNT NO.<br>**Ali Fadavi (6525 Birdhouse, N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **07/14/2011**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| ACCOUNT NO.<br><br>**Alice Mejorado 6047 Eganridge Ct. N. Las Vegas, NV 89081** | | | **08/26/2003**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Alicia Mejorado (6047 Eganridge Court, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __11__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **30,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Alicia Olague (6424 Birdcall St., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Alisha D. Adkins (1158 Heavenly Harvest #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Allen & Bonita Kneller-Yee 3137 Gannon Ridge Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** Allen C. L. Yee & Bonita F. Kneller-Yee (3137 Gannon Ridge Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**12**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **30,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
_____**Debtor**_____                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Allie Sparky & Eugene W. Suydam, III**<br>**2562 Land Rush Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Alonzo C. Davis (3120 Manti Peak Ave., N. Las Vegas NV 89081)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Alonzo Davis**<br>**3120 Manti Peak Ave.**<br>**N. Las Vegas, NV 89081** | | | **08/26/2003**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Alvaro and Marlene Sotelo (5339 Reed Station, North Las Vegas NV 89031)**<br>**c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)**<br>**2475 Village View Drive**<br>**Suite 250**<br>**Henderson, NV 89074** | | | **08/02/2000**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. __13__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **100,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Alvin Nicdao (7846 Warwickshire Way, Las Vegas NV 89139)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Amanda & Daniel Carlson (8117 Celina Hills, Las Vegas NV 89131)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Amanda K. Garcia (1070 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Amanda Nemeth** **2578 Velez Valley Way** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **14** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **80,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.**                    ,        Case No. _____
       **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Amber Z. Cunningham & Megan A. Zaehringer (1150 Heavenly Harvest #101, Henderson NV 89002) c/Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Amelia & Larry Barr (7316 Fairwind Acres, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/16/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> **Amelia Cortez (6430 Bombax Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> **Amelia Cortez (6430 Bombax Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **15** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **10,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Gypsum Construction, Inc.**                           ,          Case No. _____
          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**American Asphalt & Grading Company**<br>**3624 Goldfield Street**<br>**Las Vegas, NV  89032** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| ACCOUNT NO.<br><br>**American Building Products**<br>**1803 S. Western Ave.**<br>**Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| ACCOUNT NO.<br><br>**American Communities aka Enchantment at Black Mountain**<br>**c/o W. Bradley Parsons, Esq. - Craig D. Guenther, P.C.**<br>**3037 E. Warm Springs Road Suite 100**<br>**Las Vegas, NV 89120** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| ACCOUNT NO.<br><br>**American Home MTGE Srvcing Inc.**<br>**2597 Velez Valley Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no.__**16**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **50,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
         **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Americo A. & Linda Constantino (1066 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Amie L. Turpin-Bigler 1604 Lefty Garcia Way Henderson, NV 89002 | | | 09/17/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** Amie L. Turpin-Bigler 1606 Lefty Garcia Way Henderson, NV 89002 | | | 09/17/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** Amy Bossung 2585 Velez Valley Way Henderson, NV 89002 | | | 09/17/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |

Sheet no. **17** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **160,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,        Case No. _____

                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Amy Devaul** **1653 Lefty Garcia Way** **Henderson, NV 89009** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Amy Eckardt & Kenneth Hemp** **2558 Land Rush Dr.** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Amy Morris** **2578 Lazy Saddle Dr.** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Amy N. Kaffka (1065 Thrill Court #101, Henderson NV 89002)** **c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)** **1955 Village Center Circle** **Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no.__**18**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶     $     **160,000.00**

Total▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,     Case No. _____

        **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Ana Marie & Ana Bustos (7337 Ribbon Ridge Ave., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. <br><br> 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Andrea & David Bertuccini (4216 Plummer Ct., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Andrea Draper (1069 Cryer Ct., Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> Andrea L. McCallin 2557 Velez Valley Way Henderson, NV 89002 | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **19** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal▶   $     **80,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,          Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Andrea M. Adams (1105 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Andrea Wagner (7884 Millbrookshire, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Andrew & Christine Austin (1039 Plentywood Pl., Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Andrew & Meshanda Bates (5324 Summer Trout, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no.__**20**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
                    **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Andrew and Gene Limtiaco (5310 Reed Station Street, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** Andrew L. Clapp & Andrea J. Lester (1143 Harts Bluff #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Andrew R. & Kathy D. Somodi 2222 Heavenly Lights Ave. Las Vegas, NV 89123** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Andrew S. & Andrea Clark (1101 Pleasure Lane #102, Henderson NV 89002) c/o Bruce Edwards, Esq. 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __21__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                    **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Andrew Wagner (6441 Bristlebird St., N. Las Vegas NV 89084)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 07/14/2011<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>Angel & Aracely Contreras (1025 Evening Fawn, North Las Vegas NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.**<br>Angel & Virginia Deleon (226 Opera House, Henderson NV 89012)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 04/20/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Angela Cabrela-Bell**<br>**1512 Barrington Oaks St.**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **22** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **50,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
 **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Angela R. Fisher** **1647 Lefty Garcia Way** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Angelica E. Borchardtz** **2586 Alias Smith Dr.** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Anguius & Terry, LLP** **1120 W. Town Center Drive, Suite 260** **Las Vegas, NV 89144** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$0.00** |
| **ACCOUNT NO.** Anitra Gilihan (609 Brown Breeches Ave., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __**23**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **100,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Ann M. Brennen (6833 Rolling Oaks Ct., Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Ann Marie Misner 966 Monte De Oro Avenue Las Vegas, NV 89183** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Ann Marie Morris (1143 Heavenly Harvest #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Ann Mayser (1159 Grass Pond #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **24** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **30,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
              **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Anne Wong (6070 Daisy Run Ct., Las Vegas NV 89120) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Annette German (1003 Dawn Valley, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> **Annette Martin (4228 Perfect Drift St., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/31/2011 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Annita L. & Scott McCrea 2592 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **25** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **100,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                    **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Antholyn M. & Leonida T. Torres**<br>**2575 Land Rush Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Anthony & Brenda McAllister (192 Ridge Crossing, Henderson NV 89002)**<br>**Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128)**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **05/2009**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Anthony & Cecelia Jordan (10016 Scenic Walk Ave., Las Vegas NV 89149)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/01/2009**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Anthony & Joseph Stella (8312 Celina Hills, Las Vegas NV 89131)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **06/25/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **26** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **80,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Anthony & Patricia Danford (5312 Summer Trout, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** Anthony & Rosalinda (1019 Dawn Valley, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Anthony & Sandy Brown 1632 Clint Canyon Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Anthony & Suzanne Jarmillo (193 Glen Falls, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **27** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **140,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Anthony & Suzette Cruz (1075 Silver Star, Henderson NV 89002) Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128) 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/2009**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Anthony and Jody Vanucci c/o Law Offices of Charles M. Pollock 10161 Park Run Drive Suite 150 Las Vegas, NV 89145** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| Additional Contacts for Anthony and Jody Vanucci:<br><br>**Anthony and Jody Vanucci 7840 Thunder Echo Las Vegas, NV 89131** | | | | | | | |
| **ACCOUNT NO.**<br>**Anthony B. & Caterina A. Campo 2550 Land Rush Dr. Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no.__**28**__of__**479**__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **60,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Anthony Favata (4117 Thunder Twice, Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |
| **ACCOUNT NO.** <br> **Anthony Lentini (7121 Bocaire Dr., Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **06/25/2010** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Anthony Mason (5904 Running Horse Dr., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Anthony S. Cumomo and Donald P. Thompson (7317 Perfect Day Ave., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |

Sheet no. __**29**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **50,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,        Case No. _____
          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Antoinette G. Mega (1147 Harts Bluff #101, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Antonella Bondi (1089 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Antonija Markotic-Krezo (7221 Dry Lake Ct., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Antonio & Noemi Aguilera 6504 Night Owl Bluff N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no.__30__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $     **30,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,        Case No. _____
_____**Debtor**_____                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Anzhela Narinyan (7232 Nova Ridge Ct., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **April R. Crawford 2550 Lazy Saddle Ave. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Ara Khatchadourian (4777 Pearl Bay Court, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Araceli Munoz (1070 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __31__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **70,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Arash Dadashazar (225 Opera House, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Arlene Sumajit (9458 Twister Tract Street, Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Armando Barreto (5327 Crestpoint Watch, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq. 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br> **Armando Gomez Jimenez (5305 Summer Trout, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **32** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **80,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
_____**Debtor**_____                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Arnette R. Elam 1665 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **Arnold & Trudy Gorrell (6295 Desert Lavender Ave, Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Aron J. & Michelle Eckel (1066 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Art Emling 5703 Bear Springs Court N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no.__**33**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Arthur & Belen Gonzales (7873 Nottinghshire Way, Las Vegas NV 89139)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Arthur & Jenny Takeda (9102 Placer Bullion Ave., Las Vegas NV 89178)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Arthur F.  Trujillo (1074 Sheer Paradise #102, Henderson NV 89002)** c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Arthur J. Porreca (1156 Harts Bluff #103, Henderson NV 89002)** c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no.__**34**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **30,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,     Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Arthur P. & Lynn L. Wolter 2565 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> **Arthur Smith (4140 Lady Burton, Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/31/2011 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Ashley Ferrare c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 3/2001 <br><br> **Claim for breach of contract, negligence (stucco and deficiencies)** | | X | X | Unknown |
| **Additional Contacts for Ashley Ferrare:** <br><br><br> **Ashley Ferrare 191 Gannett Peak Black Mountain Vista Las Vegas, NV 89012** | | | | | | | |

Sheet no.__**35**__of__**479**__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
_____**Debtor**_____    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Ashley Ferrare (191 Gannett Peak St., Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claims for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **AsterTekeleargay (6287 Alpine Tree Ave., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Atlantic Mutual Insurance Company in Rehabilitation c/o Jim Hornecker Administrative Center Seven Giralda Farms, Suite 120 Madison, NJ 07940-1004** | | | **06/13/1997** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Aton J. Guidry, Jr. 2564 Lazy Saddle Dr. Henderson, NV 89002** | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **36** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                      ,          Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Atzimba Sandoval & Jensen Calaunan (1155 Grass Pond #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Aubrey & Renelda Branch 1720 Silent Sunset Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Audrey Lopes (5314 Kadena Garden, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** August & Victoria Minucci (10004 Village Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __37__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **60,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Avelo Mortgage LLC (1155 Heavenly Harvest #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Awilsa M. Perez (5309 Dawn Break Canyon, North Las Vegas NV 89081) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq. 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/025/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br> **Azteck Plumbing c/o Alan Conrad, Register Agent 580 W. Cheynenne Avenue Suite 80 North Las Vegas, NV 89030** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Baham Abtahi (1142 Grass Pond #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no.__**38**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $    **60,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____

    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Bahman Akbary**<br>**6516 Giant Oak Street**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Bank Deutsche National TR CO TRS**<br>**1615 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Bank Deutsche Trust Co. Amer. TRS**<br>**1623 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Bank HSBC USA (1065 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**39**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ **110,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.**                          ,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Bank HSBC USA BA TRS 2570 Velez Valley Way Henderson, Nv 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Bank U.S. National Assn (1066 Pleasure Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Barbara & Michael Kamer, Sr. 1595 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Barbara D. Allen (1088 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __**40**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **120,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Barbara Forster 6221 Capehart Falls St. N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Barbara Forster (6221 Capehart Falls Street, N. Las Vegas NV 89081) Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128) 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Barbara M. Knudson 1655 Lefty Garcia Way Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **Barbara Stallone (4319 Thunder Twice St., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |

Sheet no. __41__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **80,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
 **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Barbara Woods (5335 Reed Station Street, North Las Vegas NV 89031)**<br>**c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)**<br>**2475 Village View Drive**<br>**Suite 250**<br>**Henderson, NV 89074** | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.**<br><br>**Barry & Danille Holland**<br>**1908 W. Hammer Lane**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Barry & Vanessa Tetter (7211 Bachelors Button Dr., Las Vegas NV 89131)**<br>**c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq.**<br>**3025 W. Sahara Ave.**<br>**Suite 105**<br>**Las Vegas, NV 89131** | | | 06/09/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Barry Lockhart & Quiana Sellars**<br>**2572 Lazy Saddle Dr.**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. __42__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **90,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 08/01/2009 | | | | |
| **Beazer Homes Holdings Corp.** c/o Koeller, Nebeker, Carlson & Haluck, LLP (c/o Kathy McCarthy, Esq.) 300 South 4th Street Suite 500 Las Vegas, NV 89101 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** | | | 04/20/2010 | | | | |
| **Ben & Nicole Gonzalez (213 Prairie Creek, Henderson NV 89012)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** | | | 08/02/2008 | | | | |
| **Benedicto & Gilda Armonio (1084 Slate Crossing #102, Henderson NV 89002)** c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** | | | | | | | |
| **Benjamin and Enriqueta LaTonio** c/o Robert C. Maddox & Associates 3811 W. Charleston Blvd. Suite 110 Las Vegas, NV 89102 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. __43__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
_____**Debtor**_____                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Benjamin and Enriqueta LaTonio:** <br><br> **Benjamin and Enriqueta LaTonio** <br> **7282 Silver Charm Court** <br> **Las Vegas,  NV 89131** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Benjamin G. Sr. & Juanita Gonzales** <br> **1639 Lefty Garcia Way** <br> **Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br><br> **Benjamin H. Deck (1143 Heavenly Harvest #102, Henderson NV 89002)** <br> **c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)** <br> **1955 Village Center Circle** <br> **Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Bernarda & Gunter Steinmann (6813 Spessard Holland, Las Vegas NV 89131)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court Suite 210** <br> **Las Vegas, NV 89128** | | | 06/25/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no.__**44**__of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **70,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Bertha A. Hicks (1074 Sheer Paradise #101,**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Beryl Po Heng Wong (5528 Moncinna Street, Las Vegas NV 89118)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Beth & James Maita Jr. (1143 Grass Pond #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Beth Robinson (6367 Frosted Dawn Court, Las Vegas NV 89141)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **45** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **30,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Beth Rodinson (6367 Frost Dawn Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> Bethany J. Postl (1094 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Betty & Roy Ward (6808 Groningen, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **06/25/2010** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> Betty A. Walker Griffith & Beth A. Walker (1160 Harts Bluff #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**46**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **30,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Betty Dextra**<br>**6512 Diamond Point Ct.**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Betty Tang & Ashlie Chean**<br>**1837 Shining Elm Court**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Beverly Scott (5920 Buckwood**<br>**Mote St., Las Vegas NV 89081)**<br>**c/o Shinnick, Ryan &**<br>**Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Bhawrilal & Hemlata Kakani**<br>**6437 Diamond Point Ct.**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no.__**47**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $　　　　　　**0.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Bill & Julie Pulido (5320 Crestpoint Watch, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Bill G. Brown & Lina Lara-Baute (1154 Grass Pond #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Bill Parson (1149 Amarillo Sky #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Billie McNelly (1142 Heavenly Harvest #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | $10,000.00 |

Sheet no. __48__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,                    Case No. _____
        **Debtor**                                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Billy C. Howard** <br> **1673 Lefty Garcia Way** <br> **Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> **Bob Endellicate (6812 Groningen, Las Vegas NV 89131)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | 06/25/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Bobby & Ponita Moore (1007 Dawn Valley, North Las Vegas NV 89031)** <br> **c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)** <br> **2475 Village View Drive** <br> **Suite 250** <br> **Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> **Bobby Velev & Mariya Veleva (6275 Maidenhair Fern Ct., Las Vegas NV 89141)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __49__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **100,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,          Case No. _____
　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Bobby Velev and Mariya Veleva (6275 Maidenhair Fern Court, Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Boulder City Air Conditioning 1434 Pueblo Drive Boulder City , NV 89005** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Boulder City Air Conditioning c/o Terry Thomson 2675 E. Flamingo Road Suite 1 Las Vegas, NV 89121** | | | **Claims for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Brack M. Trantum 1644 Clint Canyon Dr. Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no.__**50**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **50,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,          Case No._____
         **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Brad & Dana Reiplinger (3526 Bullfinch Ave., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Brad Cody 5452 Grand Rapids Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Bradley & Cheryl Kelley (1026 Plentywood Place, Henderson, NV 89002) c/o Shinnick, Ryan , & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Bradley Christiansen (6039 Carlisle Crest, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no.__**51**__of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $        **30,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,   Case No. _____

_____Debtor_____                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Brady & Rushelle Kiesel (9238 Placer Bullion Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Brandon & Shawna Keen (3517 Birdwatcher Ave., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Brandon Iron Inc.** **3965 West Oquendo Road Las Vegas, NV 89118** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Brenda Haddon 2566 Alias Smith Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no.__**52**__of__**479**__continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,          Case No. _____
         **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Brenda J. Hughes (1101 Pleasure Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Brendan Dillon (5920 Horsehair Blanket Dr., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** Brent Saik (1306 Laurel Wreath, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 04/20/2010 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** Brett D. Teepen and Mark & Elizabeth Teepen (1085 Pleasure Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no.__**53**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **20,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,        Case No. _____
          **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Brett Riddle (1105 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Brian & Debra Metzger (7310 Wild Roar Ave., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |
| **ACCOUNT NO.** **Brian & May Biggs 1933 Basilwood Ct. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Brian & Rose Marie Anderson (1143 Harts Bluff #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __54__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **40,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____

_____
**Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 08/02/2008 | | | | |
| Brian & Teresa Monksfield (624 Brown Breeches Ave., Las Vegas NV 89081) c.o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** | | | 08/02/2008 | | | | |
| Brian & Tiffany Santarossa (1086 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** | | | 08/02/2000 | | | | |
| Brian D. Shapiro as trustee in BK for Carroll (1021 Evening Fawn, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** | | | | | | | |
| Brian Dragovich 6532 Diamond Point Ct. N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **55** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **50,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Brian Inamine (5307 Reed Station Street, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> **Brian M. Schreiber, Jr. (1081 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Brian S. & Amanda Polito (1092 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Brigette Marino (1147 Grass Pond #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **56** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **70,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____
       **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Brooke Countryman**<br>**2569 Land Rush Dr.**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>Bruce & Erika Carr (7855 Nottingshire, Las Vegas NV 89139)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 05/12/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Bruce McGimsey**<br>**3141 Calamus Pointe Ave.**<br>**N. Las Vegas, NV 89081** | | | 08/226/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>Bruce McGimsey (3141 Calamus Pointe Ave., N. Las Vegas NV 89081)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**57**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal►   $      **70,000.00**

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,        Case No. _____
                                   **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Bruce Senchsen (6812 Spessard Holland Ct., Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2012 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Bruce Zelis (7160 Crescentville Ave., Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Bruno & Brenda Sciotto 167 Mount St. Helens Black Mountain Vista Las Vegas, NV 89012** | | | 3/2001 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Bruno & Brenda Sciotto (167 Mount St. Helens, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **58** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **20,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,          Case No. _____
                  **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Bryan & Kelly Bonn (5967 Bristol Crest, Las Vegas NV 89139)** <br> **c/o Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | 05/12/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Bryan Brown (809 Sterling Spur Ave., Las Vegas NV 89081)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Bryan C. Thill (1114 Slate Crossing #102, Henderson NV 89002)** <br> **c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)** <br> **1955 Village Center Circle** <br> **Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Bryan Krug (9203 Weeping Hollow Ave. Las Vegas NV 89178)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **59** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal▶   $   **20,000.00**

                                          Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____

  **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Bryan Lee<br>3325 Conterra Park Ave.<br>N. Las Vegas, NV 89081** | | | 08/26/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Bryan R. Lee (3325 Conterra Park Ave., N. Las Vegas NV 89081)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Bryce & Julie Bradley (7920 Farralon Ridge Ct., Las Vegas NV 89149)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | 08/01/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Brynn E. Songer<br>1620 Clint Canyon Dr.<br>Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no.__**60**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**C 2 & R LLC**<br>**1625 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**C Michael Inc.**<br>**2571 Velez Valley Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**C. Lydia A. & William Boston ( 9515 Grand Fir Ct., Las Vegas NV 89123)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**C. Michael Inc.**<br>**2573 Land Rush Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **61** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **150,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** ,  Case No. _____

 **Debtor**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>C. Michael Inc. <br>2556 Lazy Saddle Dr. <br>Henderson, NV 89002 | | | 09/17/2008 <br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| ACCOUNT NO. <br>C. Wayne Gardner (252 Patti Ann Woods Drive, Henderson NV 89002) <br>c/o Shinnick, Ryan & Ransavage, P.C. <br>2881 Business Park Court <br>Suite 210 <br>Las Vegas, NV 89128 | | | 05/2009 <br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| ACCOUNT NO. <br>Cameron & Jaclyn Stephens (7017 River Meadows, Las Vegas NV 89131) <br>c/o Shinnick, Ryan & Ransavage, P.C. <br>2881 Business Park Court <br>Suite 210 <br>Las Vegas, NV 89128 | | | 07/16/2010 <br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. <br><br>Campbell Concrete of Nevada <br>c/o Campbell Development Company, LLC <br>7912 West Sahara <br>Las Vegas, NV 89117 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **62** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____ ,      Case No. _____
      **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Candace Bavetta (917 Evening Fawn, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Candelaria Powell (9913 Fountain Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Carl Virgil (7750 Pleasant Slopes Ct., Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131** | | | 06/09/2009 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** **Carla M. Skornik (1069 Pleasure Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **63** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤       $      **60,000.00**

Total ➤       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ , Case No. _____

**Debtor**                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Carla Saavedra (1150 Grass Pond #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Carlene San-Filippo (6812 Woodland Vase, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Carlo Fudolig (1065 Pleasure Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Carlos Anaya and Irma Cordova c/o Robert C. Maddox & Associates 3811 W. Charleston Blvd. Suite 110 Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. __**64**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $      **30,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
  **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Carlos Anaya and Irma Cordova:** | | | | | | | |
| **Carlos Anaya & Irma Cordova 7370 Bachelors Button Drive Las Vegas, NV 89131** | | | | | | | |
| ACCOUNT NO. Carlton & Kelly Combs (913 Evening Fawn, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| ACCOUNT NO. Carmelita Macayan (6047 Orange Poppy Ct., Las Vegas NV 89120) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. Carmen & Francine Angelo 3157 Calamus Point Ave. N. Las Vegas, NV 89081 | | | 08/26/2003 Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |

Sheet no. __**65**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $    **40,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,   Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Carmen & Francine Angelo (3157 Calamus Pointe Ave., N. Las Vegas NV 89081)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Carmen J. Williams (1065 Sheer Paradise #103, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Carol A. Neven**<br>**2582 Land Rush Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Carolyn & Daivd Crowley (9108 Placer Bullion Ave., Las Vegas NV 89178)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/01/2009**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __66__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **70,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Gypsum Construction, Inc._____,    Case No. _____
        **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Carolyn Brown (9740 Ravine Ave., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Carolyn Manes (4141 Hardwick Court, Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Carpet Barn ada Nations Flooring c/o John S. Matthews 595 Madison Ave. New York, NY 10022 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Carpet Barn aka Nations Flooring c/o John S. Matthews 708 Third Ace 11th Floor New York, NY 10017 | | | **Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128)** | | X | X | **Unknown** |

Sheet no.__67__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
              **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Carpet N More**<br>**7260 Dean Martin Dr., Suite 100**<br>**Las Vegas, NV 89118** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Carrie P. Barrell (1069 Pleasure Lane #101, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Carrie Page (1086 Sheer Paradise #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Catalina Robins (4710 W. Shelbourne, Las Vegas NV 89139)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __**68**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **20,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,        Case No. _____
        **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Catherine P. Finn (1147 Grass Pond #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Celesline Saldullo 6121 Bayard St. Las Vegas, NV 89148** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Celeste & Robeet Matos (6804 Groningen, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 03/25/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Centurion Secuirty Systems,Inc. c/o Dean Y. Kajioka, Esq. 810 S. Casino Center Boulevard** <br><br> **Las Vegas, NV 80101** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. __69__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Certificateholder SCW Bank New York TRS (1163 Harts Bluff #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Cesar A. Tabarini 1602 Lefty Garcia Way Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Cesar A. Tabarini 1599 Lefty Garcia Way Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Chad A. Cruse 1654 Clint Canyon Dr. Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no.__**70**_ of _**479**_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **160,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
            **Debtor**    *(if known)*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Chad M. & Sudan Oakley (1137 Amarillo Sky #101, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Chad Payne (7185 Gran Paradiso, Las Vegas NV 89131)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 07/16/2010<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.**<br>Chad Scott (7245 Nova Ridge Court, Las Vegas NV 89129)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 05/31/2011<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Chaker Falah & Tahirah Ugdah (9212 Grassy Weep Ct., Las Vegas NV 89178)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 08/01/2009 | | X | X | Unknown |

Sheet no. __71__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **20,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Champion Drywall Inc. of Nevada** 2008 Second Street Norco, CA 92860 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** **Chariot Cosper** 2576 Alias Smith Dr. Henderson, NV 89002 | | | 09/17/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** Charles & Armanda Hays (6525 Button Quail St, N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Charles & Bettie Cann** 1508 Silent Sunset Ave. N. Las Vegas, NV 89031 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **72** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Charles & Cathy Keene (5226 Baltimore Station, Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br><br> **Charles & Constance Dominiak** 5735 Bear Springs Street N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Charles & Joyce Clatterbuck (7450 Bachelors Button Dr., Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131 | | | 06/09/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Charles & Kara Ann Asato (5302 Dawn Valley, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |

Sheet no. __**73**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **80,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
           **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Charles & Laura McKnight (178 Ridge Crossing, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Charles L. Odum (1143 Harts Bluff #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Charles P. Unger 2588 Alias Drive Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Charles R. Lazer (9721 Manheim Ln., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __74__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **70,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
 **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Charley & Christi Younce (10194 Dessert Trees St., Las Vegas NV 89141)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Charlotte Snow Najar (10216 June Flower Dr., Las Vegas NV 89141)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Charmaine & Emile Maillet (5306 Appleside St., North Las Vegas NV 89031)** c/oSpringle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Charsrik Services (1015 Dawn Valley Dr., North Las Vegas NV 89031)** c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **75** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | **80,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,      Case No. _____
                    **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Cheri & Joseph Walters (1069 Pleasure Lane #103, Henderson NV 89002 <br> c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) <br> 1955 Village Center Circle <br> Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Cheryl Bradford (9174 Richmar Ave., Las Vegas NV 89178) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Cheryl J. Walter (1070 Slate Crossing #101, Henderson NV 89002) <br> c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) <br> 1955 Village Center Circle <br> Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Chester & Nancy Christopher (7181 Gran Paradiso, Las Vegas NV 89131) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | 07/16/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **76** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **20,000.00**

Total▶  $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Chester L. Hinds & Denise Reed-Hinds (1070 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | $10,000.00 |
| **ACCOUNT NO.** Chita & Hilario Tueres (5976 Maidenhead, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Chris & Alicia Mees (5367 Cacuts Dahlia St., Las Vegas NV 89141 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** Chris & Brenda Wedow (7220 Dry Lake Ct., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **77** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **30,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
_____**Debtor**_____    _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Chris A. Page (6235 Lone Cypress Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Christi A. Poniewaz 1616 Clint Canyon Dr. Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Christian L. & Melanie A. Whitbeck 1618 Clint Canyon Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **Christin Bryan (1086 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**78**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **110,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
   **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Christina Eisenberg (1183 Garretts Bluff Wy #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Christina Houck (3408 Birdwatcher Ave., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/04/2011 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Christina Porter 1837 Bright Leaf Ct. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> **Christine Elizabeth Binns (1095 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **79** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **30,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                              ,          Case No. _____
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Christine Lee (8381Transvaal Blue St., Las Vegas NV 81939) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Christo Jr. & Debra Belcoff 1631 Lefty Garcia Way Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Christopher & Alberta Blake (5253 Summer Trout, North Las Vegas NV 89031) c/oSpringle & Fink LLP (c/o Leonard T. Fink, Esq.O 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.**<br>**Christopher & Jennifer Sabbe (1147 Harts Bluff #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **80** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **100,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Christopher & Rachel Griego (9245 Sunny Oven Ct., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Christopher and Andrea Simpson (7230 Silver Charm Court, Las Vegas NV 80131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131 | | | 06/09/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Christopher B. White 2567 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Christopher Carlisle (6908 Brier Creek Lane, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __81__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,                Case No. _____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Christopher Chin (Natine & Yue, Paul & Janet) (7008 River Meadows, Las Vegas NV 89131 <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **07/16/2010** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Christopher Domeraski** <br> **1656 Lefty Garcia Way** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> Christopher Gregoria (3305 Birdwatcher Ave., Las Vegas NV 89084) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **07/14/2011** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.        059D** <br> **Christopher Homes, LLC** <br> **c/o Cooksey, Toolen, Gage, Duffy & Woog** <br> **3930 Howard Hughes Parkway** <br> **Suite 200** <br> **Las Vegas, NV 89169** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no.__**82**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **110,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,            Case No. _____
             **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Christopher Homes, LLC (059D):**<br><br>**Christopher Homes, LLC - Managing Member 9500 Hillwood Drive, Suite 200 Southern Highlands / Christopher Homes I, LLC Las Vegas, NV 89134** | | | | | | | |
| **ACCOUNT NO.**<br><br>**Christopher M. Bires 2597 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.**<br><br>**Christopher S. & Lindsay Evensen 2562 Lazy Saddle Dr. Henderson, NV 89002** | | | 09/17/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.**<br><br>Christopher Wolverton (1098 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no.__**83**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                     Subtotal▶  $       **110,000.00**

                                       Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
       **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Cindi L. Davis 2235 Heavenly Light Ave. Las Vegas, NV 89123 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** Cindy M. Rodriguez (1066 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Cindy Siupik Wong (5874 Prikapa, Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Circle S. Development dba Deck Systems of Nevada 6575 S. Arville Street Suite B Las Vegas, NV 89118 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |

Sheet no. **84** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ **20,000.00**

Total▶  $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
       **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Claire Meghann Rotert 2596 Alias Smith Dr. Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **Claro Garcia (1153 Amarillo Sky #103, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Claudia E. Mendoza (6051 Eganridge Court, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Claudia Mendoza 6051 Eganridge Ct. N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. **85** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **70,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Cliff Dickman (6520 Birdcall St, N. Las Vegas NV 89084) Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 07/14/2011<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Clifford & Barbara Bernay (1048 Plentywood, Henderson NV 89002) c/o Shinnick, Ryan & Pransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 05/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Colette & Anagiros Pappas (1115 Cove Palisades Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Colleen Furukawa (6252 Canebrake Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **86** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Colleen M. Coultas (1144 Harts Bluff #102, Henderson NV 89002)**<br>**c/o Bruce Edwards, Esq.**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Concrete Services Inc.**<br>**5541 Cameron Street**<br>**Las Vegas, NV 89118** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Concrete Services, Inc.**<br>**4251 W. Oquendo Rd.**<br>**Las Vegas, NV 89118-3004** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Connie Pearson (4109 Dream Day St., Las Vegas NV 89129)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |

Sheet no. __87__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **30,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____

_____Debtor_____    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Connie Philips** **\*\*\*Creditor unsecured mailing state RMC\*\*\*** | | | 06/13/1997 | | | | **Unknown** |
| **ACCOUNT NO.** Constante & Ana Ramirez (9461 Bachelors Fortune St., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** Consuelo Bartolme (1104 Apple Vista, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Cordell Butler (1006 Dawn Valley, Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |

Sheet no. **88** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **80,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,        Case No. _____

_____**Debtor**_____                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Corey & Jessica Clark (1070 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Corey L. Watson 1660 Lefty Garcia Way Henderson, NV 89002 | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Corina Leslie (9745 Racine Ave., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Corrine Guzman (10021 Scenic Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __**89**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **70,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                        ,        Case No. _____
   **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Cory A. & Rita M. Polizzi**<br>**2572 Alias Smith Dr.**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Cory Bonnet (6441 Boatbill St., N. Las Vegas NV 89084)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 07/14/2011<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Courtney E. Brown (717 Sterling Spur Ave., Las Vegas NV 89081)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Courtney R. Smith (228 Patti Ann Woods Drive, Henderson NV 89002)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 05/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **90** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **70,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                        **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Craig B. Vancleve (1138 Grass Pond #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq. 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Craig Duffney (7209 Gran Paradiso, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **07/16/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Creative Surface Solutions 2855 Coleman Ave. North Las Vegas , NV 89032** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Crystal Barnes 5721 Deer Brush Ct. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __**91**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **10,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,   Case No. _____
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  **Crystal D. Patterson 25599 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008  Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$50,000.00** |
| **ACCOUNT NO.**  Crystal L. Olsen (1163 Heavenly Harvest #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008  Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.**  **Culligan Water Co. of Nevada P.O. Box 14810 Las Vegas, NV 89114** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.**  Curt Michael Cummings (5925 Horsechair Blanket Dr., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008  Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |

Sheet no. **92** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► | $ | **60,000.00**

Total►
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Curtis & Virgina Bradshaw (633 Backbone Mountain, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Cynrai Barakat-Miller (1022 Dawn Valley Dr., North Las Vegas NV 89081) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br> **Cynthia Bailey (171 Ridge Crosing Avenue, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Cynthia Burgueno (8233 Celina Hills, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **06/25/2010** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**93**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Gypsum Construction, Inc.** _____ ,     Case No. _____

        **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Cynthia Kestler (9764 Ravine Ave., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Cynthia Obsenares (1105 Pleasure Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Cyril and Michelle Harper (7721 Man O War Street, Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sarah Ave. Suite 105 Las Vegas, Nv 89131** | | | **06/09/2009** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **D. R. & Nancy Jacobs (1187 Garretts Bluff Wy #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **94** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $     **20,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,          Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER <br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**D.R. Horton, Inc.** <br>**c/o Wood, Smith Henning & Berman, LLP** <br>**7670 West Lake Mead Blvd.** <br>**Suite 250** <br>**Las Vegas, NV 89128** | | | **09/17/2008** <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br>**D.R. Morton, Inc.** <br>**Marquis & Aurbach (c/o Jack Juan, Esq.)** <br>**10001 Park Run Drive** <br>**Las Vegas, NV 89145** | | | **08/02/2008** <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br>**Dagoberto Delgado & Alma R. Flores (9725 Edifice Ave., Las Vegas NV 89117)** <br>**c/o Shinnick, Ryan & Ransavage, P.C.** <br>**2881 Business Park Court** <br>**Suite 210** <br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br>**Daji Properties LLC (9434 Twister Trace Street, Las Vegas NV 89178)** <br>**c/o Shinnick, Ryan & Ransavage, P.C.** <br>**2881 Business Park Court** <br>**Suite 210** <br>**Las Vegas, NV 89128** | | | **08/01/2009** <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no.__95__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Dakees Jetton** <br> **6132 Talbot Springs Ct.** <br> **N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> **Dale & Yvonne France** <br> **1829 LaCalera Ave.** <br> **N. Las Vegas, NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> **Dale W. Johnson** <br> **11122 African Sunset St.** <br> **Henderson, NV 89052** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br> **Dan Jones (1155 Harts Bluff #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | $10,000.00 |

Sheet no. **96** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal▶ | $ | **10,000.00** |
|---|---|---|---|

|  | Total▶ | $ |  |
|---|---|---|---|

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,            Case No. _____

          **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Daniel & Brenda Uribe (5339 Kadena Garden, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Daniel & Pamela Szarzak (1151 Harts Bluff #101, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Daniel A. & Olivia A. Dell (1097 Pleasure Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Daniel A. Lujan (1113 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq). 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **97** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **70,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,     Case No. _____
  **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Daniel and Nathanlie Burgess (7330 Bachelors Button Dr., Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131 | | | 06/09/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Daniel Desalles (1359 Tranquil Skies, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Daniel J. & Ann Rankin (6246 Maidenhair Fern Ct., Las Vegas, NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Daniel Kamanao 1825 Azure Oak Avenue N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __**98**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Daniel Knutson (9241 Lost Shanty Court, Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Danielle & Ely Prussin (8157 Loma Rey, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/16/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Danilo and Edna Paule c/o Robert C. Maddox & Associates 3811 W. Charleston Blvd. Suite 110 Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **Additional Contacts for Danilo and Edna Paule:** **Danilo and Edna Paule 7701 Man O War Street Las Vegas, NV 89131** | | | | | | | |

Sheet no.__**99**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $          **0.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____

                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Dar Saini** **1663 Lefty Garcia Way** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Darcel DeSchambeau (4061 Dream Day St., Las Vegas NV 89129)** **c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court** **Suite 210** **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $20,000.00 |
| **ACCOUNT NO.** **Darell L. & Cherie L. Rudoll** **2580 Velez Valley Way** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Darla J. Sanders** **1620 Lefty Garcia Way** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **100** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **170,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
                  **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Darla Sanders (1098 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Darlene S. Freitas 10025 Via Dolores Ave. Las Vegas, NV 89117** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Darnell Roberts (1148 Harts Bluff #103, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Darrell D. & Elizabeth Knight 2595 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **101** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **70,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
              **Debtor**               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Darren Lach and Ida Ybarra 653 Pacific Cascades Dr. Henderson, NV 89012** | | | 08/02/2001<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Darryl R. & Mary E. Buchannon 2555 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**David & Angalon Carter (821 Evening Fawn, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.**<br>**David & Cristal Reyes (5335 Kadena Garden, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **102** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **140,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re __Gypsum Construction, Inc._____,          Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **David & Denise Himel 6732 Arrow Hill Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **David & Joanna VanDewater (7897 Nottingshire, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **David & Jody Doty (1146 Grass Pond #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** 59-D **David & Lauren Tran c/o The Law Offices of Neal Hyman 2441 W. Horizon Ridge Parkway Suite 120 Henderson, NV 89052** | | | 01/25/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. __103__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,        Case No. _____
_____
          **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for David & Lauren Tran (59-D):** | | | | | | | |
| **Davud H. and Laura M. Tran, as Trustees of David & Laura Family Trust 12087 Oakland Hills Drive Las Vegas, NV 89141** | | | | | | | |
| ACCOUNT NO. **David & Sarah Newton (7469 Grassy Field Ct., Las Vegas, NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131** | | | **06/09/2009** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| ACCOUNT NO. **David & Shole Igert (1008 Black Olive, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/2009** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| ACCOUNT NO. **David & Teresa Clack (5326 Appleside St., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **104** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,    Case No._____
            **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **David A. & Rachel Orona (1137 Amarillo Sky #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **David A. & Rosalinda Vint 1621 Lefty Garcia Way Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **David Albini (10220 S. Bronco St., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **David Arenaz 1857 Arch Stone Avenue N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no.__**105**__of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,          Case No. _____
                      **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **David C. & Charlene F. Hill 2571 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> **David C. Gavaldon (1077 Pleasure Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.,) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **David Cabral (6008 Maidenhead Drive, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **David D. Gorecki & Stacey L. Weller 2570 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **106** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $     **120,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,   Case No. _____
   **Debtor**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.   0011**<br><br>**David Eisinger c/o Shinnick Law Firm, P.C. 2881 Business Park Ct. Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **Additional Contacts for David Eisinger (0011):**<br><br>**David Eisinger 9919 Concho River Avenue Las Vegas, NV 89148** | | | | | | | |
| **ACCOUNT NO.**<br>**David Falken (5204 Alpine Tree Ave., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**David G. McDonald (1076 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **107** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,        Case No. _____
                     **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**David Harris Lang & Christine Marie Lampert**<br>**1644 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>David L. & Deborh R. . Albaugh (1155 Grass Pond #103, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**David L. Adams**<br>**1649 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>David L. Cherkis (1825 Warrenville St., Las Vegas NV 89117)<br>c/o Shinnick, Ryan & Ransavage, P.C<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __**108**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **110,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,　　Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>David M. & Yvette Schnem (1097 Pleasure Lane #102, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**David M. Cohen**<br>**1659 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**David Ogburn**<br>**3157 McLennan Ave.**<br>**N. Las Vegas, NV 89081** | | | **08/26/2003**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>David R. & Denise Wood (1089 Pleasure Lane #101, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __109__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　**70,000.00**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  **Gypsum Construction, Inc.**_____,          Case No. _____
          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**David R. Hazel (1065 Cryer Ct., Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| ACCOUNT NO.<br>**David Scherer (1358 Dunford, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**David W. & Maureen Baker (1065 Cryer Ct., Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| ACCOUNT NO.<br><br>**David W. Forrest 2550 Alias Smith Dr. Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **110** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
　　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**David Walton**<br>**5433 Pipers Stone Street**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Dawn Kowal (1066 Thrill Court #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Dawn Prahm (8041 Loma Rey, Las Vegas NV 89131)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court Suite 210**<br>**Las Vegas, NV 89128** | | | **07/16/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Dayton Drywall, Inc.**<br>**c/o Charles D. Dayton, Register Agent**<br>**2595 Chandler Avenue Suite 17**<br>**Las Vegas, NV 89120** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **111** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **10,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____

_____**Debtor**_____                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Dayton Drywall, Inc.**<br>**2470 Chandler Avenue, Suite 1**<br>**Las Vegas, NV 89120** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**De Ping Gu (9354 Bismark Sapphiere St., Las Vegas NV 89139)**<br>**c/o Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128)**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Deadrick & Billie Blazier (5331 Reed Station, North Las Vegas NV 89031)**<br>**c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)**<br>**2475 Village View Drive**<br>**Suite 250**<br>**Henderson, NV 89074** | | | **08/02/2000**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.**<br>**Deann M. Higa-Rivera (10122 Nolina St., Las Vegas NV 89141)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **112** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **40,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Debbie Dunlap 1845 Broken Lance Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Debbie L. Taraldsen (1069 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Deborah Davidson (6825 Woodland Vase, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **06/25/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Debra & Paul Henning (8345 Celina Hills, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **06/25/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **113** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **30,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____

　　　　　　　**Debtor**                                                                （if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Debra DeLuca**<br>**2593 Land Rush Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Debra J. Stauffer (6410 Frosted Dawn Court, Las Vegas NV 89141)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Debra L. Courtemanche (1092 Slate Crossing #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Dedy & Robin Cooper**<br>**6521 Black Star Point Ct.**<br>**N. Las Vegas, Nv 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **114** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal▶ | $ | **60,000.00** |
|---|---|---|---|

|  | Total▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |
|---|---|---|---|

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,                Case No. _____
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Deena Usherson<br>2552 Lazy Saddle Dr.<br>Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Deepak & Jennifer Chugh<br>6436 Indian Peak Ct.<br>N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Delores Crutcher (9956 Madison Walk Ave., Las Vegas NV 89149)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | 08/01/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Delores Sandberg (175 Mount St. Helen Dr., Henderson NV 89012)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **115** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                    ,          Case No. _____

**Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Demetrio Huerta & Maria Del Carmen (5305 Appleside Street, Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Deneigh Roderiquez 1944 Broken Lance Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Denicia Powell (5249 Dawn Break Canyon, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Denise Andrade 1813 Barrel Oak Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **116** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **80,000.00**

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** ,                    Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Denise James (7857 Warwickshire, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Denise M. Campagna (1083 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Denise Paginow 2553 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> **Denna M. Kope (1066 Pleasure Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **117** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **80,000.00**

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____,        Case No. _____
                      **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Dennis & Lisette Mattingly (9246 Placer Bullion Ave., Las Vegas NV 89178)** <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **08/01/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Dennis & Nicole Mott (4204 Lentil Court, Las Vegas NV 89129)** <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **05/31/2011** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Dennis & Tammy Kim (1105 Dawn Valley, North Las Vegas NV 89031)** <br> c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) <br> 2475 Village View Drive <br> Suite 250 <br> Henderson, NV 89074 | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br> **Dennis and Nancy Johnson (168 Ruby Ridge Avenue, Henderson NV 89002)** <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **05/2009** <br><br> **Claim for breach of contract, neglience (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**118**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **60,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____ ,        Case No. _____
               **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Dennis Cho (7121 Mercurio, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **07/16/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| ACCOUNT NO.<br><br>**Derek T. Furukawa (1150 Heavenly Harvest #102, Henderson NV 89002) c/o Bruce Edwards, Esq. 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| ACCOUNT NO.<br><br>**Desert Chill LLC 5615 Deer Run Road N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$0.00** |
| ACCOUNT NO.<br><br>**Desert Chill LLC 1905 Fighting Falon Lane N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **119** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** , Case No. _____
_____        _____
                    **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Desert Chill, LLC** <br> **5436 Pipers Meadows Court** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> **Desert Chill, LLC** <br> **5513 Doe Springs Place** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> **Desert Cove, Inc.** <br> **c/o Pengilly Robbins Slater & Bell** <br> **10080 West Alta Drive** <br> **Suite 140** <br> **Las Vegas , NV 89145** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> **Desert Wind Homes of NV II, Inc.** <br> **c/o Andrew D. Herold** <br> **Herold & Sager** <br> **500 N. Rainbow Blvd., Suite 300** <br> **Las Vegas, NV 89107** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **120** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **0.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Gypsum Construction, Inc.**                          ,          Case No. _____
**Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Desert Wind Homes, Inc.** <br> **c/o Herold & Sager** <br> **500 N. Rainbow Blvd.** <br> **Suite 300** <br> **Las Vegas, NV 89107-** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **Additional Contacts for Desert Wind Homes, Inc.:** <br><br><br> **Desert Wind Homes, Inc.** <br> **8170 S. Eastern, #4-604** <br> **Las Vegas, NV 89123** | | | | | | | |
| **ACCOUNT NO.** <br> **Diana A. Boesch (9502 Corwn Pine Ct., Las Vegas NV 89123)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court Suite 210** <br> **Las Vegas, NV 89128** | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br> **Diana Anderson (1069 Cryer Ct., Henderson NV 89002)** <br> **c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)** <br> **1955 Village Center Circle** <br> **Las Vegas, NV 89134** | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **121** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Diane & Samuel Hicks (5921 Horsehair Blanket Dr., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Diane Welstad (167 Ruby Ridge Avenue, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Dianne Bell 3021 Hartley Cove Ave. N. Las Vegas , NV 89081 | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** Dianne K. Sullivan 2592 Lazy Saddle Dr. Henderson, NV 89002 | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **122** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Dick & Grace Gau (1069 Cryer Ct., Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq. 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Diego D. Melendez and Danielle R. Harris 1614 Clint Canyon Dr. Henderson, NV 89002** | | | 098/17/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Dinesh Gauba (6221 Maidenhair Fern Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** **Distinctive Homes Falls I, LLC 2500 W. Sahara, Suite 111 Las Vegas, NV 89102** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **123** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **60,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,        Case No. _____
            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Distinctive Homes Falls II, LLC**<br>**2500 W. Sahara, Suite 111**<br>**Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Distinctive Homes of Nevada, Inc.**<br>**2500 W. Sahara, Suite 111**<br>**Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Distinctive Homes, LLC**<br>**2500 W. Sahara, Suite 111**<br>**Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Distinctive Marble, Inc.**<br>**1239 E. Franklin Avenue**<br>**Pomona, CA 91766** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **124** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **0.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,      Case No. _____
**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Doice & Sandra Pritchett (1300 Sage Green, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | | Unknown |
| **ACCOUNT NO.** Dolly D. Smith 2559 Land Rush Dr. Henderson, NV 89002 | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Dominic Del Grossoo III 1816 Arrow Stone Ct. N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Don F. Ong (6230 Desert Lavender Ave., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | | Unknown |

Sheet no. **125** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____ ,          Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Donald & Aida Usher (193 Valare, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Donald & Cindy Lebie (1082 Sweetgrass, Henderson NV 89002) Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128) 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | | X | $10,000.00 |
| **ACCOUNT NO.** **Donald & Recebba Morgan 6483 Full Moon Peak Ct. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Donald A. Mildren (1143 Grass Pond #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **126** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **20,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Donald Knisley (921 Evening Fawn Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br><br> **Donald Lavelle 2565 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br><br> **Donald Torson 6120 Talbot Springs Ct. N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |
| **ACCOUNT NO.** <br> **Doniel D. Leak (6055 Marigold Point Ct., Las Vegas NV 89120) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **127** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **90,000.00**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.) | $

In re **Gypsum Construction, Inc.**_____,    Case No. _____
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Donna & Edward Rohwer (1113 Pleasure Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Donna C. Mohr 1629 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Donna Chrisman (166 Snow Goose, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Donna Geyer 1405 Barrington Oaks St. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **128** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ | **70,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 09/17/2008 | | | | |
| **Donna Jean Irving 1660 Clint Canyon Dr. Henderson, NV 89002** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Doris A. Jones (9743 Manheim Ln., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** | | | | | | | |
| **Dorothy Woods 5635 Deer Run Court N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** | | | 08/02/2008 | | | | |
| **Dory S. Lewis (1102 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **129** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____

**Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Douglas & Cynthia Metzger (1117 Dawn Valley, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> Douglas D. & Deborah Cluff (1804 Relate Ct., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Douglas D. Owens (1080 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Doyle Haslem (1076 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **130** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $     **60,000.00**

Total▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,     Case No. _____
                            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Duane & Lena Bennett** <br>**1217 Barrington Oaks St.** <br>**N. Las Vegas, NV 89031-** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br>**Duane Murray (7771 Pleasant Slopes Court, Las Vegas NV 89131)** <br>**c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq.** <br>**3025 W. Sahara Ave.** <br>**Suite 105** <br>**Las Vegas, NV 89131** | | | **06/09/2009** <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br>**Earl L. & Sandra M. Savage (1800 Warrenville St., Las Vegas NV 89117)** <br>**c/o Shinnick, Ryan & Ransavage, P.C.** <br>**2881 Business Park Court** <br>**Suite 210** <br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br>**Eddie Dominquez (1206 Apple Vista, North Las Vegas NV 89031)** <br>**c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.** <br>**2475 Village View Drive** <br>**Suite 250** <br>**Henderson, NV 89074** | | | **05/02/2000** <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **131** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

|  | Subtotal▶ | $ **40,000.00** |
|---|---|---|
|  | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

In re **Gypsum Construction, Inc.** _____ ,                Case No. _____
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Eddie Dominquez (1210 Apple Vista, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Eddy Frayna 986 Cantabria Heights Ave Unit 1 Las Vegas, NV 89123** | | | 03/05/2008 **Claims for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Edward & Patricia Misa (Wieme) (6420 Bristlebird Ave., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Edward & Tyna Curry 3132 Hartley Cove Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. **132** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Edward & Tyna Curry (3132 Hartley Cove Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Edward A. & Mary G. Wiederholt (1101 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Edward and Tessie Gamayo (5548 Moni** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Edward F. Pugliese (3116 Gannon Ridge Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **133** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $    **40,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
              **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Edward G. Eby (7849 Nottinghire, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Edward Pugliese 3116 Gannon Ridge Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** Edward Rocawich (1085 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Edward Tecson (1010 Dawn Valley, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **134** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Edwin Ross**<br>**1942 Silver Crest Court**<br>**N. Las Vegas, NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>Edwin Rubio & Mariana Sanchez (6394 Coral Flower Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Edwin S. & Demetrio O. Rivera**<br>**2579 Land Rush Dr.**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Edwin Slaughter**<br>**c/o Robert C. Maddox & Associates**<br>**3811 W. Charleston Blvd.**<br>**Suite 110**<br>**Las Vegas, NV 89102** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |

Sheet no. **135** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Edwin Slaughter:** <br><br> **Edwin Slaughter** <br> **7551 Angels Alcove Ct.** <br> **Las Vegas, NV 89131** | | | | | | | |
| ACCOUNT NO. <br><br> **Efficient Enterprises** <br> **dba Efficient Enterprises** <br> **501 Parkson Road** <br> **Henderson, NV 89011** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. <br><br> **Efficient Enterprises, Inc.** <br> **dba Efficient Electric** <br> **501 Parkson Road** <br> **Henderson, NV 89011** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. <br><br> **Efren & Nelia Ballar** <br> **1829 Wisdom Bluff Ave.** <br> **N. Las Vegas, NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **136** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,  Case No. _____
 **Debtor**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Eleanor M. Knapp <br> 2586 Velez Valley Way <br> Henderson, NV 89002 | | | 09/17/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| ACCOUNT NO.   .001 <br><br> Elena Lvova <br> c/o Shinnick Law Firm, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| Additional Contacts for Elena Lvova (.001): <br><br> Elena Lvova <br> 6326 Yampa River Way <br> Las Vegas, NV 89148 | | | | | | | |
| ACCOUNT NO. <br> Elizabeth & Lowell Williams (7025 River Meadow, Las Vegas NV 89131) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | 07/16/2010 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **137** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** ,          Case No. _____
          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Ellen Andraychak c/o Shinnick Law Firm, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | X | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **Additional Contacts for Ellen Andraychak:** Ellen Andraychak 364 Marlin Cove Road Henderson, NV 89123 | | | | | | | |
| **ACCOUNT NO.** Ellen Evangelisti (1113 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Ellen M. Wimberly (Caravelli) c/o Law Office of Gary P. Sinkeldam 618 S. Seventh Street Las Vegas, NV 89101 | X | | 08/01/1997 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **138** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **10,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Ellen M. Wimberly (Caravelli):** | | | | | | | |
| **CRC Beasley (c/o Michelle Beasley, Chicago , Illinois 60603) c/o Michelle Beasley 105 W. Adams Street Chicago , IL 60603**<br><br>**Willis North America c/o Stephanie Lewis P.O. Box 305191 Nashville, TN 37230** | | **Ray Lego & Associates c/o Sam A. Kitterman Jr., Esq. 7450 Arroyo Crossing Parkway Suite 250 Las Vegas, NV 89113**<br><br>**Ellen M. Wimberly 1271 Autumn Wind Way Henderson, NV 89052** | **Law Office of Sherman & Associates c/o J. Stephen Dolembo, Esq. 7450 Arroyo Crossing Parkway Suite 250 Las Vegas, NV 89113** | | | | **Law Offices of Cisneros & Associates c/o Erik Simpson, Esq. 1850 Flamingo Road Suite 200 Las Vegas, NV 89119**<br><br>**Continued on Attachment - Additional Contacts** |
| **ACCOUNT NO.**<br>**Elmer & Hermogina Novis (6494 W. Haleh Ave., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Elmer & Hermogina Novis (6494 W. Haleh Ave., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Elmer & Sonia Maligaya (7858 Windhamridge, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/12/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **139** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Gypsum Construction, Inc.**                        ,          Case No. _____
         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Elmo Laporte (6243 W. Haleh Ave., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Elnora Isadore (5321 Appleside, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Eloy Canlas 6557 Black Oaks Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Emile LaCampagne 2588 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no.  **140**  of  **479**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **90,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Gypsum Construction, Inc.** _____,          Case No. _____
         **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Emilia Arellano** <br> **3012 Gannon Ridge Ave.** <br> **N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Emilia Arellano (3012 Gannon Ridge Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Emily Won (6210 Prairie Bush, Las Vegas NV 89141)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> **Emmanuel & Jessica Cullier** <br> **1842 Bayhurst Avenue** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **141** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal►    $     **10,000.00**

Total►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____

**Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Emmanuel S. Sales Sr. & Verona B. Sales (6330 Whispering Clouds Ct., Las Vegas NV 89141)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Enedina Atrian 5627 Doe Springs Place N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Enrique and Erlinda Fernandez (5657 Sage Springs Street, Las Vegas NV 89118)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Eric & Stacy Jenkins (7928 Farralon Ridge Ct., Las Vegas NV 89149)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **08/01/2009** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **142** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **20,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____,        Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Eric Amayn and Lorena Ponce (1119 Cove Palisades Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> Eric Beane (10288 Nolinas St., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Eric Beane (10288 Nolinas St.,Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> Eric E. Hardwood 1619 Lefty Garcia Way Henderson, NV 89002 | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **143** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **90,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____

    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Eric G. & Cheryl A. Walter**<br>**1633 Hefty Garcia Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Eric Hefley**<br>**382 Washtenaw Street**<br>**Henderson, NV 89012** | | | **05/10/2000**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Eric Hua**<br>**1630 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Eric Mamola**<br>**592 Okehampton Court**<br>**Las Vegas, NV 89178** | X | | **Claim for breach of contract, negligence (stucco defects and deliquencies)** | | X | X | **Unknown** |

Sheet no. **144** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **100,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____

**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Eric Mamola:** <br> **Willis Roofing** <br> **c/o Lincoln Gustafson & Cercos** <br> **2300 W. Sahara, #300** <br> **Box 2** <br> **Las Vegas, NV 89102** <br><br> **Champion Drywall** <br> **2008 Second Street** <br> **Norco, CA 92860** | | | **John and Jackie Halprin** <br> **213 Valerie Street** <br> **Henderson , NV 89052** <br><br> **Carlos and Rosie Garcia** <br> **4052 Apache Wing** <br> **Las Vegas, NV 89129** | | | | |
| ACCOUNT NO. <br> **Eric R. Roth (3017 Gannon Ridge Ave., N. Las Vegas NV 89081)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| ACCOUNT NO. <br><br> **Eric Roth** <br> **3017 Gannon Ridge Ave.** <br> **N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| ACCOUNT NO. <br> **Erik McMillan & Diana Robbins (8279 Freshwater Pearl St., Las Vegas NV 89139)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **145** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **10,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** ,                              Case No. _____
**Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Erik Vanmeel (1161 Amarillo Sky #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Erika Bustinza (9513 Spruce Pine Ct., Las Vegas NV 89123) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** **Erin Megan Hayer & Julie M. Gerardi (1082 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq., Las Vegas, Nevada 89134) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Erin N. Riger (1082 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **146** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **30,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,                    Case No. _____
                          **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Ernesto C. & Elvelyn Torres (1066 Cryer Ct., Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Ernesto Perez-Velazques 1837 Wisdom Bluff Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Esteban & Nicole Silva 3309 Barada Heights Ave. N. Las Vegas, NV 89081** | | | **08/26/2003** **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Esteban & Nicole Silva (3309 Barada Heights Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **147** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
          **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Estefania Rodriguez**<br>**11191 Africian Sunset St.**<br>**Henderson, NV 89052** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>Esther Scholtz-Patterson (5338 Appleside St., North Las Vegas NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Eugene & Cathy Baum (1027 Dawn Valley, North Las Vegas NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Eugene Chase (5330 Dawn Break Canyon, North Las Vegas NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |

Sheet no. **148** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **120,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
         **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Evan Hromy (1026 Dawn Valley Ct., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Evangeline Serna 6516 Indian Peak Ct. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Evelinda M. Go (1077 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Evelyn Turner (7561 Angels Alcove Ct., Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, Nv 89131** | | | 06/09/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **149** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **50,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Gypsum Construction, Inc. _____ ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Everett Ballew & Eleonor Cantu** <br> **1622 Clint Canyon  Dr.** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **Evita Kerr  (10252 June Flower Dr., Las Vegas NV 89141)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Eyes Seymour** <br> **1669 Lefty Garcia Way** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **F. Gonzales & M. Keh (1017 Evening Fawn, North Las Vegas NV 89031)** <br> **c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)** <br> **2475 Village View Drive** <br> **Suite 250** <br> **Henderson, NV 89074** | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. __150__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **140,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,    Case No. _____
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **Fahed Al-Ghadir & Catalina Robbins (8312 Rose Quartz Ct., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** | | | | | | | |
| **Fahed Al-Ghadir and Catalina Robbins (8312 Rose Quartz Ct., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** | | | | | | | |
| **Farrokh Tabarsy 3815 Lilac Haze Las Vegas, NV** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

**Additional Contacts for Farrokh Tabarsy:**

**Alberty Revocable Living Trust
9302 Snow Flower
Las Vegas, NV**

**Alberta Lee Paterson Rev. Trust
3809 Lilac Haze
Las Vegas, NV**

**Lynnette Stevens
9326 Sailing Water
Las Vegas, NV**

**Aaron & Yong-Suk Burnett
See Attachment 1 - First Additional Contact**

Sheet no. __151__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **40,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
           **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Favio Perez**<br>**1641 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.**<br>Fe G. Patacsil (1150 Heavenly Harvest #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Fedelia Robinson (4221 Perfect Drift St., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 05/31/2011<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br><br>**Federal Home Loan Mortgage Corp.**<br>**1618 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. __152__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **120,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Feinberg Grant Mayfield Kaneda & Litt, LLP**<br>**c/o Bruce Edwards, Esq.**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Felicisimo & Amelia Buenafe (6442 Boatbill, N. Las Vegas NV 89084)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **07/14/2011**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Felicisimo & Amelia Buenafe (6449 Birdhouse, N. Las Vegas NV 89084)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **07/14/2011**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Felipe Diaz**<br>**6220 Tazewell Ct.**<br>**N. Las Vegas, NV 89081** | | | **08/26/2003**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. **153** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____
           **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **First Franklin Mortgage (1141 Amarillo Sky #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **First Light at Old Vegas Ranch Hoeowners Association c/o Anguius & Terry, LLP 1120 W. Town Center Drive Suite 260 Las Vegas, NV 89144** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Flor Goy (1082 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Florimon Gacad 1728 Evening Bluff Place N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **154** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal▶   $    **20,000.00**

                                       Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,                    Case No. _____
           **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Flossie A. McCoy (1113 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Forthington SM LTD LLC (1138 Grass Pond #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Fouad O. Bahari (4336 Perfect Drift Street, Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Francine Huffman (6138 Baynard St., Las Vegas NV 89148) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **155** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **30,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                          **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Franco Ramanesse (5920 W. Dewey Drive, Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Frank & Ruth Brenkus (1157 Amarillo Sky #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Frank Di Gioanni (809 Evening Fawn Dr., North Las Vega NV 89031) c/o Springel & Fink LLP (Leonard T. Fink, Esq.) 2475 Village View Dr. Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br><br> **Frank Iovino & Sons Masonry 9260 El Camino Las Vegas, NV 89081-2630** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **156** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____ ,    Case No. _____
    **Debtor**                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Frank Iovino & Sons Masonry** <br> **9260 El Camino Road** <br> **Las Vegas, NV 89139** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Frank M. Flansburg, III** <br> **11240 Golden Chestnut Place** <br> **Las Vegas, NV 89135** | | | **06/21/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Frankline Dickens** <br> **1912 W. Hammer Lane** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Fred & Michelle Karony (4020 Perfect Lure St., Las Vegas NV 89129)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |

Sheet no. **157** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**      ,      Case No. _____

       **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Freddie & Yoland Mantolino (6048 Orange Poppy, Las Vegas NV 89120) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Freddie & Yolanda Mantolio (6048 Orange Poppy Ct., Las Vegas NV 89120) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Frederick Ammons (7241 Perfect Day Ave., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $20,000.00 |
| **ACCOUNT NO.** <br><br> G M A C Mortgage LLC 1613 Lefty Garcia Way Henderson, NV 89002 | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. __158__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $    **70,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Gabriel D. & Judith S. Neiman (1147 Heavenly Harvest #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Gabriel File (6015 Ambleshire Ave., Las Vegas NV 89139)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Gail & Sheryl Trunick 6318 Giant Oak Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Garret Janeczko (8393 Oppenheimer St., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **159** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
      **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Garrett A. & Heather Maire (1148 Harts Bluff #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Gary & Agnes Nakasone (6508 Boatbill St., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Gary & Judy Laughery (7140 Fairwind Acres, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/16/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Gary & Linda Simpson (1052 Noble Isle, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **160** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    **30,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____

Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Gary & Teresa Braun (8105 Loma Del Ray, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/16/2010 <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Gary A. Webb & Deanna M. Lieux (9749 Floweret Ave., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Gary and Cynthia Villagomes c/o The Bourassa Law Group, LLC 3025 W. Sahara Ave. Suite 200 Las Vegas, NV 89102 | | | 09/01/2007 <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

**Additional Contacts for Gary and Cynthia Villagomes:**

Gary and Cynthia Villagomes
10276 Cherry Brook Street
Las Vegas, NV 89183

Lee Hernandez Kelsey
Brooks Garofalo & Blake
c/o Scott P. Kelsey
7575 Vegas Drive, Suite 150
Las Vegas, NV 89128

Sheet no. __161__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | 0.00

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,        Case No. _____
        **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.    4854** <br><br> **Gary and Karen Branton** <br> **c/o Lee & Russell Attorneys at Laws** <br> **7670 W. Lake Mead Blvd** <br> **Suite 250** <br> **Las Vegas, NV 89128** | X | | **08/02/2004** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| Additional Contacts for Gary and Karen Branton (4854): <br><br> **AIG Claim Services Construction Defect Claims** <br> **P.O. Box 3780** <br> **Alpharetta, GA 30023-3780** <br><br> **Gary and Karen Branton** <br> **7781 Shire Court** <br> **Las Vegas, NV 89131** / **Law Offices of Gary G. Branton, LLC** <br> **c/o Gary G. Branton** <br> **501 S. Rancho Drive** <br> **Suite D-22** <br> **Las Vegas, NV 89106** / **Carina Corporation** <br> **c/o Douglas R. Malan, Resident Agent** <br> **720 South Fourth Street** <br> **Suite 300** <br> **Las Vegas, NV 89101** / **GeoTek, Inc.** <br> **c/o Ryne C. Stoker, PE** <br> **6835 S. Escondido Street** <br> **Suite A** <br> **Las Vegas, NV 89119-3828** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Gary Brennan (6087 Carlisle Crest, Las Vegas NV 89139)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **05/12/2010** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Gary Schultz & Tomori Kyoko (1086 Reed Point, Henderson, NV 89002)** <br> **Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **05/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **162** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶        $        **20,000.00**

Total▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Gary Stange (9788 Floweret Ave., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Gary T. Morris 1609 Lefty Garcia Way Henderson, NV 89002** | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Gay Ann Johns (7184 Gran Paradiso, Las Vegas NV 89131 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **07/16/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Gene & Melanie Lowe (242 Opera House, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **04/20/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **163** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
          **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Geoffrey J. & Penelope M. Morris (1159 Heavenly Harvest #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **George & Cheryl Helton (7265 Hollywood Park Ave., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $20,000.00 |
| **ACCOUNT NO.** <br> **George & Elizabeth Miller (184 Emerald Mountain, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/2009 <br><br> **Claim for breach of contract, negligence (stucco and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **George & Tammy Ann Nixon (8125 Loma Ray, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/16/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **164** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **40,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
         **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>George Garzone (1106 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| ACCOUNT NO.<br><br>Georgi Volik (4670 Black Onyx Ct., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO.<br><br>Georgia Collum (6227 Prairie Brush Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO.<br><br>Gerald & Christine Gattorna 3404 Palatine Hills Ave. N. Las Vegas, NV 89081 | | | 08/26/2003<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |

Sheet no. **165** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $    **10,000.00**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Gerald & Christine Gattorna (3304 Palatine Hills Ave., N. Las Vegas NV 89081)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Gerald & Jenna Brase**<br>**1696 Starlight Peak Ct.**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Gerald & Lisa Bartholomeo**<br>**1304 Silent Sunset Ave.**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Gerald P. Renteria, Jr.**<br>**2556 Velez Valley Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **166** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
               **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Gerald Stemand** <br> **6167 Powdermill St.** <br> **Las Vegas, NV 89148** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Gerale C. & Maria E. Tucker** <br> **1632 Lefty Garcia Way** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **Gerardo A. Zuniga (6136 Annville Court, N. Las Vegas NV 89081)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Gerardo Zuniga** <br> **6136 Annville Ct.** <br> **N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. __167_ of __479_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **60,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
           **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **German Jaen (930 Dawn Valley, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> **Ghassem & Rosy Monesfi (1163 Grass Pond #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq., Las Vegas, Nevada 89134) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Gilbert & Elvira Munoz (6443 Bombax Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> **Gilbert Sandoval (1370 Pleasant Ridge, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **168** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $    **50,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Gilberto & Elvira Munoz (6443 Bombax Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Giuseppe & Antonia Taormina 1640 Clint Canyon Dr. Henderson, NV 89002 | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** Gladioli & Jose Dauz (4024 Perfect Lure St., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |
| **ACCOUNT NO.** Glen & Amanda Hughes (1092 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **169** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **80,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,          Case No. _____
                    **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Glen & Laura Zion (1179 Garretts Bluff Wy #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Glenn & Lillie Trammel (1009 Evening Fawn, North Las Vegas NV 89031) c/oSpringle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Glenn Alenik (637 Badlands Ave., Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Glenn Alenik (637 Badlands Ave., Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | N/A |

Sheet no. **170** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,   Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Gloria & John Mederios (5328 Crestpoint Watch, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br><br> **Gluseppe & Antonia Taormina 2567 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Glynn Coleman 1403 Silent Sunset Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Godofredo & Zenaida Quimpe (5306 Kadena Garden Ct., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **171** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **130,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Gold & Arleen Randolph**<br>**5710 Bear Springs Street**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Graciela & Reynaldo Nevarez (9128 Cantina Creek Ct., Las Vegas NV 89178)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/01/2009**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Graham & Young Lee (8065 Celina Hills, Las Vegas NV 89131)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **06/25/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Granite World, Ltd.**<br>**2630 East La Madre Way**<br>**North Las Vegas, NV 89011** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **172** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **10,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Greenroom Holdings LLC** <br> **1651 Lefty Garcia Way** <br> **Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> Greg & Kimberly Middaugh (5325 Summer Trout, North Las Vegas NV 89031) <br> c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) <br> 2475 Village View Drive <br> Suite 250 <br> Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br><br> **Greg Bender** <br> **2566 Lazy Saddle Dr.** <br> **Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> Greg N. and Debra Huffman (188 Sandhill Crane Avenue, Henderson NV 89002) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | 05/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **173** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **150,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** ,                              Case No. _____
　　　　　　**Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Gregory & Cassandra Carr 6512 Black Star Point Ct. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Gregory & Kimberly Hughes (6504 Boatbill St., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **07/14/2011** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Gregory & Patricia Thielen (5320 Summer Trout, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Gregory P. & Jill M. Kerr (1152 Harts Bluff #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **174** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $   **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,        Case No. _____
_____**Debtor**_____                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Gregory Prier 1909 Moonlight Bluff Dr. N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Guadalupe & Maria Aguilers 6524 Giant Oak Street N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Guadalupe Vazquez (8352 Transvaal Blue St., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Guadalupe Villafana (4780 Golden Shimmer Ave., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **175** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶      $              **0.00**

Total▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,                    Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 08/01/2009 | | | | |
| Guy & Mary Ann Meek (10032 Madison Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** | | | 08/02/2008 | | | | |
| Haki & Saleha Maiwand (6406 Coral Flower Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** | | | 07/16/2010 | | | | |
| Hammons & Associates (7209 Gran Paradiso, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** | | | 09/17/2008 | | | | |
| Hany S. Botros & Janice M. Bautista 1646 Clint Canyon Dr. Henderson, NV 89002 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **176** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
         **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Harrison & Young AE, Holland** <br> **6639 April Bend Court** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Harrison Door Company** <br> **c/o Donald L. Harrison - President** <br> **388 Rushing Creek Ct.** <br> **Henderson, NV 89014** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Harry & Etsuko Jacocks (9450 Twister Trace Street, Las Vegas NV 89178)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br><br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **08/01/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Harry & Susan Charlton (6340 W. Haleh Ave., Las Vegas NV 89141)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **177** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Hass A. Nucckie (1163 Harts Bluff #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br><br>**Heather D. Carson 2584 Lazy Saddle Dr. Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.**<br>**Heather Mason (7861 Nottingshire, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br><br>**Hector Rivas 6629 Black Oaks Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **178** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                  ,          Case No. _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Heidi & Jesse Mosley (6805 Algerine, Las Vegas NV 89131 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Henry & Halina Wierzbicki 2562 Alias Smith Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Henry J. Jr. & Sherry Williams 2561 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Henry S. Rhoden (1094 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __179__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **120,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
  **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Henry Villalobos <br> 3041 Hartley Cove Ct. <br> N. Las Vegas, NV 89081 | | | 08/26/2003 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |
| **ACCOUNT NO.** <br> Herbert L. Duzant, II (1094 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) <br> 1955 Village Center Circle <br> Las Vegas, NV 89134 | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Hon Shiu S. Costello & Sharon T. Powers <br> 2566 Land Rush Dr. <br> Henderson, NV 89002 | | | 09/17/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> Hongrui Cui (9162 W. Richmar Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court Suite 210 <br> Las Vegas, NV 89128 | | | 08/01/2009 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **180** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $        **60,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Hortensia Madrid** <br> **3180 McLennan Ave.** <br> **N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Hortensia P. Madrid (3180 McLennan Ave., N. Las Vegas NV 89081) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> Howard Hutchinson (5325 Appleside, North Las Vegas NV 89031) <br> c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) <br> 2475 Village View Drive <br> Suite 250 <br> Henderson, NV 89074 | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br><br> **Howard Sanshuck** <br> **5432 Pipers Meadows Ct.** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **181** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **50,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Hugo & Martha Villareal (9760 Floweret Ave., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Hugo Luna 1829 Bright Leaf Ct. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Ignacio & Rosa Zamora 6425 Night Owl Bluff N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Indra Miyapan 1671 Lefty Garcia Way Henderson, NV 89002** | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **182** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **50,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Interstate Plumbing & Air Conditioning 7201 West Post Road Las Vegas, NV 89113** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Ira E. & Marci A. Kasen (1109 Pleasure Lane #102, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> Irene & Jose Cruz (8821 Sherwood Park, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **06/25/2010** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> Irene O'Neil (6498 Red Island Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **183** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **20,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
       **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Irene O'Neill (6498 Red Island Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Irma & Virgilio Barlaan 1636 Clint Canyon Dr. Henderson, NV 89002 | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Irma & Yolanda Larios (6370 Coral Flower Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Irma A. Santana 2554 Land Rush Dr. Henderson, NV 89002 | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **184** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **100,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Ismael Collazo, Jr. (6381 Coral Flower Court, Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Ismael Collazo, Jr. (6381 Coral Flowere Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Israel Chalem (10140 Nolinas St., Las Vegas NV 89141 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Israel Chalem (10140 Nolinas St., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **185** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $    **0.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Ivan E. Williams (6124 Annville Court, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Ivan Williams 6124 Annville Ct. N. Las Vegas, NV 89081** | | | **08/26/2003** **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Iveta Deprospo 940 Coronado Peak Las Vegas, NV 89183** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Iwrin & Marly Loria (8225 Celina Hills, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **06/25/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**186**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                    **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Jack Ajluni (7137 Mercurio, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/16/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Jack J. & Sandra L. Barry (1066 Cryer Ct., Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Jack S. Jenkins (5950 Banbury Heights, Las Vegas NV 89139P) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Jackie E. Hennagan 2583 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. __187__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,     Case No. _____
                   **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Jackie J. Fredmeyer (1099 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br><br>**Jacklyn Morrison 6536 Arrowbear Lane N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>Jacob & Cheryl Dicus (1078 Sweetgrass, Henderson NV 89002) Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128) 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Jacob Seeley (1217 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |

Sheet no. **188** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,    Case No. _____
              **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Jacquelyn Fong (5983 Bristol Crest Lane, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Jade S. Yap (1066 Thrill Court #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Jagdeep and Navneet Sidhu c/o Law Offices of Charles M. Pollock 10161 Park Run Drive Suite 150 Las Vegas, NV 89145** | | | 09/19/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **Additional Contacts for Jagdeep and Navneet Sidhu:** **Jagdeep and Navneet Sidhu 5218 Baltimore Station Street North Las Vegas, NV 89031** | | | | | | | |

Sheet no. __189__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $     **20,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,      Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Jaime Cordona**<br>**6224 Capehart Falls St.**<br>**N. Las Vegas, NV 89081** | | | 08/26/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |
| **ACCOUNT NO.**<br>Jaime Cordona (6224 Capehart Falls Street, N. Las Vegas NV 89081)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br><br>**Jaime Ibarra**<br>**5614 Doe Springs Place**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br><br>**Jaime Lepe-Jiminez & Scorro Lepe-Diaz**<br>**3305 Conterra Park Ave.**<br>**N. Las Vegas, NV 89081** | | | 08/26/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |

Sheet no. **190** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.**                                        ,          Case No. _____
                    **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Jaime Lopez** <br>**3229 Aspinwall Ct.** <br>**N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Jaime Lopez (3229 Aspinwall Court, N. Las Vegas NV 89081)** <br>**c/o Shinnick, Ryan & Ransavage, P.C.** <br>**2881 Business Park Court** <br>**Suite 210** <br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Jaime Navarrete (5311 Kadena Garden, North Las Vegas NV 89031)** <br>**c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)** <br>**2475 Village View Drive** <br>**Suite 250** <br>**Henderson, NV 89074** | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br> **Jake Smalling (933 Dawn Valley, North Las Vegas NV 89081)** <br>**c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)** <br>**2475 Village View Drive** <br>**Suite 250** <br>**Henderson, NV 89074** | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **191** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **90,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
_____**Debtor**_____    _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jamaica Holliway (1102 Dawn Valley, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** Jame & Alandra Barajas 6532 Bright Morning St. N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** James & B. Marlene Nadir (1295 Sage Green, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** James & Jan Kuhns 1715 Bluff Hollow Pl. N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **192** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **40,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**James & Jennifer Crosswhite**<br>**6536 Black Oaks Street**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**James & Jill Joyce (7013 Bocaire Dr., Las Vegas NV 89131)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **06/25/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**James & Josephita Stanley (1007 Black Olive, Henderson NV 89002)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **05/2009**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**James & Leslie Crawford**<br>**1916 Gentle Bluff Court**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **193** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** James & Linda Yanders (251 Buena Adventura, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **04/20/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** James & Marla Maxwell (6436 Birdcall, N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **07/14/2011** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** James & Patricia Haltom 6453 Bright Morning St. N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** James & Samatha Martines (651 Tyler Ridge, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**194**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,    Case No. _____
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> James & Yeriner Futala (1089 Pleasure Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> James A. Tharp, Jr. (6133 Annville Court, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> James and Samantha Martines 651 Tyler Ridge Black Mountain Vista Las Vegas, NV 89102 | | | 3/2001 <br> **Claim for breach of contract, negligence (stucco and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> James C. & Stacy A. Morton 1614 Lefty Garcia Way Henderson, NV 89002 | | | 09/17/2008 <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. __195__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **70,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Gypsum Construction, Inc.**                              ,          Case No. _____
**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> James E. & Deborah Farmer (1154 Heavenly Harvest #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **James E. Watson 2552 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br><br> **James Evan & Paris Larue Delisle 2589 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> James F. Kerrigan (5568 Moncinna Street, Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __**196**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $ **120,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,          Case No. _____
                   **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **James F. Peyton** **6146 Bayard St.** **Las Vegas, NV 89148** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** James J. & Marcie L. Smedley (1070 Thrill Court #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** James Jiang & Penny Lee (4212 Haven Hurst Court, Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **James McCombs (4013 Wild Magic St., Las Vegas NV 89129** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $20,000.00 |

Sheet no. __197__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **40,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,   Case No. _____
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**James Moniz (1026 Apple Vista Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>James P. III & Cindy R. Fitzgerald (1073 Pleasure Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>James R. & Handan Sullivan (1137 Amarillo Sky #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>James Steiner & Susan Powers (1073 Pleasure Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **198** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **70,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
_____**Debtor**_____                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**James Stubler**<br>**1908 W. Hammer Lane**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**James T. O'Neil (1065 Thrill Court #103, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**James Tharp, Jr.**<br>**6133 Annville Ct.**<br>**N. Las Vegas, NV 89081** | | | **08/26/2003**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Jamie & Theresa Huston**<br>**1849 Shining Elm Court**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __**199**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **10,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____

**Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Jamie D. Nelson  (1113 Pleasure Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Jamie M. Jones, James H. & Carola Jones (1081 Pleasure Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Jana Johnson 1926 Silver Crest Court N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Janeece Reynolds 1624 Lefty Garcia Way Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **200** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **70,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,        Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Janelle Golden 896 Blushing Rose Pl Henderson , NV 89052 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** Janet Carrera (1158 Grass Pond #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Janice Jenny & James Walsh 2581 Velez Valley Way Henderson, NV 89002 | | | 09/17/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** Janice Krahn (6189 Sierra Blue Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. __201__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **60,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,        Case No. _____
         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jannyle & Verity Lanag Macdula (9182 Cantina Creek Ct., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Jarel Posey 3420 Barada Heights Ave. N. Las Vegas, NV 89081 | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |
| **ACCOUNT NO.** Jarson L. & Jenna L. Singleton 2573 Velez Valley Way Henderson, NV 89002 | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Jason & Alais Reta (1072 Noble Isle, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **202** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Jason & Anne Medina<br>1917 Barrell Oak Avenue<br>N. Las Vegas, NV 89031 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>Jason Beathard<br>1634 Lefty Garcia Way<br>Henderson, NV 89002 | | | 09/17/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>Jason Bunch (7827 Warwickshire Way, Las Vegas<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court Suite 210<br>Las Vegas, NV 89128 | | | 05/12/2010<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>Jason C. & Kristian Smith (1081 Pleasure Lane #103, Henderson NV 89002)<br>c/o  Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |

Sheet no. **203** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **70,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Jason D. & Nancie Begun 1610 Clint Canyon Dr. Henderson, NV 89002** | | | 09/17/2008 <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br>**Jason Konrad (1154 Grass Pond #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br>**Jason Lee (1154 Heavenly Harvest #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br>**Jason Monteleone 1932 W. Hammer Lane N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __**204**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,    Case No. _____
_____**Debtor**_____    _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Jason Pflug** **1916 LaCalera Avenue** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Jason Phillips (5327 Kadena Garden, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** Jason R. & Amy Jeffreys (1151 Harts Bluff #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.). 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Jason Schuebel (10025 Scenic Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **08/01/2009** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no.__**205**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **60,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
           **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Jason Schwebach (1070 Slate Crossing #103, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Jason Zhu (5672 Artesia Lake Ct., Las Vegas NV 89118)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>Javier & Lidia Camarena (10222 June Flower Dr., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Javier & Stacy Figueroa 1944 Basilwood Ct. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **206** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

              Subtotal▶  $      **20,000.00**

              Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Jay & Harriet Grunfeld (7925 Crimson Point St., Las Vegas NV 89149)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **08/01/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Jay & Harriet Grunfeld (7932 Crimson Point St., Las Vegas NV 89149)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br><br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **08/01/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Jay Anthony Cabias (8282 Cullinan Ln., Las Vegas NV 89139)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Jayson Denham / Current Owner Altrina Griffin (932 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **207** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **60,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** , Case No. _____
_____
**Debtor** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Jayson Perez Morales**<br>**1836 Arrow Stone Court**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Jean Campagna (9701 Ravine Ave., Las Vegas NV 89117)**<br>**c/o Shinnick, Ryan & Ransavage, P.C**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Jean Day (1006 Snow Bunting, Henderson NV 89002)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **05/2009**<br><br>**Claim for breach of contract, negligence (stucco defeats and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Jeanine C. Wallace (8320 Transvaal Blue St., Las Vegas NV 89139)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **208** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **10,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** ,                    Case No. _____

        **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Jeannie & Johnny Hair (9193 W. Richmar Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Jeannine Ruano / Current owner Nelson D. Rivera (5304 Crestpoint Watch, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive See Attachment 2 - Creditor Information | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> **Jeff & Kristy Meyer (7201 Fairwind Acres, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/16/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Jeff & Lauren Beauchamp (9148 Dutch Oven Ct., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **209** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | **40,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,          Case No. _____

_____ **Debtor** _____                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jeffrey & Mary McKay (1070 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Jeffrey A. & Maureen Mills 2551 Velez Valley Way Henderson, NV 89002 | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** Jeffrey E. Deck (1142 Heavenly Harvest #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Jeffrey Gronich 910 Blue Rosalie Place Henderson, NV 89052 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **210** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____,          Case No. _____
                       **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Jeffrey K. Winkler (1077 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Jeffrey P. Holmes (1151 Heavenly Harvest #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Jeffrey Smith 2594 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Jeffrey Van Harn (5961 Ambleshire, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __211__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **80,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
                              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Jeniece Fredenburg (10228 June Flower Dr., Las Vegas NV 89141)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Jennifer & Nathan Rush (64094 Frosted Dawn Court, Las Vegas NV 89141)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Jennifer and michael Chavez (5338 Kadena Garden, North Las Vegas NV 89031)**<br>**c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)**<br>**2475 Village View Drive**<br>**Suite 250**<br>**Henderson, NV 89074** | | | **08/02/2000**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.**<br>**Jennifer Barros  (1018 Ridgegate, Henderson NV 89002)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2281 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **05/2009**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **212** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,    Case No._____
_____**Debtor**_____    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Jennifer Caldwell (1158 Heavenly Harvest #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.** <br> **1955 Village Center Circle** <br> **Las Vegas, NV 89134** | | | **08/02/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Jennifer Clark (8025 Loma Del Ray, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **07/16/2010** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Jennifer L. Claghorn** <br> **2569 Velez Valley Way** <br> **Henderson, NV 89002** | | | **09/17/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$5,000.00** |
| **ACCOUNT NO.** <br> **Jennifer L. McCarthy (1065 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)** <br> **1955 Village Center Circle** <br> **Las Vegas, NV 89134** | | | **08/02/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **213** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **25,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
  **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Jennifer Moody** **1917 Gentle Bluff Court** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Jenny & Jared Davis (1110 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Jeralyn Goldman (1808 Relate Ct., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Jeremy & Hermelinda Mitchell (1109 Dawn Valley Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **214** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                          ,          Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Jeremy A. Burr (1154 Heavenly Harvest #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.01 |
| **ACCOUNT NO.**<br><br>**Jeremy D. & Cindy C. Strona 1658 Clint Canyon Dr. Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.**<br>Jeremy Fiel (1066 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br><br>**Jeremy Moody 2583 Land Rush Dr. Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **215** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **120,000.01**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____ ,  Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Jerome & Merisela Moore 1921 Bluff Knoll Court N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Jerry & Kathleen Jenkins (1065 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Jerry & Willie Porter (5812 Running Horse Dr., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Jerry Grossman 6162 Powdermill St. Las Vegas, NV 89148** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. **216** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,   Case No. _____
   **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Jerry R. Victoria <br> 2589 Land Rush Dr. <br> Henderson, NV 89002 | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> Jerry Wainscott <br> 5425 Pipers Stone Street <br> N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Jerzy K. Karza (1066 Cryer Ct., Henderson NV 89002) <br> c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) <br> 1955 Village Center Circle <br> Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> Jesse & Chelsea Swaim <br> 3320 Conterra Park Ave. <br> N. Las Vegas, NV 89081 | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. **217** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **60,000.00**

Total► $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,        Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Jesse & Chelsea Swaim (3320 Conterra Park Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Jesse S. Snedden (1070 Thrill Court #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Jessica & Scott Sebbo (5960 Maidenhead Drive, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/12/2010** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Jessica Cheesman 1636 Lefty Garcia Way Henderson, NV 89002** | | | **09/17/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **218** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **80,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Gypsum Construction, Inc._____,        Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jessica L. Raymond (1098 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Jessica Moreno (Lerome) (6444 Birdcall St., N. Las Vegas NV 89084 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Jill & Salvatore Mineo (1298 Sage Green, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Jill Graham (1065 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __219__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$　**30,000.00**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
           **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Jill J. Sticka (1153 Amarillo Sky #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Jill Y. Blackham (1066 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/20008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Jim & Margaret Stephens (7333 Ribbon Rodge Court, Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Jim Ortiz 3131 Alder Grove Ct. N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. **220** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **30,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,     Case No. _____
         **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Jim Ortiz (3131 Alder Grove Court, N. Las Vegas NV 89081) Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Jim Ortiz (3141 Alder Grove Court, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Jimmy Williams 11183 African Sunset St. Henderson, NV 89052** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Jin Wu (6272 West Cougar Avenue, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **221** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
              **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Joan Konsdorf<br>3212 Brayton Mist Dr.<br>N. Las Vegas, NV 89081** | | | **08/26/2003**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Joann Phegley (9889 Fiesta Rose Ave., Las Vegas NV 89148)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Joann Villmann<br>1677 Lefty Garcia Way<br>Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Joanne Baiungo (1083 Sheer Paradise #102, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __222__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Gypsum Construction, Inc._____,     Case No. _____
                        **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Joanne Watson (9748 Ravine Ave., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** Jobert & Nenita Mata 1901 Fighting Falcon Lane N. Las Vegas, NV 89031 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** Jody Dawkins (4313 Brambling Ave., Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Joe & Lilly Nunez (1031 Dawn Valley Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$40,000.00** |

Sheet no. __223__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **50,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Joe & Vera Haddadin (178 Mount St. Helens, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Joe and Bernice Hayes (178 Gannett Peak St., Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Joe and Vera Haddadin 178 Mount St. Helens Black Mountain Vista Las Vegas, NV 89012 | | | 3/2001 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Joe Deryeghiayan (8309 Brilliant Ruby Ct., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **224** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,          Case No. _____
         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Joel Franklin** **1845 Arch Stone Avenue** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Joel Meilen (8321 Transvaal Blue St., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Joel Pazina** **1610 Lefty Garcia Way** **Henderson, NV 89002** | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Joel Perez (1098 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **225** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____

**Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Joel Sharpe**<br>**182 Mount St. Helens**<br>**Black Mountain Vista**<br>**Las Vegas, NV 89012** | | | 3/2001<br><br>**Claim for breach of contract, negligence (stucco and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Joel Sharpe (182 Mount St. Helens, Henderson NV 89012)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**John & Alison Dimilte**<br>**2564 Alias Smith Dr.**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**John & Clemencia Olarte (1909 Warrenville St., Las Vegas NV 89117)**<br>**c/o Shinnick, Ryan & Ransavage, P.C**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **226** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                          ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>John & Darnell Gerardi ( 218 Prairie Creek, Henderson NV 89012)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 04/20/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| ACCOUNT NO.<br><br>**John & Gloria Park<br>5512 Grand Rapids Street<br>N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| ACCOUNT NO.<br>John & Ilona Robertson (5245 Dawn Break Canyon, North Las Vegas NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| ACCOUNT NO.<br><br>**John & Jill Schreidl<br>6608 Black Oaks Street<br>N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **227** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **40,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
                              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**John & Mesissa Boyko**<br>**1824 Moonglow Peak Ave.**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br><br>**John & Myra Heeg**<br>**3441 Barada Heights Ave.**<br>**N. Las Vegas, NV 89081** | | | **08/26/2003**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |
| **ACCOUNT NO.**<br>**John & Victoria Vallajos (6476 Robusta Ct., Las Vegas NV 89141)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br>**John & Victoria Vallajos (6476 Robusta Ct., Las Vegas NV 89141)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **228** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**John and Penny McKay**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **3/2001**<br><br>**Claim for breach of contract, negligence (stucco and deficiencies)** | | X | X | **Unknown** |
| **Additional Contacts for John and Penny McKay:**<br><br>**John and Penny McKay**<br>**197 Mount St. Helens**<br>**Black Mountain Vista**<br>**Las Vegas, NV 89012** | | | | | | | |
| **ACCOUNT NO.**<br>**John Clark (1080 Slate Crossing #103, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**John Cook (1088 Slate Crossing #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **229** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,      Case No. _____
     **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>John D. Drennen (1069 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**John E. Reis 2595 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.**<br>John Faccinto (9227 Weeping Hollow Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br>John Greg & Penny McKay (197 Mount St. Helens, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **230** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Gypsum Construction, Inc. _____ ,          Case No. _____
                              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **John Henry Oliver** <br> **6326 Giant Oak Street** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> John J. Jorissen & Linda M. Moore (1098 Elation Lane #101, Henderson NV 89002) <br> c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) <br> 1955 Village Center Circle <br> Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **John Kordenbrock** <br> **6417 Indian Peak Court** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> John Laforme, Jr. (1143 Grass Pond #101, Henderson NV 89002) <br> c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) <br> 1955 Village Center Circle <br> Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __231__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,          Case No. _____
          **Debtor**                                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **John M. Miller (1070 Pleasure Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **John M. Walker, III (1156 Harts Bluff #101, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **John McMahon (1155 Harts Bluff #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **John Moreno 6325 Giant Oak Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __232__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                      Subtotal▶ $     **30,000.00**

                      Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,   Case No. _____

 **Debtor**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** John Nguyen (7020 River Meadows, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/16/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** John P. & Earline Mullen (1093 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** John Phillip DeJesus 3140 McLennan Ave. N. Las Vegas, NV 89081 | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** John T. and Myra A. Heeg (3441 Barada Heights Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **233** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____

**Debtor**          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> John W. & Sara J. Eisert (1145 Amarillo Sky #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Johneen Foremaster-Creathbaum 1650 Clint Canyon Dr. Henderson, NV 89002 | | | 09/17/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> Johnny Walker (1110 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Johon Bardell (9520 Crown Pine Ct., Las Vegas NV 89123) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **234** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **70,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
_____**Debtor**_____    _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jonas G. Grantham (1081 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Jonathan Batista 11143 Africian Sunset St. Henderson, NV 89052 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Jonathan G. & Erika A. O'Connell (1073 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Jorge & Carmen Lugo (4224 Hickman Court, Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **235** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **30,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
              **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Jorge Sanchez** **c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court** **Suite 210** **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Jose & Ana Santiago (5637 Sage Springs St., Las Vegas NV 89118)** **c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court** **Suite 210** **Las Vegas, NV 89128** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Jose & Cinthia Castaneda** **3333 Edinboro Ridge Ave.** **N. Las Vegas, NV 89081** | | | **08/26/2003** **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Jose & Cinthia Castaneda (3333 Edinboro Ridge Ave., N. Las Vegas NV 89081)** **c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court** **Suite 210** **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **236** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,          Case No. _____
                        **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Jose & Margarita Tolentino (1007 Cove Palisades Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Jose & Terry Flores (6053 Aster Crest, Las Vegas NV 89120 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br>Jose A. Gonzalez & P. Hermila (1158 Heavenly Harvest #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Jose and Ana Santiago (5637 Sage Springs Street, Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **237** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **60,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Jose Avila (1066 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Jose DeLaTorres (5319 Farley Feather Ct., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Jose Freitas 1816 Bright Leaf Ct. N. Las Vegas , NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** **Jose Gonzalez & Jenny Chavez 1833 Bright Leaf N. Las Vegas, NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. __238__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **50,000.00**

Total▶ $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jose Rios & Claudia Chavarin Talencon-Derios (604 Riding Crop Ave., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Joseph & Alveda Vilardo (7371 Real Quiet Dr., Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131 | | | **06/09/2009** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Joseph & Judi Adams (5322 Appleside, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** Joseph & Lita Chu 3320 Barada Heights Ave. N. Las Vegas, NV 89081 | | | **08/26/2003** **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |

Sheet no. **239** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **40,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,        Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Joseph A. Todd (1102 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Joseph and Mary Kwiatkowski c/o Law Offices of Charles M. Pollock 10161 Park Run Drive Suite 150 Las Vegas, NV 89145 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| Additional Contacts for Joseph and Mary Kwiatkowski: Joseph and Mary Kwiatkowski 5033 Wild Buffalo Las Vegas, NV 89131 | | | | | | | |
| **ACCOUNT NO.** Joseph and Michelle Spor c/o Law Offices of Charles M. Pollock 10161 Park Run Drive Suite 150 Las Vegas, NV 89145 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **240** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **10,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,      Case No. _____
                     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Joseph and Michelle Spor:** | | | | | | | |
| **Joseph and Michelle Spor 1031 Dawn Valley Drive North Las Vegas, NV 89031** | | | | | | | |
| **ACCOUNT NO.** Joseph and Zylema Ingarra (5323 Crestpoint Watch, North Las Vegas, NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** Joseph B. Bonneau (1155 Grass Pond #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Joseph Bernstein 6154 Dutch Fork St. Las Vegas, NV 89148 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |

Sheet no. **241** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
_____ **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Joseph Bordona (1102 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Joseph Dixon 1933 Barrel Oak Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Joseph J. & Mary A. Colosi (9735 Manheim Ln., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Joseph Karuga 3448 Palatine Hills Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. **242** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **10,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.**                          ,          Case No. _____
  **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Joseph Karuga (3448 Palatine Hills Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Joseph L. & Lita A. Chua (3320 Barada Heights Ave.,, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Joseph M. & Linda Frisa (1151 Harts Bluff #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Joseph M. & Stephanie Camprise (1147 Heavenly Harvest #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **243** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **40,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** ,    Case No. _____

_____
**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Joseph Martinez (9199 Placer Bullion Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Joseph Smith (5302 Kadena Garden, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> **Josephine Corcoran (4100 Dream Day St., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $20,000.00 |
| **ACCOUNT NO.** <br> Josephine Villafuerte / Current Owner My Nguyen (929 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |

Sheet no. **244** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **100,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,    Case No. _____
           **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Joshua & Rashida Katz (5308 Summer Trout, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** Joshua Tobias (1157 Amarillo Sky #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Joy Lew (1179 Garretts Bluff Wy #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Joyce J. Brown & Joseph C. Moreno (1073 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | | | $10,000.00 |

Sheet no. __245__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal▶    $    **70,000.00**

                    Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Joyce Stein (195 Regal Sunset, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Juan & Ana Anguiano 3224 Aspinwall Ct. N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Juan & Fina Williams 3156 McLennan Ave. N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Juan and Dena Fernandez (5303 Reed Station, North Las Vegas NV 89031) c/oSpringle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **246** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **50,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,      Case No. _____
               **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Juan L. & Ana M. Anguiano (3224 Apinswall Court, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Juan Martinez 6048 Eganridge Ct. N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Judith A. Jenkins (6836 Brier Creek Lane, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **06/25/2010** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Judy Roberts (1183 Garretts Bluff Wy #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **247** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

           Subtotal▶    $      **30,000.00**

           Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,    Case No. _____
          **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Julia L. & Ryan S. Japee (1069 Thrill Court #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Julie & Joseph David 2557 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Julie & Sharon Delgado 2568 Alias Smith Dr. Henderson, NV 89002** | | | 08/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Julie L. Henning (1077 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **248** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $     **120,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** ,                    Case No. _____
                    **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Julio Garavello (1183 Garretts Bluff Wy #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **June O'Leary (244 Buena Adventura, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Justin Gervasi-Rogers & Elizabeth A. Johns (1154 Grass Pond #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Justin Henderson & Vanessa Hill (1095 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **249** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **30,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
_____**Debtor**_____                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Justin Johnson**<br>**1947 Silver Crest Court**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Justin O'Loughlin**<br>**2560 Land Rush Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Justin Thomas (7912 Arden Point St., Las Vegas NV 89149)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court Suite 210**<br>**Las Vegas, NV 89128** | | | **08/01/2009**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**K & K Door & Trim, LLC**<br>**501 Parkson Road**<br>**Henderson, NV 89011** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __**250**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **60,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                                ,        Case No. _____
              **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Kalena Edwards (4787 Golden Shimmer Ave., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Kalila Deniece Banks & Sebron Jr. & Ernestine Banks (1160 Harts Bluff #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Kameron & Ida Moore (7028 Bocaire Dr., Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Kamm Ghalamkar (1147 Grass Pond #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **251** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $    **30,000.00**

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Karen Arcotta (1109 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Karen J. Chisum 1626 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> **Karen Maldonado (825 Evening Fawn Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> **Kari A. & Joseph A. Bono (1142 Grass Pond #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **252** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **110,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                ,          Case No. _____
　　　　　　**Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Karl Weinbrecht & Current Owner Daryl V. Turner (5313 Appleside, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>**Karolyn Cano (1050 Noble Isle, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Katharyne & Stephen Taylor (7200 Gran Paradiso, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/16/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br>Katherin Kinman (6478 Red Island Ct., Las Vegas NV 89141 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **253** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Katherin Kinman (6478 Red Island Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Katherine & Patrick Freman (6808 Tarpon Springs Ct., Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Katherine C. Winkler (1085 Pleasure Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Katherine Calagua (176 Mount St. Helens, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **254** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Katherine Kinman (6270 Maidenhair Fern Ct., Las Vegas NV 89141)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Katherine Kinman (6418 Coral Flower Ct. Las Vegas NV 89141)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Kathleen & Kenneth Turner (7049 Bocaire, Las Vegas NV 89131)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Kathleen Black (183 Ruby Ridge, Henderson NV 89002)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **255** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **20,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Kathleen Moore** **1603 Lefty Garcia Way** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** Kathryn & Dominique Garel (9952 Madison Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Katrina Kendrick (1103 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Kayla Joshua** **6223 Demille Ct.** **N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. **256** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Kayla Joshua (6223 Demille Court, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **KB Home Coastal, Inc. et al c/o Lorber Greenfield & Polito, LLP 13985 Stowe Drive Poway, CA 92064** | | | **7/1/2009** **Claim for breach of contract/warranty, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **Additional Contacts for KB Home Coastal, Inc. et al:** **Mark J. Masterson, Esq. Milstein Adelman, LLP 2800 Donald Douglas Loop North Santa Monica, CA 90405** | | | | | | | |
| **ACCOUNT NO.** **KB Home Nevada, Inc. 750 Pilot Road, Suite F** **Las Vegas, NV 89119** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$581,580.63** |

Sheet no. **257** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **641,580.63**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,       Case No. _____

  **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> KB Home Nevada, Inc. <br> c/o Janice M. Michaels, Esq. <br> 7674 W. Lake Mead Blvd. <br> Suite 150 <br> Las Vegas, NV 89128-6652 | | | **11/26/13** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> KB Homes Nevada, Inc. <br> Kaufman & Broad Nevada, Inc. <br> 5655 Badura Ave. <br> Las Vegas, NV 89118 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> KB Homes Nevada, Inc. <br> c/o Wood Smith Henning & Bermann LLP <br> 7670 W. Lake Mead Boulevard <br> Suite 250 <br> Las Vegas, NV 89128-6652 | | | **Claims for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$581,580.63** |

**Additional Contacts for KB Homes Nevada, Inc.:**


  **Hamrick & Evans, LLP**
  **c/o Janice Michaels, Esq.**
  **3320 N. Buffalo Dr.**
  **Suite 208**
  **Las Vegas, NV 89129**

Sheet no. **258** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **591,580.63**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____

       **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**KBI Construction, Inc.**<br>**c/o Lia Stivaletta - Risk Management Specialist III**<br>**BMC**<br>**1232 Keystone Way**<br>**Vista, CA 92083** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**KBI Construction, LLC**<br>**6840 West Frier Drive**<br>**Glendale, AZ 85303** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Keenan Williams**<br>**10619 Alondra Peak Street**<br>**Las Vegas, NV 89183** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Keith A. Brandy (1163 Grass Pond #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **259** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **10,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____

　　　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Keith H. Moyer**<br>**2564 Land Rush Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Kellen Kroll (4812 Arkansas Diamond Ct., Las Vegas NV 89139)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Kelli C. & James V. Larsen**<br>**2588 Lazy Saddle Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Kelli M. McClane**<br>**2594 Alias Smith Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **260** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶          $ **150,000.00**

Total▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                                ,          Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Kelly J. Violette (1099 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/200810000.00 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $0.00 |
| **ACCOUNT NO.** **Kelly Walton (9736 Manheim Ln., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Ken & Charlotte Yarnall 3160 McLennan Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |
| **ACCOUNT NO.** Ken and Charlotte Yarnall (3160 McLennan Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | $10,000.00 |

Sheet no. __261__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶          $          **10,000.00**

Total▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,      Case No. _____
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Kenneth & Joann Bettinger (5329 Dawn Break Canyon, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br> Kenneth & Nancy Rich (6255 W. Haleh Ave., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Kenneth Barnes 2594 Highland Cliff Dr. Henderson, NV 89052** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Kenneth Haywood (5310 Kadena Garden Ct., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. __262__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                  Subtotal▶   $     **80,000.00**

                  Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Kenneth Henriques & Amanda LeFevre de Montigny (9545 Bachelors Fortune St., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Kenneth J. Nogle 1601 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** Kenneth Jr. & Clayvonne M. Finley (1102 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Kenneth Ng (10028 Madison Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **263** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **70,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
_____**Debtor**_____    _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Kenneth Ramos<br>6140 Kinderhook Ct.<br>N. Las Vegas, NV 89081 | | | 08/26/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>Keven & Sonja Kokos (1280 Peppercorn, Henderson NV 89012)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 04/20/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>Kevin & Kimberly Milar (5319 Reed Station, North Las Vegas, NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.**<br>Kevin & Kristie Hentzel (4125 Perfect Lure St., Las Vegas NV 89129)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |

Sheet no. __264__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | **60,000.00**

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,        Case No. _____
       **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Kevin & Nicole Greig (6432 Bridcall St., N. Las Vegas NV 89084 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/14/2011 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Kevin & Vanessa Doulder (821 Dawn Valley, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> **Kevin Beyer (4325 Thunder Twice St., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $20,000.00 |
| **ACCOUNT NO.** <br><br> **Kevin C. Griffin 2596 Lazy Saddle Dr. Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **265** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **120,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
.......**Debtor**................................................................**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**      **.001**<br><br>**Kevin Colbert**<br>**c/o Shinnick Law Firm, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89148** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **Additional Contacts for Kevin Colbert (.001):**<br><br><br>**Kevin Colbert**<br>**9934 Mustang Creek Way**<br>**Las Vegas, NV 89148** | | | | | | | |
| **ACCOUNT NO.**<br><br>**Kevin Goodwin & Garron Rae Peters**<br>**2568 Land Rush Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Kevin L. Kleinberg (1109 Elation Lane #102, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no.__**266**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** ,          Case No. _____

Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Kevin Parks (5331 Kadena Garden, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> **Kevin Reynolds (5314 Dawn Break Canyon, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br><br> **Kevin Werner 101 W. Superior, Unit 505 Chicago, IL 60654** | | | **05/2009** | | | | $10,000.00 |
| **ACCOUNT NO.** <br> **Kim & Ezra Marquez (4264 Thunder Twice St., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $20,000.00 |

Sheet no. **267** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 110,000.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,  Case No. _____

_____**Debtor**_____  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Kim Zamora (206 Prairie Creek, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Kimberly H. Kaneda (1088 Slate Crossing #101, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Kimberly Heineken 2565 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Kimberly S. Bulilis c/o Robert C. Maddox & Associates 3811 W. Charleston Blvd. Suite 110 Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no.__**268**__of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **60,000.00**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Kimberly S. Bulilis:**<br><br>**Kimberly S. Bulilis<br>1260 Corista Drive<br>Henderson, NV 89052** | | | | | | | |
| **ACCOUNT NO.**<br><br>**Kimberly Scott-Miller<br>2558 Lazy Saddle Dr.<br>Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.**<br>Kip & Rebecca Blackwell (6521 Birdhouse St., N. Las Vegas NV 89084)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 07/14/2011<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Kirk & Kathleen Hodgson (624 Maidenhair Fern Ct., Las Vegas NV 89141)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **269** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **60,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____

**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Kirsti Oliver**<br>**6337 Giant Oak Street**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Kiyohiro Shannon**<br>**2554 Lazy Saddle Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Kiyomi Endo (1187 Garretts Bluff Wy #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Klein Kim Bach (8353 Transvaal Blue Street, Las Vegas NV 89139)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **270** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **60,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Knipp Brothers Industries, Inc.** **6255 Range Road** **Las Vegas, NV 89115** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Koeller, Nebeker, Carlson, Hauluck, LLP** **c/o Megan K. Dorsey, Esq.** **300 South 4th Street** **Suite 500** **Las Vegas, NV 89101** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Kris and Kevin Mans (190 Mount St. Helens Dr., Henderson NV 89012)** **c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court** **Suite 210** **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Kristian Rey Soriano (4860 Arkansas Diamond Ct., Las Vegas NV 89139)** **c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court** **Suite 210** **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **271** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $　　　　　**0.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re  **Gypsum Construction, Inc.** _____ ,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Kristie Arinduque (5820 Running Horse Dr., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Kristin Linthicum (1089 Pleasure Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> Kristina D. & Zakery V. Cordova (1145 Amarillo Sky #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Kristy L. Murdock 157 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **272** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                                         ,          Case No. _____
_____                                                         _____
**Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Kritsana Singkum (9182 Placer Bullion Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Kukurin Concerete, Inc. c/o James M. Kukurin, Register Agent 2255 Aragon Canyon Street Las Vegas, NV 89135 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Kurt & Linying Meyer (6212 West Cougar Ave., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Ladonna Hill (6333 Climbing Vine Ave., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **273** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $          0.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.**_____ ,           Case No. _____
                          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Laila Orellana**<br>**6519 Feather Peak Street**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Lamar and Gladys Leavitt (918 Dawn Valley Dr., North Las Vegas NV 89031)**<br>**c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)**<br>**2475 Village View Drive**<br>**Suite 250**<br>**Henderson, NV 89074** | | | **08/02/2000**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.**<br><br>**Lamps Plus Corporation**<br>**20250 Plummer Street**<br>**Chatsworth, CA 91311** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Lance M. Pakrovsky**<br>**2586 Land Rush Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **274** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶          $          **90,000.00**

Total▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Gypsum Construction, Inc._____,          Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Landaco Landscapting & Grading**<br>**4660 S. Polaris**<br>**Las Vegas, NV 89103** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>Larina and Eleazar Balacy (640 Tyler Ridge Ave., Henderson NV 89012)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Larrie M. & Rhonda C. Palmer**<br>**2574 Velez Valley Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>Larry & Martha Ayers (5214 Baltimore Station, North Las Vegas NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | **08/02/2000**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. __275__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶          $          **90,000.00**

Total▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
           **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Larry and Yvonne Glines** c/o Robert C. Maddox & Associates 3811 W. Charleston Blvd. Suite 110 Las Vegas, NV 89102 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| Additional Contacts for Larry and Yvonne Glines: **Larry and Yvonne Glines** **7511 Real Quiet Drive** **Las Vegas, NV 89131** | | | | | | | |
| **ACCOUNT NO.** Larry Becker (5322 Farley Feather, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** Larry F. & Debra L. Dunn (1138 Grass Pond #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **276** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Larry Methvin Installations 501 Kettering Drive Ontario, CA 91761** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** **Lashia Macauley 6217 Capehart Falls St. N. Las Vegas, NV 89081** | | | 08/26/2003 Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |
| **ACCOUNT NO.** Lashia Macauley (6217 Capehart Falls Street, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Latia White 3228 Visionary Bay Ave. N. Las Vegas, NV 89083** | | | 08/26/2003 Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |

Sheet no. **277** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **10,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,          Case No. _____
  **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Laura Branham (1159 Heavenly Harvest #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Laura Christman (8233 Oakshire, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **07/16/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Laura Egen (5558 Moncinna St., Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/02/2000**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Laura L. Callender**<br>**1661 Lefty Garica Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **278** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Laura McDonald (7248 Crescentville, Las Vegas NV 89131)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 06/25/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Laura Nead (604 Brown Breeches Ave., Las Vegas NV 89081)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Lauren A. Rogers (1159 Grass Pond #101, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Lauren W. & Michael S. Moody (1069 Thrill Court #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **279** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $　**30,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re __Gypsum Construction, Inc._____ ,        Case No. _____
                 **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Law Offices of Charles M. Pollock** **10161 Park Run Drive, Suie 150** **Las Vegas, NV 89145** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$0.00** |
| **ACCOUNT NO.** **Lawrence & Marilyn Palasky (Family Trust)** **6422 Bright Morning St.** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Lawrence & Valerie Archuleta (1014 Dawn Valley, North Las Vega NV 89031)** **c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)** **2475 Village View Drive** **Suite 250** **Henderson, NV 89074** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Lawrence B. Hehir** **2580 Land Rush Dr.** **Henderson, NV 89002** | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no.__280_ of _479_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **90,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,      Case No. _____
                    **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Lawrence Braine & Beverly DiPirro (226 Lynbrook, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Lawrence Nicastro 6130 Bayard St. Las Vegas, NV 89148** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Lawrence Vono 2593 Velez Valley View Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Leah Quintana (5953 Jobear Avenue, Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**281**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **60,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,          Case No. _____
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Lee & Harriet Rubin (9733 Ravine Ave., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Lee Tepfer (5893 Banbury Heights, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/12/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Lee Turcotte (6533 Birdhouse St., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **07/14/2011** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Lee, Hernandez, Landrum, Garofalo & Blake c/o David S. Lee, Esq. 7575 Vegas Drive Suite 150 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$0.00** |

Sheet no. __282__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.**                              ,          Case No. _____
            **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Leesa J. & Kari K. Allen** <br> **2576 Velez Valley Way** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Leland R. & Patsy A. Graham** <br> **2577 Land Rush Dr.** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Lelia Lim & Kristine Ilarde** <br> **1833 Arrow Stone Ct.** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Len & Linda Kado** <br> **2584 Alias Smith Dr.** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **283** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **150,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** ,  Case No. _____
                  **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Lenner Reno LLC dba Lenner Homes** c/o Gordon & Rees LLP (Robert Schumaker, Esq.-) 3770 Howard Hughes Parkway Suite 100 Las Vegas, NV 89169 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** **Lenore Svenson (1145 Amarillo Sky #102, Henderson NV 89002)** c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Lenoris Johnson (5909 Horsehair Blanket Dr., Las Vegas NV 89081)** c/o Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128) 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** **Leo Garcia (1070 Elation Lane #101, Henderson NV 89002)** c/Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |

Sheet no. **284** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
           **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Leon & Brenda Lewis 6548 Arrowbear Lane N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br>**Leon & Melanie Persson c/o Law Office of Charles M. Pollock 10161 Park Run Drive Suite 150 Las Vegas, NV 89145** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| Additional Contacts for Leon & Melanie Persson:<br><br>Leon & Melanie Persson 2491 Silver Beach Drive Henderson, NV 89052<br><br>M C Mojave Construction 5001 Jay Avenue Las Vegas, NV 89130<br><br>Leon and Melanie Persson See Attachment 3 - First Additional Contact | | | | | | | |
| **ACCOUNT NO.** <br>**Leonard & Lasurer (1019 Amber Gate, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/2009** <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **285** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $         **10,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.**_____ ,        Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Leonard & Lasurer Leverett c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/2009** | | | | **$10,000.00** |
| **ACCOUNT NO.** <br> **Leonard & Lasurer Leverett c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/2009** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Leonard and Lasurer Leverette c/o Shinnick, Ryan, Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **Additional Contacts for Leonard and Lasurer Leverette:** <br><br> **Leonard and Lasurer Leverette 1019 Amber Gate Street Henderson, NV 89002** | | | | | | | |

Sheet no. **286** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **30,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,        Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 08/02/2008 | | | | |
| Leonard S. & Katherine J. Parsek (1161 Amarillo Sky #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** | | | 07/14/2011 | | | | |
| Leroy & Charles Woods (3509 Birwatcher Ave., N. Las Vegas NV 89084) Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** | | | 09/17/2008 | | | | |
| Leslie J. Ringen 1653 Lefty Garcia Way Henderson, NV 89002 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** | | | 08/02/2008 | | | | |
| Leslie Povelko (1158 Grass Pond #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **287** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **80,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,        Case No. _____
_____**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Lewis Homes of Nevada 3325 Ali Baba #603 Las Vegas, NV 89118** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Liberty Paradise Community Association c/o Excellence Community Management 601 Whitney Ranch #B-10 Henderson, NV 89014-2643** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Lilia Franco (5206 Baltimore Station St., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Lilia M. Burke (1149 Amarillo Sky #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq. 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __288__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Lily Kam (6345 Silver Ribbon Court, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Linda & Douglas Hill (1175 Garretts Bluff Wy #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Linda Battersby 1611 Silent Sunset Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Linda Busby (1077 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **289** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re Gypsum Construction, Inc.                          ,          Case No. _____
                    Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Linda Jones (5234 Crestpoint Watch, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Linda Weber (5314 Reed Station Street, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Ling Chen (9236 Grassy Weep Ct., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Lisa Birnbaum (9437 Bachelor Fortune St., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **290** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **80,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** ,                    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Lisa Caudill (1019 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Lloyd & Sherri Hook (9232 Sunny Oven Ct., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Lloyd Somsong Abrahamian 1205 Silent Sunset Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Lloyd Weathersby, Sr. 5449 Pipers Stone Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **291** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **40,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,        Case No. _____
_____**Debtor**_____                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Lois A. Addington<br>1634 Clint Canyon Dr.<br>Henderson, NV 89002 | | | 09/17/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.**<br><br>Lonnie & Patricia Billoups/Detommaso<br>1924 Caribou Creek Ct.<br>N. Las Vegas, NV 89031 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.**<br>Lonnie Phillips (9732 Manheim Ln., Las Vegas NV 89117)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court Suite 210<br>Las Vegas, NV 89128 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.**<br>Lora Beth Brown (9873 Fountain Walk Avenue, Las Vegas NV 89149)<br>c/o Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128)<br>2881 Business Park Court Suite 210<br>Las Vegas, NV 89128 | | | 08/01/2009<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no.__**292**__of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **60,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____

**Debtor**

(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Lorelyn Tamita-Delacruz**<br>**c/o Angius & Terry, LLP**<br>**1120 N. Town Center Drive**<br>**Suite 260**<br>**Las Vegas, NV 89144** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| Additional Contacts for Lorelyn Tamita-Delacruz:<br><br>Tony Hinostrosa<br>6490 Dune Point Court<br>Las Vegas, NV<br><br>Lorelyn DeLaCruz<br>6483 Dune Point Court<br>Las Vegas, NV<br><br>Edward Anderson<br>See Attachment 4 - First Additional Contact | | | **Lorelyn Tamila-Delacruz**<br>**401 Port Hope Place**<br>**Las Vegas, NV 89144** | | | | |
| **ACCOUNT NO.**<br><br>**Lorena Toirac (182 Golden Crown Avenue, Henderson NV 89002)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **05/2009**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Lorenzo Rivera (5323 Reed Station, North Las Vegas NV 89031)**<br>**c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)**<br>**2475 Village View Drive**<br>**Suite 250**<br>**Henderson, NV 89074** | | | **08/02/2000**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **293** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **50,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____ ,          Case No. _____
          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Lou & Angelica Deleon 3305 Palatine Hills Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> Lou LR & Anelica I. DeLeon (3305 Palatine Hills Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Louai Qaqish (1156 Harts Bluff #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Louis & Mary Ann Perales (1070 Cryer Ct., Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **294** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **30,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Louis & Sandra Thole 3116 Hartley Cove Ct. N. Las Vegas, NV 89081 | | | 08/26/2003 Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |
| ACCOUNT NO. Louis Galasso (7937 Aubergine Cove Ct., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| ACCOUNT NO. LP One Nevada, LLP 6108 Talbot Springs Ct. N. Las Vegas, NV 89081 | | | 08/26/2003 Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |
| ACCOUNT NO. Luis and Sandra Andrade c/o Law Offices of Charles M. Pollock 10161 Park Run Drive Suite 150 Las Vegas, NV 89145 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **295** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **10,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                          ,        Case No. _____
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Luis and Sandra Andrade:**<br><br>**Luis and Sandra Andrade<br>5913 Shining Moon<br>Las Vegas, NV 89131** | | | | | | | |
| ACCOUNT NO.<br>**Luis Lichtman (1065 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| ACCOUNT NO.<br>**Luz & William Prill (9149 Weeping Hollow Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | 08/01/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| ACCOUNT NO.<br>**Luz Perez (6060 Daisy Run Ct., Las Vegas NV 89120) c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. __296__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **10,000.00**

Total▶ | $ | 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____

Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Lydia Peralta (9135 Cantina Creek Ct., Las Vegas NV 89178)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 08/01/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Lynn Fernando (4234 Thunder Twice St., Las Vegas NV 89129)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |
| **ACCOUNT NO.**<br>**Lynn Russell & Sherry M. Jolley (5937 Horsehair Blanket Dr., Las Vegas NV 89081)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**M.D.C. Holdings, Inc.**<br>**c/o Andrew W. Goedicke**<br>**4350 South Monaco Street**<br>**Denver, CO 80237** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **297** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $   **20,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Madeline Marie Grossi**<br>**1662 Clint Canyon Dr.**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Magnum Air**<br>**c/o Mark M. Jones, Register Agent**<br>**850 East Bonneville Avenue**<br>**Las Vegas, NV 89101** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Mahesh Odhrani (1149 Amarillo Sky #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Mai Linh T. Graham**<br>**1617 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **298** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $     **110,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____,     Case No. _____
           **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Majid M. Ghasiri <br>2554 Velez Valley Way <br>Henderson, NV 89002 | | | 09/17/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> Manuel & Elvira Reyes (6022 Sundial Crest Ct., Las Vegas NV 89120) <br>c/o Shinnick, Ryan & Ransavage, P.C. <br>2881 Business Park Court <br>Suite 210 <br>Las Vegas, NV 89128 | | | 08/02/2000 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br> Manuel Florez (10138 Poppy Plant Ct., Las Vegas NV 89141) <br>c/o Shinnick, Ryan & Ransavage, P.C. <br>2881 Business Park Court <br>Suite 210 <br>Las Vegas, NV 89128 | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br> Manuel Martinez-Trujillo (6820 Rolling Oaks, Las Vegas NV 89131) <br>c/o Shinnick, Ryan & Ransavage, P.C. <br>2881 Business Park Court <br>Suite 210 <br>Las Vegas, NV 89128 | | | 06/25/2010 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **299** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $    **60,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re __Gypsum Construction, Inc._____,     Case No. _____
           **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Manuela Cabiles (5329 Summer Trout, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq. 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Marcelino & Jasmin Capito 1765 Bluff Holllow Pl. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Marchelle Reyes (9752 Ravine Ave., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Marciano and Concepcion Laqui c/o Angius & Terry LLP 1120 N. Town Center Drive Suite 260 Las Vegas, NV 89144** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __300__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **40,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,        Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Marciano and Concepcion Laqui:**<br><br>**Marciano and Concepcion Laqui 331 Quite Harbor Henderson, NV 89052** | | | | | | | |
| **ACCOUNT NO.**<br><br>**Marcy L. Jones 1638 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Margaret J. Dunifer (8912 Martin Downs Pl, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Margaret K. Glad (1102 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |

Sheet no. **301** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,         Case No. _____
_____**Debtor**_____                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Margie Gatmaitan (909 Evening Fawn, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 | | | | $40,000.00 |
| **ACCOUNT NO.** **Maria & Leszek Marosz (9543 Crown Pine Ct., Las Vegas NV 89123) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Maria & Rodolfo Quintana Hernandez (5924 Horsehair Blanket Dr., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Maria J. Aguirre & Nicholas Edward Anguiano 2588 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **302** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **90,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____, Case No. _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Maria Moran <br> 3321 Barada Heights Ave. <br> N. Las Vegas, NV 89081 | | | 08/26/2003 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |
| ACCOUNT NO. <br> Maria Olvera (9536 Windsor Forest Ct., Las Vegas NV 89123) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. <br><br> Maria Ramirez <br> 2590 Highland Cliff Dr. <br> Henderson, NV 89052 | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. <br><br> Maria Sanchez-Martinez <br> 6240 Mercer Valley St. <br> N. Las Vegas, NV 89081 | | | 08/26/2003 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |

Sheet no. **303** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▸   $                **0.00**

Total▸   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                  **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Maria Sanchez-Martinez (6240 Mercer Valley Street, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Marianito Morales (1006 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** Maribel DeMartinez (5317 Summer Trout St., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** Marie A. Peralta (1085 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq. 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __304__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **100,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Marie Yoon-Hew Mewshaw and Dennis & Janet M. Mewshaw (1109 Pleasure Lane #103, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Marieta & Olivier Pilapil (1209 Cove Palisades, North Las Vegas NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Marilyn & Christopher Donahue (5339 Crestpoint Watch, North Las Vegas NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Marilyn Goldstein (1093 Elation Lane #102, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **305** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **100,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** ,                     Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Marina Tettis (532 Kadena Garden, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Mario and Sara De Martinez (196 Gannett Peak St., Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Mario Fuentes Guarneros & Irma Lopez (6386 Cactus Dahlia St., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Mario Quinteros (4320 Perfect Drift Street, Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **306** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **50,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,          Case No. _____
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Marion & Gale Anderson (235 Buena Adventura, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Marisa Clark 1853 Bayhurst Avenue N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Marissa D. Pessos (1082 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Mark & Esther Aguilar 6129 Kinderhook Ct. N. Las Vegas, NV 89081 | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |

Sheet no. **307** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $      **10,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,        Case No. _____
                    **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Mark & Jan McCaughan (1093 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Mark & Luzviminda Rich (5335 Farley Feather, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br> **Mark & Rita Curtri (7013 Estrella del Mar, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/16/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.        .001** <br><br> **Mark and Beverly Huggett c/o Shinnick Law Firm, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no.__**308**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **50,000.00**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

In re **Gypsum Construction, Inc.**_____,                Case No. _____
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Mark and Beverly Huggert (.001):**<br><br>**Mark and Beverly Huggert<br>9960 Star Lake Avenue<br>Las Vegas, NV 89148** | | | | | | | |
| ACCOUNT NO.<br>**Mark Buchmeier (9549 Spruce Pine Ct., Las Vegas NV 89123)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Mark Czarniak (1076 Reed Point, Henderson NV 89002)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | 05/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| ACCOUNT NO.<br>**Mark D. Sindelar (1081 Pleasure Lane #102, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no.__**309**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____ ,      Case No. _____
_____**Debtor**_____                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 08/02/2008 | | | | |
| Mark E. Schoop (1142 Grass Pond #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** | | | 08/26/2003 | | | | |
| **Mark Gravino 3009 Gannon Ridge Ave. N. Las Vegas, NV 89081** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** | | | | | | | |
| Mark Gravino (3009 Gannon Ridge Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** | | | | | | | |
| **Mark Hutchins dba Hutchins Drywall 2335 Silver Wolf Drive Henderson, NV 89011** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **310** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Mark Hutchins dba Hutchins Drywall Business Bankruptcy Section, 646 Chicago Road Chicago Heights, IL 60411** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Mark J. & Esther G. Aguilar (6129 Kinderhook Court, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Mark McCendon (1202 Apple Vista, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** Mark R. Smith (1077 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **311** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
_____**Debtor**_____            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Mark Roe (528 Riding Crop Ave., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Mark Szarzak (1151 Grass Pond #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Mark Wilson 3112 Hartley Cove Ct. N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Mark Wilson (3112 Hartley Cove Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **312** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**              ,          Case No. _____

         **Debtor**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Marlene J. Edwards**<br>**1635 Hefty Garcia Way**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Marshall Nyden (6170 W. Haleh Ave., Las Vegas NV 89141)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Marths Gelberto & Lorena Urena (Silva & Garcia)**<br>**6313 Giant Oak Street**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Martin & Araceli Hernandez (1002 Dawn Valley, North Las Vegas NV 89031)**<br>**c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq., Henderson, Nevada 89074)**<br>**2475 Village View Drive**<br>**Suite 250**<br>**Henderson, NV 89074** | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **313** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►   $       **90,000.00**

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                          ,          Case No. _____
                  **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Martin & Sharon Messinger (6322 Growing Vine Ct., Las Vegas NV 89141)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Martin & Susan Schorr (9216 Lost Shanty Court, Las Vegas NV 89178)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Martin Hertzel (1214 Apple Vista Ct., North Las Vegas NV 89031)** c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Martin S. & Ruth A. Rihel 2576 Lazy Saddle Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **314** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **90,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
               **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Martin Slatsky (10033 Scenic Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/01/2009** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Martin Vece & Elizabeth Barrett (Current Owner) at 5309 Summer Trout, North Las Vegas, NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive See Attachment 5 - Creditor Information | | | **08/02/2000** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> Marvin & Crysta Romero (1159 Harts Bluff #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Marvin D. Brand 1642 Clint Canyon Dr. Henderson, NV 89002** | | | **09/17/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **315** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **110,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** ,                          Case No. _____
                    **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Marvin Merriweather (7867 Nottingshire Way, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Mary & Henry Viray (5307 Kadena Garden, North Las Vegas NV 89031) c/oSpringle & Fink LLP (c/o Leonard T. Fink, Esq. ) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** Mary Ann Roser (6197 Fisher Creek Court, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Mary B. Dejoria (1070 Pleasure Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **316** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $        **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Mary Beth * Garrison Fries 2562 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> Mary Burke and Kathryn Norwood (213 Belle Isle, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128) 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 04/20/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.        .001** <br><br> **Mary Goodrich c/o Shinnick Law Firm, P.C. 2881 Business Park Ct. Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Additional Contacts for Mary Goodrich (.001):

      **Mary Goodrich
      6341 Current Lake Way
      Las Vegas, 331 Quite
      Harbor 89148**

Sheet no. **317** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
_____**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Mary J. Frabbiele (1070 Thrill Court #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Mary Ke Weisberg (1065 Pleasure Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Mary R. & Rocco J. Pannaralla (1105 Pleasure Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Mary Van Baaren (1027 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |

Sheet no. **318** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $    **70,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,          Case No. _____
                               **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Mary Vincent (9228 Lost Shanty Court, Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Marylou Fraggetta (1065 Pleasure Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Marypeach B. & Andrew S. Trinkle (1146 Grass Pond #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Masrion Lora Spiegelberg 1643 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. __319__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►    $      **70,000.00**

Total►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **MasterBrand Cabinets aka Capital Cabinets c/o Gregory J. Stoner One MasterBand Cabinets Drive Jasper, IN 47546** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** Matthew & Jaimee Thomason (1113 Pleasure Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | | | $10,000.00 |
| **ACCOUNT NO.** Matthew Buehler (9953 Madison Walk Avenue, Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128) 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Matthew Chatterton 1612 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |

Sheet no. **320** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　$ 　**70,000.00**

Total▶　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Matthew J. & Lelie L. Farham (1069 Elation Lane #101, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Matthew Newby (1090 Elation Lane #102, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Matthew Smith (7880 Windhamridge Drive, Las Vegas NV 89139)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 05/12/2010<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Maurice & Nadine Flores (1081 Elation Lane #101, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no._**321**_ of _**479**_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **40,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,                    Case No. _____

**Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Mayra Sanchez** **1829 Bayhurst Avenue** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Mehran Samimi** **6433 Giant Oak Street** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Melinda & Edmund Bakshi (9466 Liquid Loco Street, Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Melinda Wolfe (1152 Harts Bluff #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 | | | | **$10,000.00** |

Sheet no. **322** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Melissa A. Reed <br> 2570 Alias Smith Dr. <br> Henderson, NV 89002 | | | 09/17/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br><br> Melissa D. Spicer (1076 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> Melody Taylor <br> 5524 Doe Springs Place <br> N. Las Vegas, NV 89031 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> Melvyn Zuela (5331 Crestpoint Watch, North Las Vegas NV 89031) c/oSpringle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |

Sheet no. **323** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **100,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,      Case No. _____
           **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Merle A. & Helen O. Myrick 1640 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **MFCS Investments (6185 Wild Lilac Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Michael & Angela Winnett 3045 Hartley Cove Ct. N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Michael & Bathany Carlucci 2570 Lazy Saddle Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **324** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **100,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____, Case No. _____
                         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Michael & Cassandra Arquette (7253 Hollywood Park Ave., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |
| **ACCOUNT NO.** <br> **Michael & Charlotte Wilkerson 1836 W. Hammer Land N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Michael & Diana Pederson (642 Wind Cave, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> Michael & Geneva Kincaid (636 Wind Cave, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **325** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **40,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                    ,        Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Michael & Gloria Smith (5307 Farley Feather Ct., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br> Michael & Kelli Sager (196 Golden Crown, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 | | | | $0.00 |
| **ACCOUNT NO.** <br> Michael & Lydia Cohen (169 Snow Goose, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Michael & Marcia Reily (1066 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __326__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **60,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
                    **Debtor**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Michael & Olga Shoff 1415 Silent Sunset Ave. N. Las Vegas, Nv 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Michael & Patricia Hicks 6604 Arrow Hill Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Michael A. Moreno 2568 Velez Valley Way Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Michael and Geneva Kincaid 636 Wind Cave Black Mountain Vista Las Vegas, NV 89102** | | | **3/2001** <br><br> **Claim for breach of contract, negligence (stucco and deficiencies)** | | X | X | **Unknown** |

Sheet no. **327** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **50,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,          Case No. _____
              **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Michael and Lenore Beardslee Trust (7761 Pleasant Slopes Court, Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131 | | | 06/09/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Michael and Lisa Sims c/o Law Offices of Charles M. Pollock 10161 Park Run Drive Suite 150 Las Vegas, NV 89145** | | | 06/07/2002 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| Additional Contacts for Michael and Lisa Sims: **Michael and Lisa Sims 7909 Midnight Ride Las Vegas, NV 89131** | | | | | | | |
| **ACCOUNT NO.** Michael Brunin (1030 Apple Vista, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. __328__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **40,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____

_____Debtor_____                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Michael Cameron <br> 1821 Barrel Oak Ave. <br> N. Las Vegas, NV 89031 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. <br><br> Michael Chico <br> 6437 Silver Pony Court <br> N. Las Vegas, NV 89031 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. <br><br> Michael D. Sr. & Dora Colford <br> 10977 African Sunset St. <br> Henderson, NV 89052 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. <br><br> Michael D. Sr. & Dora Colford <br> 11020 African Sunset St. <br> Henderson, NV 89052 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **329** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $        **0.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,          Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Michael Dinelli**<br>**1833 Arrow Stone Ct.**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>Michael F. & Gaylene Slocum (1106 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>Michael F. & Linda Flagg (1084 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>Michael Granta (1175 Garretts Bluff Wy  #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **330** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **30,000.00**

Total► $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
             **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Michael Henry (1146 Heavenly Harvest #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Michael Hood (341 S. Arroyo Grande, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **04/20/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Michael J. & Jamie K. Bordallo**<br>**2590 Alias Smith Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.      5773**<br>**Michael J. and Robin Panek**<br>**c/o Robert C. Maddox & Associates**<br>**3811 W. Charleston Blvd.**<br>**Suite 110**<br>**Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiences)** | | X | X | **Unknown** |

Sheet no. **331** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** ,          Case No. _____

          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Michael J. and Robin Panek (5773):**<br><br>**Michael J. and Robin Panek**<br>**7210 Real Quiet Drive**<br>**Las Vegas, NV 89131**<br><br>**Branson Brinkop Griffith & Strong LLP**<br>**c/o Michele O. Blais**<br>**643 Bair Island**<br>**Suite 400**<br>**Redwood City, CA 94063** | | | | | | | |
| ACCOUNT NO.<br>**Michael J. Brown (1065 Elation Lane #101, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | X | X | | $10,000.00 |
| ACCOUNT NO.<br><br>**Michael J. King**<br>**2588 Land Rush Dr.**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | X | X | | $50,000.00 |
| ACCOUNT NO.<br><br>**Michael J. Moran**<br>**1642 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | X | X | | $50,000.00 |

Sheet no. **332** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **110,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
_____ **Debtor** _____    _____ **(if known)** _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Michael L. Cannella, Joseph A. Jr. & Susan Cannella (1163 Heavenly Harvest #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Michael Lamar (1003 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** Michael Lee Sherwood (8301 Oppenheimer St., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Michael M. Jones (10008 Madison Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **08/01/2009** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __333__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **60,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,                    Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Michael Martinez (1086 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Michael S. & Allison W. Shepherd (1095 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Michael S. Kruse 1607 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Michael Schedneck 2572 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **334** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **120,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,   Case No. _____
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Michael Smith 1936 Caribou Creek Ct N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Michael Szczepanik (6055 Carlisle Crest Lane, NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010 | | | | **$10,000.00** |
| **ACCOUNT NO.** Michael T. & Claire M. Osborne (1069 Elation Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Michele Quezada 1637 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **335** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                ,        Case No. _____
        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Michelle Ralph<br>1646 Lefty Garcia Way<br>Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Miguel & Josefina Morales<br>1508 Gentle Brook Street<br>N. Las Vegas, NV 89081** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Mike R. & Carol M. Castillo<br>2556 Alias Smith Drive<br>Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Milgard Manufacturing<br>7600 Eastgate<br>Henderson, NV 89011** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **336** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **100,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,     Case No. _____
                          **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Milgard Manufacturing** P.O. Box 53583 Phoenix, AZ 85072 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Milly & Ray Reed (627 Backbone Mountain, Henderson NV 89012)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Minnie McDowell (5414 Appleside, North Las Vegas NV 89031)** c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Misty A. Miller (1065 Thrill Court #102, Henderson NV 89002)** c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **337** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,   Case No. _____
                                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Misty Scalised** **2583 Velez Valley Way** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** Moises & Rocio Hernandez (6434 Boatbill St., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Moises Murillo** **3005 Gannon Ridge Ave.** **N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Moises Murillo (3005 Gannon Ridge Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __338__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **70,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____

    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Molly Jensen (1077 Pleasure Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.    .001** <br><br> **Monica Baldwin c/o Shinnick Law Firm, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89148** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **Additional Contacts for Monica Baldwin (.001):** <br><br> **Monica Baldwin 6353 Pebblecreek Lodge Way Las Vegas, NV 89148** | | | | | | | |
| **ACCOUNT NO.** <br> **Monica DeLaCruz-Estes (5326 Dawn Break Canyon, North Las Vegas NV 89031) c/oSpringle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **339** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal▶ | $    **50,000.00** |
| Total▶ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

In re **Gypsum Construction, Inc.** _____,     Case No. _____

        **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Monica Smythe (7240 Beaverton Ct., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **05/31/2011** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Mr. Wrinkles Trust c/o David Sims 1712 Gentle Brook Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **MS Concrete Co., Inc. 3840 N. Commerce Street North Las Vegas, NV 89032** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **MS Concrete Co., Inc. c/o Mark A. Stephensen, Registered Agent 3840 N. Commerce Street North Las Vegas, NV 89032** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **340** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Nagoya Johnson<br>6368 Glenolden St.<br>N. Las Vegas, NV 89081** | | | 08/26/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Nagoya Johnson (6368 Glenolden Street, N. Las Vegas NV 89081)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Nam T. & Sharon L. Loui (8658 Mesquite Hills Streeet, Las Vegas NV 89139)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Nancy Brown (1069 Sheer Paradise #101, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __341__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **20,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Nancy L. & Richard Abruzzo (1141 Amarillo Sky #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Nancy Marie Adams 2584 Velez Valley Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Nancy Rocha Fernandez & Alexis Sanchez 5441 Piper Stone Street N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Nancy Thompson (6172 Sierra Blue Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **342** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **60,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
     **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Napinder Singu & Shabnam Jamwal (9556 Grand Fir Court, Las Vegas NV 89123) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Nathaniel & Jacqueline Smith (7441 Real Quiet Dr., Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131** | | | 06/09/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Nelson & Margarita Lee 3133 Manti Peak Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Nermahala Hickok (1085 Pleasure Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **343** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
                  **Debtor**                                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Nicholas Elliott & Carole L. Rowe** <br>**2550 Velez Valley Way** <br>**Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> Nicholas Sokolowski (7905 Farralon Ridge Court, Las Vegas NV 89149) <br>c/o Shinnick, Ryan & Ransavage, P.C. <br>2881 Business Park Court <br>Suite 210 <br>Las Vegas, NV 89128 | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Nick & Julianna D'Amato** <br>**2568 Lazy Saddle Dr.** <br>**Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br><br> **Nicloe R. & Stephen R. Minton** <br>**2566 Velez Valley Way** <br>**Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **344** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $      **160,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____

　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Nicolas & Debby Stoker (7936 Farralon Ridge Ct., Las Vegas NV 89149) Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/01/2009** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Nicolas and Phyllis Thomas (5311 Farley Feather, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Nicolas C. & Virginia Dagdag (340 Silverado Pines Ave., Las Vegas NV 89123) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Nicole Dimino & Lydia Torres (9134 Placer Bullion Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/01/2009** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **345** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **50,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Nina Cummins (1116 Cove Palisades Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>**Nina Scott 3316 Barada Heights Ave. N. Las Vegas, NV 89081** | | | 08/26/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |
| **ACCOUNT NO.**<br>Nina Scott (3316 Barada Heights Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Ninfa & Carmelo Bondi 2586 Lazy Saddle Dr. Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **346** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **100,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Noel Hojnacki** <br> **2576 Land Rush Dr.** <br> **Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> Noemi Sierra/ Current Owner Jose Valdez (928 Cove Palisades, North Las Vegas NV 89081) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.7028040706) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br><br> **Nolan Cooper & James Latanya** <br> **1834 Shining Elm Court** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Noppadol & Suwilai Chanleun and Harry & Lee Chow (9218 Placer Bullion Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **347** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **90,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
           **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Norma & Richard DeLong (7229 Fairwind Acres, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/16/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br>Norma Nacapuy & Bobby Petel (1005 Evening Fawn, North Las Vegas NV 89031) c/oSpringle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Norman & Charmaine Sylliaasen (646 Wind Cave, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br>Norman Beck (1201 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |

Sheet no. __348__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 80,000.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,      Case No. _____
          **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Nubina Trust** <br>**c/o Law Offices of Charles M. Pollock** <br>**10161 Park Run Drive** <br>**Suite 150** <br>**Las Vegas, NV 89145** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **Additional Contacts for Nubina Trust:** <br><br><br>**Nubina Trust** <br>**5537 Greeber Court** <br>**Las Vegas, NV 89131** | | | | | | | |
| **ACCOUNT NO.** <br><br>**Obed Del Toro** <br>**1718 Bluff Hollow Pl.** <br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br>**Opalyn Foster (1094 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **349** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal►   $      **10,000.00**

                                             Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                                    ,                    Case No. _____
                        **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Orestes & Francine Gomez 3152 McLennan Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br>Orestes F. & Francine R. Gomez (3152 McLennan Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br>**Orlando Maldonado 1945 Bayhurst Avenue N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br>**Otis Taylor (1085 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **350** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **20,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____

    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Pacific Stucco, Inc.** <br> **P.O. Box 95456** <br> **Las Vegas, NV 89193** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Pacific Stucco, Inc.** <br> **4251 W. Oquendo Road** <br> **Las Vegas, NV 89118** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Pameal Wobig (196 Glen Falls, Henderson NV 89002)** <br> **Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court Suite 210** <br> **Las Vegas, NV 89128** | | | **05/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Pamela & Patrick Stewart (7128 Mercurio, Las Vegas NV 89131)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court Suite 210** <br> **Las Vegas, NV 89128** | | | **07/16/2010** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __351__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **10,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Pamela & Patrick Stewart (7140 Mercurio, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **07/16/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Pamela & Patrick Stewart (8020 Pasadera, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **07/16/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Pamela & Richard Folle (825 Sherwood Park, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **06/25/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Pamela A. Cobb 7647 Celestial Glow St. Las Vegas, NV 89123** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __352__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **10,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Pan Pacific Construction Company dba Trident Homes 7995 W. Sahara, #101 Las Vegas, NV 89117** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br><br>**Panacea, Inc. 1836 Arrow Stone Ct. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br><br>**Paradise Coach Resorts 701 Conestoga Way Henderson, NV 89002** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.**<br>**Paradise Court Homeowners Assn. (1077 Sheer Paradise, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**353**__ of __**479**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **10,000.00**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____

    **Debtor**                                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Pardee Homes of Nevada c/o Koeller, Nebeker, Carlson, Hauluck, LLP (Megan K. Dorsey, Esq.) 300 South 4th Street Suite 500 Las Vegas, NV 89101** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Pat Cavanaugh Hunter (1074 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Patricia Cook 6168 Powdermill St. Las Vegas, NV 89148** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** Patricia Davis (9949 Artistic Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **08/01/2009** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **354** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **20,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ , Case No. _____
                    **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Patricia Grady (8369 Transvaal Blue St., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| Patricia Litt 1909 Broken Lance Lane N. Las Vegas, NV 89031 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. | | | 02/13/2004 | | | | |
| Patricia McDonald-Green c/o Maddox, Issacson & Cisneros, LLP 3811 W. Charleston Blvd. Suite 110 Las Vegas, NV 89102 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **Additional Contacts for Patricia McDonald-Green:** Patricia McDonald-Green 7740 Pleasant Slopes Court Las Vegas, NV 89131 | | | | | | | |

Sheet no. **355** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $                0.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
                                   **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Patricia Salvage (1276 Crimson Sage, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Patrick & Violet Corkery (1014 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br> **Patrick Davidson (1069 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Paul & Renee Russo (5843 Horsehair Blanket Dr., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __356__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **50,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____

       **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Paul Edwards (1202 Cove Palisades Dr., North Las Vegas NV 89081) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Paul Ford (168 Ridge Crossing, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/2009 | | | | $10,000.00 |
| **ACCOUNT NO.** **Paul K. & Michelle Makasiar Orian 2572 Velez Valley Way Henderson, NV 89002** | | | 09/172008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Paul Windle (6340 Climbing Vine Ave., Las Vegas NV 89141) Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. __357__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    **100,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re Gypsum Construction, Inc. _____,          Case No. _____
          **Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Paula A. Ferree (1150 Grass Pond #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/200810000.00 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $0.00 |
| **ACCOUNT NO.** **Paula Varner 5626 Doe Springs Place N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Paulette Mundy (6233 Prairie Brush Court, Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | | | Unknown |
| **ACCOUNT NO.** **Pauline Dettrey 1512 Gentle Brook St. N. Las Vegas, NV 89081** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. __358__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | 0.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,     Case No. _____

                **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Pedro & Elvia Maciel (1221 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.** <br><br> Pegilly Robbins Slater & Bell 10080 West Alta Drive, Suite 140 Las Vegas, NV 89145 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $0.00 |
| **ACCOUNT NO.** <br><br> Pengilly Robbins Slater & Bell c/o James W. Pengilly, Esq. 10080 W. Alta Drive Suite 140 Las Vegas, NV 89145 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br> Perry Horsey (1214 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |

Sheet no. __359__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal▶   $     **80,000.00**

                                   Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,   Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Peter & Kathleen Scales 1754 Bluff Hollow Place N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Peter & Ronda Palm (10032 Secenic Walk Avenue, Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Peter Hu 1828 Moonglow Peak Ave. N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Peter Ponivas (6515 Birdcall St., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **360** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,          Case No. _____
            **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Peter-Mario and Cynthia T. Balle** <br> **c/o Robert C. Maddox & Associates** <br> **3811 W. Charleston Blvd. Suite 110** <br> **Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **Additional Contacts for Peter-Mario and Cynthia T. Balle:** <br><br> **Peter-Mario and Cynthia T. Balle** <br> **7560 Angels Alcove Court** <br> **Las Vegas, NV 89131** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Phillip & Jamesella** <br> **1505 Antler Creek Street** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Phillip B. & Susan D. O'Reilly** <br> **2574 Lazy Saddle Dr.** <br> **Henderson, NV 89002** | | | **09/17/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **361** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Ping Chung Wu** <br> **3025 Hartley Cove Ave.** <br> **N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Ping Pong (8322 Lavender Jade Court, Las Vegas NV 89139)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Plaster Development Company, Inc.** <br> **801 South Ranch Drive, #E-4** <br> **Las Vegas, NV 89106** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Plaster Development Company, Inc. dba Signature Homes** <br> **c/o James W. Pengilly, Esq. - Pengilly Robbins Slater & Bell** <br> **10080 W. Alta Drive** <br> **Suite 140** <br> **Las Vegas, NV 89145** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **362** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>PN II, Inc. dba Pulte Homes of Nevada ("Pulte")<br>c/o Lee, Hernandez, Landrum, Garofalo & Blake (c/o David S. Lee, Esq.)<br>7575 Vegas Drive<br>Suite 150<br>Las Vegas, NV 89128 | | | 07/16/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $0.00 |
| **ACCOUNT NO.**<br>Poppie M. Cheney (1151 Grass Pond #101, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Premier Holdings, Inc. (5314 Farley Feather Ct., North Las Vegas NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Pulk Home Corporation<br>c/o Lee, Hernandez, Landrum, Garofalo & Blake (c/o Jill P. Northway, Esq.)<br>7575 Vegas Drive<br>Suite 150<br>Las Vegas, NV 89128 | | | 07/16/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **363** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **50,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,        Case No. _____
             **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Qamar & Shafqat Faridi (5518 Moncinna Street, Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Qamar & Shafqat Faridi (5642 Artesia Lake Court, Las Vegas NV 89118) Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Quality Wood Products Ltd. 3001 North Nellis Boulevard Las Vegas, NV 89115** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Quinn & Lisa Klappenback (6509 Birdhouse St., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __364__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        **30,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
                     **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **R Z Investment Nevada, LLC 1923 Silver Crest Court N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> R. Vaughn and Karol Gourley (7331 Real Quiet Court, Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131 | | | **06/09/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Rachel & Daniel Grothman (1090 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Rafael Cabrera 1829 Broken Lane Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __**365**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                      ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Rafael Roriguez & Nohemi Rodrigues (4864 Jubilee Diamond Ct., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Ralph W. & anita Bischof (1080 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Ramon Virgen (5306 Reed Station Street, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Randal H. Jr., & Michelle C. Walker (1152 Harts Bluff #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **366** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** , Case No. _____

_____ **Debtor** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Randall Astramovich & Matthew Wright (1187 Garretts Bluff Wy #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Randall S. & Mary Ann Wayne (1077 Pleasure Lane #102, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Randen B. Buckles 1628 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Randy Banghart & Mary Goodkin (10025 Madison Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **367** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **80,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** ,                                    Case No. _____
                **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER <br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Randy Chaves & Tangie Norton (1110 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Randy S. Schaeffer, Sr. (1155 Harts Bluff #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Ravindra P. Joshi (1084 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Ray & Beverly Booker (5330 Apple Vista Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |

Sheet no. **368** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **70,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                          **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Ray Arasteh** <br> **1622 Lefty Garcia Way** <br> **Henderson, NV 89002** | | | 09/17/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> **Ray Arasteh (1109 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> **Ray Arateh** <br> **2560 Alias Smith Dr.** <br> **Henderson , NV 89002** | | | 09/17/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> **Raye Bass (4241 Fleet Dancer Street, Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/31/2011 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **369** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **120,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____

 **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Raymond & Evelyn Fujiwara 6555 Arrowbear Lane N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Raymond Bullion (1023 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Raymond C. & Julia A.Ramsey 2554 Alias Smith Drive Henderson, NV 89002** | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** Raymond Fiveash (1094 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **370** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **100,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,    Case No. _____
           **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Rebecca and Rodolfo Ballesteros c/o Robert C. Maddox & Associates 3811 W. Charleston Blvd. Suite 110 Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| Additional Contacts for Rebecca and Rodolfo Ballesteros: **Rebecca and Rodolfo Ballesteros 7370 Real Quiet Dr. Las Vegas, NV 89131** | | | | | | | |
| **ACCOUNT NO.** Regina & Sam Tashjian (7216 Camen Pine Ave., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Regina A. McCullough (1106 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __371__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,                    Case No. _____
　　　　　　　　**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Reginald & Cathy Brown (Family Trust)** <br> **1734 Bluff Hollow Place** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Reginald Brown** <br> **1829 Arrow Stone Court** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Renie Dayda & Evelyn Cuaresma (5328 Summer Trout, North Las Vegas NV 89031) <br> c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) <br> 2475 Village View Drive <br> Suite 250 <br> Henderson, NV 89074 | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br> Rex Brian & Karen Tajiri (5973 Banbury Heights, Las Vegas NV 89139) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **05/12/2010** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __372__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **50,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,    Case No. _____
Debtor                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Rhonda Laabs**<br>**1949 Basilwood Court**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Riad A. Amid (1144 Harts Bluff #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Richard & Charlene Fox**<br>**3137 Hartley Cove Ave.**<br>**N. Las Vegas, NV 89081** | | | **08/26/2003**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Richard & Debra Hoople**<br>**3313 Conterra Park Ave.**<br>**N. Las Vegas, NV 89081** | | | **08/26/2003**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. __373__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $     **10,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,          Case No. _____
               **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Richard & Marcella Booth 6141 Kinderhook Ct. N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Richard & Paula McMillin (1066 Thrill Court #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Richard & Pauline Dallas (3317 Brambling Ave., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Richard Andrews (1069 Slate Crossing #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **374** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **30,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,     Case No. _____

Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Richard Dipetta (7904 Aubergine Cove Ct., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Richard E. Rue (1159 Grass Pond #103, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Richard J. Dina Angello 1654 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Richard Jack, III 3220 Visionary Bay Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |

Sheet no. __375__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Richard Jack, III (3220 Visionary Bay Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Richard Jackson (8332 Oppenheimer St., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Richard P. & Mary Lucero (1151 Heavenly Harvest #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Richard Vala (4865 Eureka Diamond Ct., Las Vegas NV  89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **376** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Richard Whitaker (5598 Moncinna St., Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Richmond American c/o Jon Ann Nicotra 7250 W. Peak Drive, Suite 212 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Richmond American Homes of Nevada, Inc. c/o Wood Smith Henning & Brenning LLP (Joel D. Odou, Esq.) 7670 W. Lake Mead Blvd. Suite 250 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Richmond American Homes of NV, Inc. c/o Stephen Davis 2490 Paseo Verde Parkway Suite 120 Henderson, NV 89074** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __377__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Rick & Catherine Mora (929 Evening Fawn, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Rick & Sharon Saria (6433 Frosted Dawn Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** **Rick McKee (10008 Village Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Rickey L. Smith & Karen M. Socha-Smith (1105 Elation Lane #103, Henderson NV 89002 c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **378** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Ricky & Victoria Wyatt (9230 Placer Bullion Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Rigoberto Soto 6036 Calumet Point St. N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Rigoberto Soto (6036 Calumet Point Street, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Riley A. Berry 2581 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **379** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,    Case No. _____
       **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Rita LeFever** <br> **1313 Silent Sunset Ave.** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Robert & Amanda Weedman** <br> **1656 Clint Canyon Dr.** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **Robert & Celeste Matos (6804 Groningen, Las Vegas NV 89131)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **06/25/2010** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> **Robert & Heather A. Barcelon (1005 Scenic Walk Ave., Las Vegas NV 89149)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **08/01/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**380**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **70,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Robert & Jacqueline Simmons c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Robert & Jacqueline Simmons (8204 Oakshire, Las Vegas NV 89131 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/16/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Robert & Jacqueline Simmons (8225 Oakshire, Las Vegas NV 89131 c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/16/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Robert & Jennifer Paccione (4228 Silver Magic Steer, Las Vegas NV 89129) Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **381** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **20,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,                    Case No. _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Robert & Karen Saroukhadoff (10239 Burning Bush St., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Robert & Letticia Gegen (199 Mount St. Helens, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Robert & Luanne Salamone (1076 Outlook, Henderson NV 89002) Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Robert & Marilyn Fleischmann 3165 McLennan Ave. N. Las Vegas, NV 89081 | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |

Sheet no. **382** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **10,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,      Case No. _____
                       **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Robert & Martha Wolinsky (7520 Real Quiet Dr., Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq.**<br>**3025 W. Sahara Ave.**<br>**Suite 105**<br>**Las Vegas, NV 89131** | | | **06/09/2009**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Robert & Pamela Serdoz (189 Mount St. Helens Dr., Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Robert & Pamela Serdoz (189 Mount St. Helens, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Robert & Robert C. Cowan**<br>**2580 Lazy Saddle Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. __**383**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $   **60,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
_____**Debtor**_____    _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Robert & Sally Dunham (1023 Dawn Valley, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Robert & Teresa Miranda 6604 Black Oak Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Robert and Letticia Gegen 199 Mount St. Helens Black Mountain Vista Las Vegas, NV 89102** | | | **3/2001** **Claim for breach of contract, negligence (stucco and deficiencies)** | | X | X | **Unknown** |
| *Additional Contacts for Robert and Letticia Gegen:* **Robert and Letticia Gegen 199 Mount St. Helens Drive Black Mountain Vista Las Vegas, Black Mountain Vista 89012** | | | | | | | |

Sheet no. __**384**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **40,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
           **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Robert Booker (183 Goldern Crown, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $0.00 |
| **ACCOUNT NO.** **Robert Brauer c/o Law Offices of Charles M. Pollack 10161 Park Run Drive Suite 150 Las Vegas, NV 89145** | | | **Claim for breach of contract, negligence (stucco defects and deficienies)** | | X | X | Unknown |
| Additional Contacts for Robert Brauer:    **Robert Brauer 5889 Shinning Moon Las Vegas, NV 89131** | | | | | | | |
| **ACCOUNT NO.** **Robert C. Maddox & Associates 37811 W. Charleston Blvd., Suite 110 Las Vegas, NV 89102** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $0.00 |

Sheet no. **385** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **0.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,          Case No. _____
          **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Robert Dueler (5330 Farley Feather, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Robert Edwards (1123 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br><br>Robert F. & Carol L. Griffitts 2592 Alias Smith Dr. Henderson, NV 89002 | | | 09/17/2880<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.**<br>Robert Gibbs (5319 Reed Station, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |

Sheet no. __386__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **170,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
         **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Robert Gilbert, Jr. & Kelli Y. Clingman-Gilbert (8270 Pearl Diver Ct., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Robert J. & Debra M. McCrimlisk 2584 Land Rush Dr. Henderson, NV 89002 | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** Robert Katz (1179 Garretts Bluff Wy #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Robert Keal Kaninau, II (1066 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **387** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** ,                    Case No. _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Robert L. Jr. & Jill Strehlow (1159 Harts Bluff #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Robert L. Morris (1097 Pleasure Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Robert Lacy Griffin, Jr. (1069 Thrill Court #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Robert Leo Iough & Barbar Ann Brabener 10667 Lefty Garcia Way Henderson, NV 89002** | | | **9/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **388** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **80,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____

      **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Robert Molina & Carolina Cervantes (3717 Lily Haven Ave., Las Vegas NV 89120) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2000<br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>Robert Reda (1157 Amarillo Sky #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Robert S. Carl (1155 Heavenly Harvest #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Robert Sandon (1049 Noble Isle, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009<br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. __389__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $     **30,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                            , Case No. _____
           **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Robert Smith (5938 Jobear Ave., Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Robert Thorud (8933 Sherwood Park, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Robert W. and Marilyn E. Fleischmann (3165 McLennan Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Roberta L. Arwood (Plein & Fritts) 2582 Alias Smith Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. __390__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **80,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Robin Louise Lewis (1705 Havercampt St., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Robyn Phillips & John D. Manuel (1161 Amarillo Sky #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Rocco Avellini 634 Tyler Ridge Black Mountain Vista Las Vegas, NV 89102 | | | **3/2001** **Claim for breach of contract, negligence (stucco and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Rocco Avellini (634 Tyler Ridge, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no.__391__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **20,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
      **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Rochelle & Marion and Rodney Rice** <br> **6475 Full Moon Peak Ct.** <br> **N. Las Vegas, NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br> **Rochelle Richmond (9262 Sunny Oven Ct., Las Vegas NV 89178)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | 08/01/2009 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> **Rocky Top Construction Inc. dba Rocky Top** <br> **44 W. Mayflower rive** <br> **North Las Vegas, NV 89030** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br> **Rodney & Lorraine Gates (5308 Crestpoint Watch, North Las Vegas NV 89031)** <br> **c/o  Springle & Fink LLP (c/o Leonard T. Fink, Esq.)** <br> **2475 Village View Drive** <br> **Suite 250** <br> **Henderson, NV 89074** | | | 08/02/2000 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |

Sheet no. **392** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **40,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,          Case No. _____
　　　　　　　**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Rodney & Sheryl Hansen (8937 Sherwood Park, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 06/25/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Rodney Bennett 6240 Halstead Ct. N. Las Vegas, NV 89081** | | | 08/26/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Rodney Bennett (6240 Halstead Court, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>Rodolfo & Erlinda Abundo (4036 Perfect Lure St., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |

Sheet no. **393** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **40,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____,   Case No. _____
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Rodolfo & Evelyn Salindong** **6322 Giant Oak Street** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Roger Flannigan** **1299 Peppercorn Avenue** **Henderson , NV 89012** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Roland Owens (5245 Summer Trout St., North Las Vegas NV 89031) c/oSpringle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** Rolando and Jamie Alburquerque (5306 Farley Feather, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. __394__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **80,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,        Case No. _____
               **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Romeo Batea** <br> **5449 Pipers Meadows Ct.** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Romulo & Jocelyn Guideng (7731 Victory Gallup St., Las Vegas NV 89131) <br> c/o The Bourassa Law Group, LLC - <br> Mark J. Bourassa, Esq. <br> 3025 W. Sahara Ave. <br> Suite 105 <br> Las Vegas, NV 89131 | | | **06/09/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Ronald & Donna Freitas (7330 Real Quiet Dr., Las Vegas NV 89131) <br> c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. <br> 3025 W. Sahara Ave. <br> Suite 105 <br> Las Vegas, NV 89131 | | | **06/09/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Ronald & Judy Usher (185 Snow Goose, Henderson NV 89002) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **05/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **395** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **10,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,  Case No. _____

**Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Ronald & susan A. Duda (6817 Rolling Oaks Ct., Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Ronald A. Thomas (1077 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Ronnie Sims (1146 Grass Pond #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Ronnika, Ronald & Linda Rupert (5829 Buckwood Mote St., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **396** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **30,000.00**

Total► $ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
           **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Rosalind B. Edwards (3312 Conterra Park Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Rosalind Edwards 3312 Conterra Park Ave. N. Las Vegas , NV 89081 | | | 08/26/2003 Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |
| **ACCOUNT NO.** Rosario & Gaetana Bosco 2587 Land Rush Dr. Henderson, NV 89002 | | | 09/17/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** Rosemarie Dunn (6392 Cactus Dahlia St., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **397** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Rouben Sarkissian (1809 Warrenville, St. Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Roy C. & Noni T. Tada (1103 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Roy Kellner** **1838 Shining Elm Court** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Ruben & Martha Carrillo (1163 Harts Bluff #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **398** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **Gypsum Construction, Inc.**                          ,          Case No. _____
        **Debtor**                                                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Ruben Gosal & Sruiti Das (6832 Rolling Oaks Ct., Las Vegas NV 89131)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 06/25/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Ruby Banuelos<br>1841 Bright Lead Ct.<br>N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Rudy Nido (9212 Placer Bullion Ave, Las Vegas NV 89178)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | 08/01/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Rudy Vaiz (6250 W. Haleh Ave., Las Vegas NV 89141)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **399** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                      Subtotal▶ | $ | **10,000.00**

                                  Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Russell Currie (7952 Arden Point Street, Las Vegas NV 89149)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 08/01/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Russell Scott**<br>**3409 Visionary Bay Ave.**<br>**Henderson, NV 89002** | | | 08/26/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Ruth E. Gallagher**<br>**1608 Lefty Garcia Way**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Ruth Eileen Cranston**<br>**2594 Lazy Saddle Dr.**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **400** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $    **110,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.**                     ,          Case No. _____
          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Ryan & Marie Goff** <br> **1917 Fightng Falcon Lane** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Ryan & Whitney Deis (4226 Birdwatcher, N. Las Vegas NV 89084) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **07/14/2011** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.        .001** <br><br> **Ryan and Janna Martinez** <br> **c/o Shinnick Law Firm, P.C.** <br> **2881 Business Park Ct.** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **Additional Contacts for Ryan and Janna Martinez (.001):** <br><br><br> **Ryan and Janna Martinez** <br> **9922 Mustang Creek Way** <br> **Las Vegas, NV 89148** | | | | | | | |

Sheet no. **401** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **10,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,  Case No. _____
  **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Ryan B. Matheson (3120 Hartley Cove Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Ryan Dougherty 6227 Demille Ct. N. Las Vegas, NV 89081 | | | **08/26/2003** **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** Ryan K. Higashihara (1082 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** Ryan Matheson 3120 Hartley Cove Ave. N. Las Vegas, NV 89081 | | | **08/26/2003** **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. **402** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **20,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
           **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Ryland Homes Nevada, LLC c/o Boyack Beck & Taylor Attorneys at Law 401 N. Buffalo Drive Suite 202 Las Vegas, NV 89145 | | | 08/01/2009 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> S C L Enterprises LLC 1645 Lefty Garcia Way Henderson, NV 89002 | | | 09/17/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br><br> Sabrina Sims (729 Sterling Spur Ave., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** <br><br> Sacramento Insulation Contractors dba Gale Building Products 2339 Beville Road Dayton Beach, FL 32119 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **403** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,                    Case No. _____
   **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Sahab Dayal (183 Sandhill Crane, Henderson NV 89002) Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128) 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Sal & Eva Covarrubias (6233 Maidenhair Fern Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Sallie C. Moreno (1114 Slate Crossing #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Sally Hudson (1011 Cove Palisades, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |

Sheet no. **404** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,      Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Sam Coleman** <br>**6013 Calumet Point St.** <br>**N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Sam L. Coleman (6013 Calumet Point Street, N. Las Vegas NV 89081) <br>c/o Shinnick, Ryan & Ransavage, P.C. <br>2881 Business Park Court <br>Suite 210 <br>Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Samson Tewelde (8210 blue Hope Diamond Ln, Las Vegas NV 89139) <br>c/o Shinnick, Ryan & Ransavage, P.C. <br>2881 Business Park Court <br>Suite 210 <br>Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Samuel A. Sanchez (1142 Heavenly Harvest #102, Henderson NV 89002) <br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) <br>1955 Village Center Circle <br>Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **405** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **20,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                          ,        Case No. _____
　　　　　　　　　**Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Samuel T. & May M. Cheung**<br>**2578 Land Rush Dr.**<br>**Henderson, NV 89002** | | | 09/17/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Sandra G. Williams (1101 Elation Lane #103, Henderson NV 89002)**<br>**c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Sandra Salsbury (1101 Elation Lane #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Sandra Shewbert (5991 Bristol Crest, Las Vegas NV 89139)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court Suite 210**<br>**Las Vegas, NV 89128** | | | 05/12/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **406** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **80,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Santiago M. Urbina (1069 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/200/ Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Santosha & Stephone Revels (5316 Summer Trout, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.** Sanya Gardner - Risk Management SBS Construction Services - Efficient Enterprises dba Efficient Electric 501 Parkson Road Henderson, NV 89011 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** Sara E. Sarabia (1099 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **407** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **60,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
　　　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Sara Sprague**<br>**2522 Alias Smith Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Sarah A. & Cory J. Plough**<br>**2585 Land Rush Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Sarah R. Bryner (1148 Harts Bluff #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Sasualei & Joan Alapati**<br>**1769 Bluff Hollow Place**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **408** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    **110,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____,   Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Sava Grujic (227 Lynbrook, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Scott & Elba Wade (9527 Colorado Blue St., Las Vegas NV 89123) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Scott Benesi (5928 Horsehair Blanket Dr., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Scott Charles (1029 Plentywood Pl., Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **409** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $       **10,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,          Case No. _____
         **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Scott E. Doepper** **2551 Land Rush Dr.** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Scott G. Haar** **1675 Lefty Garcia Way** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Scott Owen (10228 S. Bronco St., Las Vegas NV 89141)** **c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court** **Suite 210** **Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Scott T. King (6176 Blue Rapids Court, Las Vegas NV 89139)** **c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court** **Suite 210** **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **410** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $     **100,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____, Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Sean C. Grady**<br>**1652 Clint Canyon Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Sean Cottman (3305 Brambling Ave., N. Las Vegas NV 89084)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **07/14/2011**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Sean Jonick (7848 Regency Park Street, Las Vegas NV 8914)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **08/01/2009**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Sean M. & Katherine W. Conway (1163 Grass Pond #103, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **411** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **80,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
             **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Sean Smith** <br> **c/o Law Offices of Charles M. Pollock** <br> **10161 Park Run Drive** <br> **Suite 150** <br> **Las Vegas, NV 89145** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **Additional Contacts for Sean Smith:** <br><br><br> **Sean Smith** <br> **4924 Shady Rim** <br> **Las Vegas, NV 89131** | | | | | | | |
| **ACCOUNT NO.** <br><br> Selena McQuinn (1090 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> Sergey Ryzhov & Natalia Ryjova (9143 Dutch Oven Ct., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **08/01/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **412** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $      **10,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Seth Henandez**<br>**5433 Whisper Bluff Court**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Severino A. Paras, Jr. (1158 Grass Pond #102, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Shane & Julie Kilgore (8228 Celina Hills, Las Vegas NV 89131)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **06/25/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Shane Preston (6816 Palmetto Pines, Las Vegas NV 89131)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **06/25/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **413** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **30,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
            **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Shane Reid (1070 Pleasure Lane #102, Henderson NV 89002 c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | $10,000.00 |
| **ACCOUNT NO.** Shannon M. Altobella (1163 Heavenly Harvest #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/200810000.00 Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | $0.00 |
| **ACCOUNT NO.** Shari Dosch (166 Ridge Crossing Avenue, Henderson NV 89002) Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Sharon Clair (7346 Wild Roar Ave., Las Vegs NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $20,000.00 |

Sheet no. **414** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **40,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Gypsum Construction, Inc._____,    Case No. _____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Sharon G. Brunstein (9713 Ravine Ave., Las Vegas NV 89117)**<br>**c/o  Shinnick, Ryan & Ransavage, P.C**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Sharp Plumbing Inc.**<br>**4842 N. Berg Street**<br>**North Las Vegas, NV 89081** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Sharp Plumbing Inc.**<br>**c/o David J. Rivers, Registered Agent**<br>**601 E. Bridger Avenue**<br>**Las Vegas, NV 89101** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Sharp Plumbing, Inc.**<br>**4842 N. Berg Street**<br>**North Las Vegas, NV 89081** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no.__415__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $                **0.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____, Case No. _____

   **Debtor**                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Shawn & Timmi Dybdahl (7464 Grassy Field Court, Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89102 | | | 06/09/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Shelba J. Ketchum 2574 Alias Smith Dr. Henderson, NV 89002 | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> Shelly Fugate (7851 Warwickshire, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> Sherene Davidson 1624 Clint Canyon Dr. Henderson, NV 89002 | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **416** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **110,000.00**

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
          **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | 08/01/2009 | | | | |
| Sherrill A. Franceschi (9851 Twilight Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** | | | 08/02/2008 | | | | |
| Sherry A. Malfronte (1090 Elation Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** | | | | | | | |
| Sherry Flick c/o Robert C. Maddox & Associates 3811 W. Charleston Blvd. Suite 110 Las Vegas, NV 89102 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| Additional Contacts for Sherry Flick: Sherry Flick 7601 Leybourne Court Las Vegas, NV 89131 | | | | | | | |

Sheet no. __417__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Sheryl & Alisha Dorsey 6448 Bright Morning St. N. Las Vegas, NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** **Sheryl Dorsey 1756 Gentle Brook Street N. Las Vegas, NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** **Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/2009 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** Shoshana Toder (6002 Ambleshire, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **418** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **10,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____
                **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Sidney, Jerald & Saengian T. Vance** **1626 Clint Canyon Dr.** **Henderson, NV 89002** | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Sierra VIII, Inc. dba Diversified Painting** **c/o Mike Costello, President** **807 Steneri Way** **#102** **Sparks, NV  89431** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Sirali Peiris** **1952 W. Hammer Lane** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Snezana Savicic** **6129 Bayard St.** **Las Vegas, NV 89148** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. **419** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶     $     **50,000.00**

Total▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Solomon Bereket**<br>**3417 Conterra Park Ave.**<br>**N. Las Vegas, NV 89081** | | | 08/26/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br>**Solomon Bereket (3417 Conterra Park Ave., N. Las Vegas NV 89081)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br>**Songsak Toprasert**<br>**3249 Brayton Mist Dr.**<br>**N. Las Vegas, NV 89081** | | | 08/26/2003<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br>**Songsak Toprasert (3249 Brayton Mist Drive, N. Las Vegas NV 89081)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __420__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **20,000.00**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Sonja Holland** **9850 Nicova Ave.** **Las Vegas, NV 89148** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Springle & Fink LLP** **c/o Leonard T. Fink, Esq.** **2475 Village View Drive** **Suite 250** **Henderson, NV 89074** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Stacey Petrelli** **1844 Moonglow Peak Ave.** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Stacy A. & Lindsay A. Petty** **2560 Lazy Saddle Dr.** **Henderson, NV 89002** | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. __421__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **50,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,      Case No. _____

**Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Stacy A. Sheridan** <br> **1638 Clint Canyon Dr.** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Stacy Giron - Risk Management Specialist SelectBuild - KBI Construction, LLC** <br> **6840 W. Frier Drive** <br> **Glendale, AZ 85303** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> Stanley & Charlotte Esmena (1103 Cove Palisades Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) <br> 2475 Village View Drive <br> Suite 250 <br> Henderson, NV 89074 | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br><br> Stanley & Regina Peltz (1801 Grand Rodeo St., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **422** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $     **90,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Stanley Madison** <br> **5619 Doe Springs Place** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Stanley Michael Johnson** <br> **2590 Lazy Saddle Dr.** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Stanley T. Gamski** <br> **2552 Velez Valley Way** <br> **Henderson, NV 89002** | | | **09/17/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **Starsha Scott (8905 Magnolia Point Ct., Las Vegas NV 89131)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court Suite 210** <br> **Las Vegas, NV 89128** | | | **06/25/2010** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **423** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **110,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,          Case No. _____
**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Stephanie Arnold** <br> **2563 Velez Valley Way** <br> **Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> Stephanie Bedker (1073 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> Stephanie Brown (1070 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Stephanie D. Widmer, et al.** <br> **1612 Clint Canyon Dr.** <br> **Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **424** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **120,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
              **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Stephanie Garnes** <br> **1941 Barrow Glen Court** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> Stephen & Elizabeth Chartier (5326 Kadena Garden, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br><br> Stephen & Iris C. Winton (1098 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> Stephen & Kathleen Szody (5322 Reed Station, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |

Sheet no. **425** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **90,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Stephen & Nan Higa (5978 Ambelshire Ave., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Stephen B. & Stephen Leeper 2555 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Stephen B. Johnson (1083 Sheer Paradise #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Stephen Gerhardt 1650 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |

Sheet no. **426** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **120,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,        Case No. _____
                            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Stephen M. & Terri Haney (1151 Heavenly Harvest #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Stephen M. Daly (1160 Harts Bluff #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Steve & Maxine Gratz (1102 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** Steve A. Falardo (1094 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **427** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **40,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re <u>Gypsum Construction, Inc.</u>                    ,        Case No. _____
          **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Steve Delay**<br>**1648 Clint Canyon Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Steve Jarpster (3309 Brambling Ave., N. Las Vegas NV 89084)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **07/14/2011**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Steve Sorknes (1146 Heavenly Harvest #101, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Steve Steinfield**<br>**3336 Palatine Hills Ave.**<br>**N. Las Vegas, NV 89081** | | | **08/26/2003**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |

Sheet no. __428__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                   Subtotal►  $      **70,000.00**

                                               Total►  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** ,                          Case No. _____
             **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Steve Steinfield (3336 Palatine Hills Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Steven & Joyce Weiss (1809 Grand Rodeo St., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Steven & Kelly E. Lewandowski (1159 Harts Bluff #101, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Steven & Laura Skirvin (7550 Angels Alcove Ct., Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131 | | | **06/09/2009** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **429** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Steven & Mariam Crisostomo (7340 Robbob Ridge Ave., Las Vegas NV 89129)** **c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court** **Suite 210** **Las Vegas, NV 89128** | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Steven A. & Alexandra Linzer** **2580 Alias Smith Dr.** **Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** **Steven and Cheryl Forte** **c/o Lee & Russell Attorneys at Law** **7575 Vegas Drive, Suite 150** **Las Vegas, NV 89128** | X | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

**Additional Contacts for Steven and Cheryl Forte:**

**Crum & Forster Specialty Insurance Company**
**c/o Adrian E Baudry**
**412 Mt. Kemble Ave., Suite 20**
**P.O. Box 1904**
**Morristown, NJ 07960**

**Steven and Cheryl Forte**
**7620 Man O War Street**
**Las Vegas, NV 89131**

**Harrison & Held LLP**
**c/o Stuart Duhl, Esq.**
**333 West Wacker Drive**
**Suite 950**
**Chicago, IL 60606**

Deaner, Deaner, Scann, Malan & Larsen
c/o Douglas R. Malan, Esq.
720 South Fourth Street
Suite 300
Las Vegas, NV 89101

Carina Corp/Rhapsody Partners
c/o Rick McCarty
3400 Carillon Point
Kirkland, WA 980333

**AIG Domestic Claims, Inc.**
**c/o Mary E. Phalon**
**101 Hudson Street**
**29th Floor**
**Jersey City, NJ 07302**

**AIG Domestic Claims, Inc.**
**c/o Charles E. Coker**
**P.O. Box 3780**
**Alpharetta, GA 30023-3780**
**Continued on Attachment - Additional Contacts**

Sheet no. **430** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $ 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,    Case No. _____
    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Steven and Sherryl Jones (1013 Evening Fawn, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** Steven D. Madsen 2591 Velez Valley Way Henderson, NV 89002 | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Steven D. Werner (1147 Harts Bluff #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Steven L. & Tracey Gale (1144 Harts Bluff #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **431** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    **110,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,   Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Steven Perry (5828 Running Horse Dr., Las Vegas NV 89081)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Stuart Rawlinson (7761 Shire Court, Las Vegas NV 89131)** c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131 | | | 06/09/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Sue Bae (8501 Sherwood Park, Las Vegas NV 89131)** c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Sunant Foulke** 6508 Black Star Point Ct. N. Las Vegas, NV 89031 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **432** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **10,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
                **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Sunrise Colony Homes c/o Koeller Nebeker Carlson & Haluck, LLP (Jennifer A. Salem, Esq.) 300 S. Fourth Street Suite 500 Las Vegas, NV 89101** | | | 06/21/2000 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** **Sunset Valley Land Trust (4261 Sparrow Springs Court, Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/31/2011 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Suong & Debbie Diec (9836 Twilight Walk Ave., Las Vegas NV 89149) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Supasak Sukangasophon (5975 Bristol Crest, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. __433__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **30,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Susan A. Gates (1109 Pleasure Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| ACCOUNT NO.<br>**Susan A. Turold 2563 Land Rush Dr. Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| ACCOUNT NO.<br>**Susan K. Boda (9449 Bachelors Fortune St., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/01/2009**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| ACCOUNT NO.<br>**Susan Price & Shaun Rutter (6348 Cougar Avenue, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **434** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **60,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** ,                              Case No. _____
　　　　　　**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Susan Sheinin<br>1630 Clint Canyon Dr.<br>Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Susana C. Oliveria<br>2578 Alias Smith Dr.<br>Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>**Sylivia Duran<br>6528n Giant Oak Street<br>N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Tadoes Melaku<br>2556 Land Rush Dr.<br>Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. __435__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **150,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
          **Debtor**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Tama R. Cross**<br>**7645 Constellation St.**<br>**Las Vegas, NV 89123** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Tamara M. Tanner**<br>**2558 Alias Smith Dr.**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br><br>Tamara Mitchell & James Gannon (7048 Bocaire Dr., Las Vegas NV 89131)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **06/25/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>Tami & Dennis Gradillas (6805 Tarpon Springs, Las Vegas NV 89131)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **06/25/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __436__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $   **70,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
             **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Tania Hurless (6812 Shalimar Pointe Ct., Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **06/25/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Tanya Blackburn**<br>**2560 Velez Valley Way**<br>**Henderson, NV 89002** | | | **09/17/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.**<br>**Tanya J. & Guillermo Rodriguez (1147 Heavenly Harvest #103, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br><br>**Tanya Whitbeck**<br>**6432 Indian Peak Court**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **437** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                     **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Tara & Aaron Hall (625 Backbone Mountain, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Taylor Ceramics 5495 S. Valley View, Suite B Las Vegas, NV 89118** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Telma & Jose Weil (3321 Brambling Ave., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **07/14/2011** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Teodoro Gutierrez Padilla (1105 Pleasure Lane #101, Henderson NV 89002) c/oFeinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **438** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **30,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Teresa Demos Trust (6428 Birdcall St., Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Teresa Trosen (1073 Pleasure Lane #103, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Teresita Tena (1118 Dawn Valley Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Terrance & Melody A. Whittemore (1082 Sheer Paradise #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **439** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
               **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> Terrance J. & Katherine J. Mullay <br> 2582 Lazy Saddle Dr. <br> Henderson, NV 89002 | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> Terry & Anita Herrin (185 Emerald Mountain, Henderson NV 89002) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | 05/2009 <br><br> **Claim for breach of contract, negligence (stucco and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br><br> Terry & Deanna Crostic <br> 6233 Mercer Valley St. <br> N. Las Vegas, NV 89081 | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> Terry & Ingrid Bernard (5304 Summer Trout, North Las Vegas NV 89031) <br> c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) <br> 2475 Village View Drive <br> Suite 250 <br> Henderson, NV 89074 | | | 08/02/2000 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |

Sheet no. **440** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **100,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Terry A. and DeAnna J. Crostic (6233 Mercer Valley Street, N. Las Vegas NV 89081)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Terry Eastman (5342 Farley Feather Ct., North Las Vegas NV 89031)<br>c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)<br>2475 Village View Drive<br>Suite 250<br>Henderson, NV 89074 | | | 08/02/2000<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Terry L. Kazakov (1141 Amarillo Sky #103, Henderson NV 89002)<br>c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)<br>1955 Village Center Circle<br>Las Vegas, NV 89134 | | | 08/02/2008<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Terry L. Page<br>2582 Highland Cluff Dr,<br>Henderson, NV 89052 | | | 08/02/2008<br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **441** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **60,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,   Case No. _____
    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** |  |  |  |  |  |  |  |
| Terry Palmer (4856 Jubilee Diamond Ct., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 |  |  | **Claim for breach of contract, negligence (stucco defects and deficiencies)** |  | X | X | **Unknown** |
| **ACCOUNT NO.** |  |  | 01/29/1999 |  |  |  |  |
| **Terry Stellman c/o Angius & Terry LLP - Paul P. Terry, Jr. 9580 W. Sahara Avenue Suite 180 Las Vegas, NV 89117** |  |  | **Claim for breach of contract, negligence (stucco defects and deficiencies)** |  | X | X | $75,000.00 |
| Additional Contacts for Terry Stellman: |  |  |  |  |  |  |  |
| **Terry Stellman Pacific Richmar Ranch 9561 Seacraft Way Las Vegas, NV 89123** |  |  |  |  |  |  |  |
| **ACCOUNT NO.** |  |  | 06/25/2010 |  |  |  |  |
| Than Phat & Lang Tran Lu (8328 Celina Hills, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 |  |  | **Claim for breach of contract, negligence (stucco defects and deficiencies)** |  | X | X | $10,000.00 |

Sheet no. **442** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **85,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> The Bourassa Law Group, LLC <br> c/o Mark J. Bourassa, Esq. <br> 3025 W. Sahara Ave. <br> Suite 105 <br> Las Vegas, NV 89102 | | | **06/09/2009** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Theodore R. Cercos, Esq. <br> c/o Lincoln, Gustafson & Cercos LLP <br> 225 Broadway <br> Suite 2000 / 20th Floor <br> San Diego, CA 92101 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Theresa Atimalala <br> 3425 Visionary Ave. <br> N. Las Vegas, NV 89081 | | | **08/26/2003** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |
| **ACCOUNT NO.** <br> Theresa L. Roberts (6409 Frosted Dawn Court, Las Vegas NV 89141) <br> c/o Shinnick, Ryan & Ransavage, P.C. <br> 2881 Business Park Court <br> Suite 210 <br> Las Vegas, NV 89128 | | | **08/02/2008** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. __443__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                      Subtotal▶  $        **0.00**

                        Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,    Case No. _____
                **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Theresa M. Leaverenz (1114 Slate Crossing #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Thomas & Donna Miller 6444 Gentle Falls Lane N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Thomas & Jacqueline Zhao (6447 Bursera Ct., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Thomas & Jacqueline Zhao (6447 Bursera Ct., Las Vegas NV 89141) Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **444** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ **10,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.**                    ,    Case No. _____
         **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Thomas & Shandra Wendel (7247 Hollywood Park Ave., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |
| **ACCOUNT NO.** Thomas F. Pitaro (6324 W. Cougar Avenue, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Thomas O'Conner (6302 Alpine Tree Ave., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Thomas R., Sr. & Kelly M. Lewis 2574 Land Rush Dr. Henderson, NV 89002 | | | **09/17/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |

Sheet no. **445** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re  **Gypsum Construction, Inc.**                               ,        Case No. _____
_____
          **Debtor**                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Thornhill Series LLC Abraham Dayan (4132 Buckland Ct., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 | | X | | **$10,000.00** |
| **ACCOUNT NO.** <br> Thornhill Series LLC Abraham Dayan (4136 Otis Cr., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> Thornhill Series LLC Abraham Dayan (4140 Otis Ct., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br> Thornhill Series LLC Abraham Dayan (4212 Lentil Ct., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |

Sheet no. **446** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $  **40,000.00**

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,     Case No. _____

**Debtor**     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Thornhill Series LLC Abraham Dayan (4212 Perfect Drift St., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Thornhill Series LLC Abraham Dayan (4241 Creek Bad Ct., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Thornhill Series LLC Abraham Dayan (4248 Dixieland Ct., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Thornhill Series LLC Abraham Dayan (4257 Olympic Point Dr., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __447__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶     $     **40,000.00**

Total▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
 **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>Thornhill Series LLC Abraham Dayan (7237 Early Pioneer Ave., Las Vegas NV 89129)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 05/31/2011<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Thornhill Series LLC Abraham Dayan (7317 Camden Pine Ave., Las Vegas NV 89129)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 05/31/2011<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Thornhill Series LLC Abraham Dayan (7317 Camden Pine Ave., Las Vegas NV 89129)<br>c/o Shinnick, Ryan & Ransavage, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 05/31/2011<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Thuy Phan (8209 Alden Pines, Las Vegas NV 89131)<br>c/o Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128)<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 | | | 07/16/2010<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **448** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **30,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
           **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Tiffany & Victor Varela (6450 Boatbill St., N. Las Vegas NV 89084)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 07/14/2011<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Tim M. Kirkpatrick (1089 Elation Lane #103, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Timothy & Barbara A. Rejbrand (1150 Grass Pond #103, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>**Timothy & Jennifer Sandusky (226 Patti Ann Woods, Henderson NV 89002)**<br>**Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | 05/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __449__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $  **40,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Ting Bounnhingyong (5302 Farley Feather, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** Titan Stairs & Trim, LLC c/o Corporation Trust Company 311 S. Division Street Carson City, NV 89703 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Tithi Debnath (7833 Warwickshire Way, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** T'Lisa R. & Garin Morris (5839 Horsehair Blanket Dr., Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **450** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $      **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.**_____,          Case No. _____
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Todd Hayes (4220 Perfect Drift St., Las Vegas NV 89129) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/31/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Tom and Nancy Boeggeman c/o Robert C. Maddox & Associates 3811 W. Charleston Blvd. Suite 110 Las Vegas, NV 89102 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| Additional Contacts for Tom and Nancy Boeggeman: Tom and Nancy Boeggeman 7740 Pleasant Slopes Court Las Vegas, NV 89131 | | | | | | | |
| **ACCOUNT NO.** Tom Pursel 7245 Lansbrook Ave. Las Vegas, NV 89131 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |

Sheet no. **451** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ **10,000.00**

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,     Case No. _____
                 **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Toni Goz and 27 Homeowners (Desert Wind Homes of Nevada II, Inc. - Desert Cove) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Tonilynn Trapuzzano (6813 Shalimar Pointe, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **6/25/2010** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Tony Hinostrosa c/o Angius & Terry LLP 1120 N. Town Center Drive Suite 260 Las Vegas, NV 89144** | | | **05/18/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| Additional Contacts for Tony Hinostrosa: **Tony Hinostrosa 6490 Dune Point Sahara Sunrise Las Vegas, NV 89142** | | | | | | | |

Sheet no. __452__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **10,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Tony Mouton (4824 Jubliee Diamond Ct., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Tonya Lindeberg (5249 Summer Trout, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** <br> **Toribio & Anabella Estrada 1407 Silent Sunset Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **Tracee Hashimura (10210 June Flower Dr., Las Vegas NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2008** <br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **453** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **40,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
        **Debtor**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Tracie L. Campbell (1065 Sheer Paradise #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Tracy & Jason Mellon 6245 Capehart Falls Las Vegas, NV 89081** | | | 05/14/2004 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| Additional Contacts for Tracy & Jason Mellon: Angela James 6224 Senegal Haven Las Vegas, NV  Bert Lauguico 3117 Hartley Dove Las Vegas, NV  Francine Gomez See Attachment 6 - First Additional Contact | | | Anthony & Susan Gregrow 3445 Conterra Park Las Vegas, NV | | | | |
| **ACCOUNT NO.** **Tracy A. Lodenquai 1648 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |

Sheet no. **454** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $    **60,000.00**

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
_____**Debtor**_____        _____**(if known)**_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Travis & Krista (5327 Reed Station, North Las Vegas NV 89031)** **c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.)** **2475 Village View Drive** **Suite 250** **Henderson, NV 89074** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.** **Travis & Richelle Wakefield (1069 Slate Crossing #101, Henderson NV 89002)** **c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)** **1955 Village Center Circle** **Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Trent & Lomney Bryan (6207 W. Haleh Ave., Las Vegas NV 89141)** **c/o Shinnick, Ryan & Ransavage, P.C.** **2881 Business Park Court** **Suite 210** **Las Vegas, NV 89128** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Trina Fernandez** **6216 Mercer Valley St.** **N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | Unknown |

Sheet no. **455** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   **50,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____
Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Trina Fernandez (6216 Mercer Valley Street, N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | | | | | **$10,000.00** |
| **ACCOUNT NO.** Trinia Blackwell (5238 Reed Station Street, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 | | | | **$40,000.00** |
| **ACCOUNT NO.** Triple Five Nevada Development Corporation c/o Jamieson N. Poe, Esq. - Craig D. Guenther, P.C. 3037 E. Warm Springs Road Site 100 Las Vegas, NV 89120 | | | 06/13/1997 Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| **ACCOUNT NO.** Tripoly at Warm Springs South Homeowners c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |

Sheet no. **456** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $    **50,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Tuan & Ghenhis Naeole (7912 Windhamridge, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/12/2010 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Uhuru Doxie 1941 Barrel Oak Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **United Plumbing, LLC 501 Parkson Road Henderson, NV 89011** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | | X | **Unknown** |
| **ACCOUNT NO.** <br> **US Family Trust 2010 (9163 Richmar Ave., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/01/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **457** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $          **10,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,   Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **V & S Holdings (7165 Fairwind Acres, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/16/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Valkyrie Brye 2553 Land Rush Dr. Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Vegas Construction Company, Inc. dba VCC Building 7582 Las Vegas Blvd. S. Suite #251 Las Vegas, NV 89123** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Vera Fairall 1832 Barrel Oak Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **458** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ **50,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Veronica A. & Antonio D'Amato** <br> **1657 Lefty Garcia Way** <br> **Henderson, NV 89002** | | | 09/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br> **Vert Eason (7360 Dolphine Crest Ave., Las Vegas NV 89129)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |
| **ACCOUNT NO.** <br> **Vicki L. Botten (1086 Elation Lane #101, Henderson NV 89002)** <br> **c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)** <br> **1955 Village Center Circle** <br> **Las Vegas, NV 89134** | | | 08/02/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **Victor & Teresa Ruiz** <br> **1937 Barrel Oak Ave.** <br> **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __459__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **80,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re __Gypsum Construction, Inc._____,    Case No. _____
           **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Victor Panteleyev & Olga Baskova** <br>**1524 Gentle Brook Street** <br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br>**Victoria Johnson** <br>**3124 Gannon Ridge Ave.** <br>**N. Las Vegas, NV 89081** | | | **08/26/2003** <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br>**Victoria Johnson (3124 Gannon Ridge Ave., N. Las Vegas NV 89081)** <br>**c/o Shinnick, Ryan & Ransavage, P.C.** <br>**2881 Business Park Court** <br>**Suite 210** <br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | | | **$10,000.00** |
| **ACCOUNT NO.** <br><br>**Viktor & Nada Matijasevic (4133 Hardwick Court, Las Vegas NV 89129)** <br>**c/o Shinnick, Ryan & Ransavage, P.C.** <br>**2881 Business Park Court** <br>**Suite 210** <br>**Las Vegas, NV 89128** | | | **05/31/2011** <br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __460__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

          Subtotal▶   $     **20,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
   **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Vilma Tungol <br> 3153 McLennan Ave. <br> N. Las Vegas, NV 89081 | | | 08/26/2003 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies | | X | X | Unknown |
| ACCOUNT NO. <br><br> Vincent & Marietta San Nicolas <br> 6441 Indian Peak Court <br> N. Las Vegas, NV 89031 | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | Unknown |
| ACCOUNT NO. <br><br> Virgilo and Milagros Francisco (5342 Reed Station, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| ACCOUNT NO. <br><br> Virginia Bailey (9225 Grassy Weep Ct., Las Vegas NV 89178) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/01/2009 <br><br> Shinnick, Ryan & Ransavage, P.C. (Las Vegas, Nevada 89128) | | X | X | Unknown |

Sheet no. **461** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **40,000.00**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) – Cont.

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
　　　　　　　　**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Virginia Zedillo-Torres** **6504 Summer Bluff Court** **N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Vivek K. Raman (1090 Elation Lane #101, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **W. Elaine & TL Congelliere** **11099 African Sunset St.** **Henderson, NV 89052** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Walter & Enerosa Cortes (239 Opera House, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. __462__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶            $            **10,000.00**

Total▶            $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** ,                    Case No. _____
         **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Walter K. Shioji (6817 Dovecote Ave., N. Las Vegas NV 89084; and 3017 Dowitcher Ave., N. Las Vegas NV 89084) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Walter M. Coffey (1159 Heavenly Harvest #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134** | | | **08/02/2008** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **Walter Matuszyk (5334 Reed Station, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074** | | | **08/02/2000** **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$40,000.00** |
| **ACCOUNT NO.** **Warner & Donna Bass 6536 Candleglade Ct. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **463** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **50,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,    Case No. _____
    **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Wayne and Joyce Winternheimer (1010 Amber Gate Street, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** Wayne P. & Rhonda L. Salem (1809 Relate Ct., Las Vegas NV 89117) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Wendy A. Pahut 2561 Land Rush Dr. Henderson, NV 89002 | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $50,000.00 |
| **ACCOUNT NO.** Wendy Chin (1004 Snow Bunting, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **464** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $ **70,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  Gypsum Construction, Inc.                              ,          Case No. _____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Wenye Yan (7164 Crescentville, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Wesley Blackman (1058 Noble Isle Street, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 05/2009 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.** <br> **Wesley R. & Helen J. Anderson 1616 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.** <br> **Western American Granite 5395 Polaris Avenue Las Vegas, NV 89118** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |

Sheet no. **465** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **70,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
       **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Whirlpool Corporation 2000 North M-63 Benton Harbor, MI 49022** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Whitney & Jennifer Thatcher (1270 Crimson Sage, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Wilbert and Tonja McClendon c/o Law Officers of Charles M. Pollack 10161 Park Run Drive Suite 150 Las Vegas, NV 89145** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| Additional Contacts for Wilbert and Tonja McClendon: **Wilbert and Tonja McClendon 7917 Morning Gallop Las Vegas, NV 89131** | | | | | | | |

Sheet no. __466__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $             **0.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____ ,     Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>William & Apryl Hilk (5318 Farley Feather, North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>William & Gloria Anderson (1175 Garretts Bluff Wy #101, Henderson NV 89002 c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br><br>**William & Joan Marsh 1914 Giant Pine Avenue N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>William & Joyce Locke (1010 Black Olive, Henderson NV 89002) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. __467__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **60,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,    Case No. _____

**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **William & Kimberly Wright (7460 Real Quiet, Las Vegas NV 89131) c/o The Bourassa Law Group, LLC - Mark J. Bourassa, Esq. 3025 W. Sahara Ave. Suite 105 Las Vegas, NV 89131** | | | 06/09/2009 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **William & Leslie Baker 1840 Moonglow Peak Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **William & Linda Salmon 3412 Barada Heights Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **William & Linda Salmon (3412 Barada Heights Ave., N. Las Vegas NV 89081) c/o Shinnick, Ryan & Ransavage, P.C.** <br><br> **2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **468** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $    **10,000.00**

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
 _____**Debtor**_____                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** William & Loretta Douglas (1012 Kings View Court, Henderson NV 89002) c/o Shinnick, Ryanm Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/2009 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** **William & Natividad Brown 1905 Bluff Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **William & Penny Moran 3144 McLennan Ave. N. Las Vegas, NV 89081** | | | 08/26/2003 **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** William & Wanda Wieme (6420 Bristlebird, N. Las Vegas NV 89084) c /o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 07/14/2011 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __**469**__ of __**479**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **20,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,      Case No. _____
           **Debtor**                                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **William C. Bonner (6390 Whispering Clouds Ct., Las Vegas NV 89141)** <br> **Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **William Dare (1090 Sheer Paradise #103, Henderson NV 89002)** <br> **c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)** <br> **1955 Village Center Circle** <br> **Las Vegas, NV 89134** | | | 08/02/2008 <br><br> Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br><br> **William Douglas Vanemburg** <br> **1923 Giant Pine Avenue** <br> **North Las Vegas , NV 89031** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |
| **ACCOUNT NO.** <br> **William Goodrich (6291 Spoon River Ct., Las Vegas NV 89139)** <br> **c/o Shinnick, Ryan & Ransavage, P.C.** <br> **2881 Business Park Court** <br> **Suite 210** <br> **Las Vegas, NV 89128** | | | Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | **Unknown** |

Sheet no. **470** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal►   $      **10,000.00**

Total►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____,          Case No. _____

_____**Debtor**_____          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **William T. Waddell** **1658 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** **Willis Roof Consulting c/o Joe Willis, Registered Agent 8460 Gagnier Blvd. Las Vegas, NV 89113** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Willis Roof Consulting, Inc. 4755 W. Dewey Street Las Vegas, NV 89118** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Wing Yim (5990 W. Dewey Dr., Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. __471__ of __479__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶     $          **60,000.00**

Total▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,        Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Winston Lee (6309 Silver Ribbon Court, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Wm Castro & Jeanie Williams (204 Lynbrook, Henderson NV 89012) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 04/20/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Wood Smith Henning & Breman LLP c/o Richmond American Homes of Nevada, Inc. 7670 West Lake Meade Blvd. Suite 250 Las Vegas, NV 89128 | | | 08/02/2000 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** Woodley D. Rogers, Jr. (1155 Heavenly Harvest #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq. 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |

Sheet no. **472** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $        **10,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**_____,    Case No. _____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Woodside Homes of Nevada 5888 W. Sunset Road, Suite 200 Las Vegas, NV 89118** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br><br> **Woodside Homes of Nevada, Inc. c/o Campbell, Volk, & Lauter 5450 West Sahara Avenue Suite 110 Las Vegas, NV 89146** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **Additional Contacts for Woodside Homes of Nevada, Inc.:** <br><br> **Schnnick, Ryan & Ransavage, P.C. c/o Duane E. Schnnick, Esq. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | | | | | |
| **ACCOUNT NO.** <br> **Xin Jle Zhang (5998 Jobear Ave., Las Vegas NV 89118) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **08/02/2000** <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **473** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **10,000.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Xing Xian Zheng**<br>**1949 Bayhurst Ave.**<br>**N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**Yasuko Kohmoto-Couch (8916 El Diablo Street, Las Vegas NV 89131)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **06/25/2010**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.**<br>**Yen Huynh (4337 Thunder Twice St., Las Vegas NV 89129)**<br>**c/o Shinnick, Ryan & Ransavage, P.C.**<br>**2881 Business Park Court**<br>**Suite 210**<br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$20,000.00** |
| **ACCOUNT NO.**<br>**Yesenia Escalante (1086 Sheer Paradise #101, Henderson NV 89002)**<br>**c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.)**<br>**1955 Village Center Circle**<br>**Las Vegas, NV 89134** | | | **08/02/2008**<br><br>**Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **474** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    **40,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Yolanda & Wardell Jackson 1605 Lefty Garcia Way Henderson, NV 89002** | | | 09/17/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $50,000.00 |
| **ACCOUNT NO.**<br>Yolangco Rodolfo, Jr. (910 Dawn Valley Dr., North Las Vegas NV 89031) c/o Springle & Fink LLP (c/o Leonard T. Fink, Esq.) 2475 Village View Drive Suite 250 Henderson, NV 89074 | | | 08/02/2000<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $40,000.00 |
| **ACCOUNT NO.**<br>Yoshito Murakami (1066 Pleasure Lane #102, Henderson NV 89002) c/o Feinberg Grant Mayfield Kaneda & Litt, LLP (c/o Bruce Edwards, Esq.) 1955 Village Center Circle Las Vegas, NV 89134 | | | 08/02/2008<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |
| **ACCOUNT NO.**<br>Youngjun Choi (7869 Warwickshire Way, Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 05/12/2010<br><br>Claim for breach of contract, negligence (stucco defects and deficiencies) | | X | X | $10,000.00 |

Sheet no. **475** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **110,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Gypsum Construction, Inc.** _____ ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Yu Tian (7117 Estrella del Mar, Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 07/16/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** Yuet King Lam & Hoong Kong Tang (6379 Frosted Dawn Ct., Las Vega NV 89141) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128 | | | 08/02/2008 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Yuet King Lam and Hoong Kong Tang 972 Grand Cerritos Avenue Las Vegas, NV 89183** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |
| **ACCOUNT NO.** **Yulianna Meagher 6520 Night Owl Bluff Ave. N. Las Vegas, NV 89031** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **Unknown** |

Sheet no. **476** of **479** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.** _____,    Case No. _____
                **Debtor**                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Yuseff & Ariana Achak** <br>**2558 Velez Valley Way** <br>**Henderson, NV 89002** | | | 08/17/2008 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$50,000.00** |
| **ACCOUNT NO.** <br><br> **Zach Easler** <br>**3325 Brayton Mist Dr.** <br>**N. Las Vegas, NV 89081** | | | 08/26/2003 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies** | | X | X | **Unknown** |
| **ACCOUNT NO.** <br>**Zach Easler (3325 Brayton Mist Drive, N. Las Vegas NV 89081)** <br>**c/o Shinnick, Ryan & Ransavage, P.C.** <br>**2881 Business Park Court** <br>**Suite 210** <br>**Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |
| **ACCOUNT NO.** <br>**Zachary & Charlene Albete (3313 Birdwatcher Ave., Las Vegas NV 89084)** <br>**c/o Shinnick, Ryan & Ransavage, P.C.** <br>**2881 Business Park Court** <br>**Suite 210** <br>**Las Vegas, NV 89128** | | | 07/14/2011 <br><br> **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | **$10,000.00** |

Sheet no. **477** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $      **70,000.00**

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Gypsum Construction, Inc._____,    Case No. _____
          **Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Zaida L. Aguilar (7032 Bocaire Dr., Las Vegas NV 89131) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | 06/25/2010 **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | $10,000.00 |
| **ACCOUNT NO.** **Zufa Hailu (4762 Opal Bay Ct., Las Vegas NV 89139) c/o Shinnick, Ryan & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **Zumreta Maslesa (4774 Idols Eye Ct., Las Vegas NV 89139) c/o Shinnick, Ryan, & Ransavage, P.C. 2881 Business Park Court Suite 210 Las Vegas, NV 89128** | | | **Claim for breach of contract, negligence (stucco defects and deficiencies)** | | X | X | Unknown |
| **ACCOUNT NO.** **\*\*\*Creditor unsecured mailing state RMC\*\*\*** | | | | | | | **Unknown** |

Sheet no. __478__ of __479__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶    $      **10,000.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **Gypsum Construction, Inc.**                    ,          Case No. _____
         **Debtor**                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> See attached list of additional unsecured creditors | | | | | | | **Unknown** |
| See list of additional 121 pages of other unsecured creditors - possible claims for breach of contract/warranty issues related to stucco defects, etc., attached hereto and made a part hereof. | | | | | | | |
| | | | | | | | |
| | | | | | | | |

PLUS 121 additional continuation pages

Sheet no. **479** of **479** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

PLUS 121 additional continuation pages        Subtotal▶ | $ | 0.00

Total▶ | $ | 26,273,161.27
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

# Attachment 1/2

**Attachment - Additional Contacts**

**Creditor: Ellen M. Wimberly (Caravelli)**
**Additional Contacts:**
**St. Paul Travelers**
**c/o Richard D. McKinney**
**3939 Howard Hughes Parkway**
**Suite 550**
**Las Vegas, NV 89109**

**Travelers**
**c/o Richard D. McKinney**
**P.O. Box 71018**
**Las Vegas, NV 89170**

**RiverStone Claims Management, LLC**
**c/o Kevin R. Stolworthy**
**3773 Howard Hughes Pkwy**
**Tird Floor Sourth**
**Las Vegas, NV 89109**

**RiverStone Claims Management, LLC**
**8880 Rio San Diego Drive**
**Suite 510**
**San Diego, CA 92108**

**Creditor: Steven and Cheryl Forte**
**Additional Contacts:**
**M.D.C. Holdings, Inc.**
**c/o Andrew W. Goedicke**
**4350 South Monaco Street**
**Denver, CO 80237**

**Carina Corporation**
**c/o Mark S. Doppe, President**
**1050 Indigo Drive**
**Las Vegas, NV 89145**

**Attachment 1**

**First Additional Contact**

**9359 Snow Flower**
**Las Vegas, NV**

**Attachment 2**

**Creditor Information**

**Suite 250**
**Henderson, NV 89074**

# Attachment 2/2

**Attachment 3**

    **First Additional Contact**

        **10654 Pueblo Springs Street**
        **Las Vegas, NV**

**Attachment 4**

    **First Additional Contact**

        **6465 Dune Point Court**
        **Las Vegas, NV**

**Attachment 5**

    **Creditor Information**

        **Suite 250**
        **Henderson, NV 89074**

**Attachment 6**

    **First Additional Contact**

        **3152 McLennan Ave.**
        **Las Vegas, NV**

ALL ADDITIONAL CREDITORS re: miscellaneous possible claims for
breach of contract/warranty issues related to various stucco
defects on construction projects through 2013:


Gene Bradley
836 Sheerwater Avenue
Henderson, NV  89052

Shelia Cormier-Kecman
869 Shinning Rose Place
Henderson, NV  89052

Jesse & Consuela Jaurequi
10841 Paradise Road
Henderson, NV  89052

Barbara & Bob Martin
10947 Sadlers Wells Street
Henderson, NV  89052

Michael D. Sr., & Dora Colford
10951 Scotch Rose Street
Henderson, NV  89052

David & Diane Khoury-Bell
932 Shining Rose Place
Henderson, NV  89052

Hamid Reza-Ghadiri & Morgan Z. Ghadiri
10964 Scotch Rose Street
Henderson, NV  89052

Franklin Pang
941 Shady Charmer Ave.
Henderson, NV 89052

Rocky & Kate Bright
10863 Scotch Rose Street
Henderson, NV  89052

The Brent Revocable Living Trust
8150 Villa Duenas Court
Las Vegas, NV  89131

Joseph & Sharon J. Campbel
7669 Villa Del Mar Ave.
Las Vegas, NV  89131

John C. & Renee R. Cuellar
7665 Villa Del Mar Ave.
Las Vegas, NV  89131

Augusto J. & Terry L. Dionizio
8150 Villa De La Playa
Las Vegas, NV  89131

Thomas, Jr. & Hellen M. Smith
8101 Villa De La Playa
Las Vegas, NV  89131

Eartha Madison, Jr. & Linda Madison
7731 Villa Del Mar Ave.
Las Vegas, NV  89131

William M. & Brandi B. Holland
8037 Villa Belen Street
Las Vegas, NV  89131

Siverio
7719 Villa Andrada Ave.
Las Vegas, NV  89131

Chappelle
7731 Villa Andrada Ave.
Las Vegas, NV  89131

Gordon
7735 Villa Andrada Ave.
Las Vegas, NV  89131

BILLS
7730 Villa Gabriela Ave.
Las Vegas, NV  89131

Gamble
7710 Villa De La Paz Ave.
Las Vegas, NV  89131

Boyer
7715 Villa De La Paz Ave.
Las Vegas, NV  89131

Bresca
7675 Villa De La Paz Ave.
Las Vegas, NV  89131

Bolton
7671 Villa De La Paz Ave.
Las Vegas, NV  89131

Norma Marlowe Trust
7316 Afternoon Street
Las Vegas, NV  89131

Ms. Shasta E. Rodenhauser
ADAMS BROS.
8585 Duke Blvd.
Mason, OH  45040

CENTURY CAST PRODUCTS
1370 North Red Gum
Anaheim, CA  92806

COX & SONS PLUMBING
3700 Meade Ave.
Las Vegas, NV  89102

Ms. Betty J. Hutchins
HUTCHINS DRY WALL
320 E. Desert RoseDr.
Henderson, NV  89015

M&M CONSTRUCTION
4200 N. Moapa Valley Blvd.
Logandale, NV  89021

MILGARD MANUFACTURING, INC.
1001 Van Born Road
Taylor, MI  48180

SIERRA AIR CONDITIONING
4210 W. Patrick Lane
Las Vegas, NV  89118

SUN CITY LANDSCAPES
4270 W. Patrick Lane
Las Vegas, NV  89118

CAMPBELL CONCRETE
7912 West Sahara Ave.
Las Vegas, NV  89128

CONCRETE SERVICES
3088 Via Flaminia Court
Las Vegas, NV  89052

Gale Building Products
c/o MASCO
21001 Van Born Road
Las Vegas, NV  48180

GALE BUILDING PRODUCTS
260 Jimmy Ann Drive
Daytona Beach, FL  32114

GYPSUM CONSTRUCTION, INC.                                      Ch. 7 Debtor
Schedule F – continued                                        Page **4** of **121**

Ms. Lia Stivaletta
KNIPP BROTHERS
340 Rancheros Dr., Ste. 174
San Marcos, CA  92069

Ms. Lia Stivaletta
KNIPP BROTHERS
6255 Range Road
Las Vegas, NV  89115

RYSTIN CONSTRUCTION
530 E. Sunset Rd.
Henderson, NV 89011

SLVER STATE FIREPLACES
3555 West Quail Ave, Suite A
Las Vegas, NV   89118

WILLIS ROOF CONSULTING
4755 W. Dewey Dr.
Las Vegas, NV   89118

William Balelo
10889 Eden Ridge Ave.
Las Vegas, NV   89113

Jennifer Bridgens
10012 Lago De Coco Ave.
Las Vegas, NV   89148

Richard & Lorraine Chinnici
10011 Lago De Coco Ave.
Las Vegas, NV   89148

John & Beverly Romero
9930 Rockside Ave.
Las Vegas, NV   89148

Michael & Suzette Pell
9939 Rockside Ave.
Las Vegas, NV   89148

Terrell & Candra Evans
10135 Reflection Brook
Las Vegas, NV   89148

John & Beverly Romero
9930 Rockside Ave.
Las Vegas, NV   89148

Michael Parsons
9936 Lago De Coco Ave.
Las Vegas, NV   89148

Jennifer Howell
6196 Whitelion Walk St.
Las Vegas, NV   89148

John J. & Sandra L. Angerami
10043 Lago De Coco Ave.
Las Vegas, NV   89148

John & Shirley Oliva
6165 Old Rose Drive
Las Vegas, NV   89148

Leon & Sharon T. Madden
6181 Old Rose Drive
Las Vegas, NV   89148

Celestine Saldutto & Patricia Buemi
6121 Bayard St.
Las Vegas, NV   89148

Snezana Savicic
6129 Bayard St.
Las Vegas, NV   89148

Adam Vesely
6137 Bayard St.
Las Vegas, NV   89148

Lawrence P. & Phyllis H. Nicastro
6130 Bayard St.
Las Vegas, NV   89148

Francine Huffman
6138 Bayard St.
Las Vegas, NV   89148

Elizabeth R. Jackson
James F. Peyton
6146 Bayard St.
Las Vegas, NV   89148

Sonja Holland
9850 Nicova Ave.
Las Vegas, NV   89148

Sara Goldberger
9890 Nicova Ave.
Las Vegas, NV   89148

Joel Liebeskind & Lara Dearmond
9890 Nicova Ave.
Las Vegas, NV   89148

Pamela Dittmar
6191 Bayard St.
Las Vegas, NV    89148

JoAnn Phegley
9889 Fiesta Rose Ave.
Las Vegas, NV    89148

Mark & Suzanne Toubin
10028 Long Barrow Ct.
Las Vegas, NV    89148

Jay Gustein
10002 Long Barrow Ct.
Las Vegas, NV    89148

Robert G. Rowland
10036 Long Barrow Ct.
Las Vegas, NV    89148

Mark & Suzanne Toubin
10028 Long Barrow Ct.
Las Vegas, NV    89148

Joyce Perich
10012 Long Barrow Ct.
Las Vegas, NV    89148

Roger Fernane
6229 Old Rose Dr.
Las Vegas, NV    89148

Kevin & Sununta W. McDaniel
10052 Long Barrow Ct.
Las Vegas, NV    89148

Alan & Debra Martin
10005 Long Barrow Ct.
Las Vegas, NV    89148

Arnold & Barbara Engmann
10031 Long Barrow Ct.
Las Vegas, NV    89148

James L. Snodgrass
Marina E. Staccato
9995 Long Barrow Ct.
Las Vegas, NV    89148

Ronald & Lilia Tayag
10023 Long Barrow Ct.
Las Vegas, NV    89148

Adlofo and Nora C. Herrera
6153 Dutch Fork Street
Las Vegas, NV   89148

Alice Nadeau
6159 Dutch Fork Street
Las Vegas, NV   89148

Guerman Sokolov
Lyubov Dvuzhylna
10020 Long Barrow Ct.
Las Vegas, NV   89148

Deborah R. Jones
10039 Long Barrow Ct.
Las Vegas, NV   89148

Eddie Meese
10055 Long Barrow Ct.
Las Vegas, NV   89148

Lea Yi
10063 Long Barrow Ct.
Las Vegas, NV   89148

Robert & Su-Kyoung Fatooh
6245 Old Rose Dr.
Las Vegas, NV   89148

Joseph Bernstein
6154 Dutch Fork St.
Las Vegas, NV   89148

Thomas R. Hillpot
9903 Willowbrook Pond Rd.
Las Vegas, NV   89148

Elizabeth Johnston
6166 Dutch Fork St.
Las Vegas, NV   89148

Ryan & Kara Dennis
9974 Willowbrook Pond Rd.
Las Vegas, NV   89148

Joffre W. & Delores M. Guillot
6132 Dutch Fork St.
Las Vegas, NV   89148

Ronald C. & Patricia Kasparec
6124 Dutch Fork St.
Las Vegas, NV   89148

Kenneth & Geraldine Bedrosian
6298 Windfresh Dr.
Las Vegas, NV   89148

Jaime Obando
10066 Claverton Ct.
Las Vegas, NV   89148

Jeffrey Dominquez
10090 Claverton Ct.
Las Vegas, NV   89148

Walter Dowling
6293 Old Rose Dr.
Las Vegas, NV   89148

Phillip & Susan Kansky
9802 Nicova Ave.
Las Vegas, NV   89148

Frederick & Lilia St. John
10034 Claverton Ct.
Las Vegas, NV   89148

Giovanni & Anna Buemi
6132 Powdermill Street
Las Vegas, NV   89148

Joanna & Russell Koening
6140 Powdermill Street
Las Vegas, NV   89148

Maggie Pennings
6124 Powdermill Street
Las Vegas, NV   89148

Hal & Kathleen Byers
10067 Willowbrook Pond Rd.
Las Vegas, NV   89148

Louis & Diane Bartolomeo
6174 Powdermil Street
Las Vegas, NV   89148

Patricia Cook
6168 Powdermill Street
Las Vegas, NV   89148

Ron McAllister
10043 Cranbrook Falls Ct.
Las Vegas, NV   89148

Jerry Grossman
6162 Powdermill Street
Las Vegas, NV    89148

Gerald Sternad
6167 Powdermill Street
Las Vegas, NV    89148

Jesse Whisnand
9953 Lago De Coco Ave.
Las Vegas, NV    89148

Jonathan Haas
10007 Bryce Rose Avenue
Las Vegas, NV    89148

Gil P. & Viletta s. Abiad
10158 Silsbury Hill Ct.
Las Vegas, NV    89148

Marcello Divincenzo
10118 Silsbury Hill Ct.
Las Vegas, NV    89148

Bernard & Linda J. Glanister
10155 Silsbury Hill Ct.
Las Vegas, NV    89148

James & Yvonne W. Hall
10151 Reflection Brook Ave.
Las Vegas, NV    89148

Dan Luga
10140 Trellis Rose Ct.
Las Vegas, NV    89148

Irene McLaughlin
10132 Trellis Rose Ct.
Las Vegas, NV    89148

Zeki & Neslihan Saricayir
6319 Windfresh Dr.
Las Vegas, NV    89148

Layton Construction Co.
c/o James R. Hoffman, Sr. Project Mgr.
4646 E. Van Buren St., #300
Phoenix, AZ   85018

Layton Southwest, Inc.
4646 E. Van Buren St., Suite 300
Phoenix, AZ   85008

GYPSUM CONSTRUCTION, INC.
Schedule F – continued

Novus Construction, LLC
c/o Mr. Steve Shea
3125 South 52nd Street
Tempe, AZ  85282

Novus Construction, LLC
c/o Righi Law Group
2111 E. Highland Ave.
Suite B440
Phoenix, AZ  85016

Silvercrest, LLC
c/o Stephen & Julie Wilkerson
7560 N. Silvercrest Way
Paradise Valley, AZ 85253

Doug Kim
3198 Willow Ponite Ave.
Chino Hills, CA  91709

Illinois National Insurance Co.
c/o AIG Claim Services, Inc.
Construction Defect Unit
P.O. Box 3780
Alpharetta, GA  30023

United States Fire Ins. Co.
c/o Riverstone Claims Management
8880 Rio San Diego Drive, Suite 510
San Diego, CA  92108

AISLIC
c/o AIG Claim Services, Inc.
Construction Defect Unit
P.O. Box 3780
Alpharetta, GA  30023

Excel Cabinets, Inc.
225 Jason Ct
Corona, CA 92879

Lexington Insurance Co.
c/o AIG Claim Services, Inc.
Construction Defect Unit
P.O. Box 3780
Alpharetta, GA  30023

Lumber Insurance Companies
205 Newbur y Street
P.O. Box 9165
Framingham, MA 01701

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued

Steadfast Insurance
c/o Zurich
P.O. Box 66965
Chicago, IL 60666-0965

PVN Plumbing, Inc.
c/o Phillip P. Masul, President
3626 Presley Ave.
Riverside, CA 92507

United Pacific Insurance Co.
c/o California Ins. Guarantee Assoc.
P.O. Box 29006
Glendale, CA 91209-9066

Illinois Union Insurance Co.
c/o ACE - Construction Defect Claims
21860 Burbank Blvd., #200
Woodland Hills, CA 91367

Wall Design Incorporated
c/o Michael Bello
17530 Von Karman Ave.
Irvine, CA 92614

United Pacific Insurance Co.
c/o CIGA
P.O. Box 25101
Santa Ana, CA 92799

First Specialty Insurance
c/o Ward North America, Inc.
P.O. Box 2422
Tuslin, CA 92781-2422

Peter Lee
3258 Willow Road
Chino Hills, CA 91709

Patrick Borges
3271 Willow Hollow Dr.
Chino Hills, CA 91709

Pei-Li & Zoe Chiu
15694 Willow Glen Dr.
Chino Hills, CA 91709

Darren Dresch
3248 Willow Hollow Dr.
Chino Hills, CA 91709

Fatima & Shariq Vakil
3261 Willow Hollow Dr.
Chino Hills, CA 91709

Jacob Zamaro
15671 Willow Run Dr.
Chino Hills, CA 91709

WL Homes LLC dba John Laing Homes, et al
Wood Smith Henning & Berman LLP
10960 Wilshire Blvd., 18th Floor
Los Angeles, CA  90024-3804

Watt Residential Construction, Inc.
c/o Brenda K. Radmacher, Esq.
Wood Smith Henning & Berman LLP
10960 Wilshire Blvd., 18th Floor
Los Angeles, CA  90024-3804

IRC Coachella Ventures, LLC
Wingert Grenbing, Brubaker & Juskie LLP
c/o Stephen C. Grebing
600 W. Broadway, Suite 1200
San Diego, CA  92101-3370

Innovative Resort Communities, Inc.
1282 Pacific Oaks Place, Suite C
Escondido, CA  92029

Innovative Resort Communities, Inc.
8755 Verna Drive
Escondido, CA  92029

Greystone Homes Corporation
c/o Nhataly N. Vu, Esq.
Green & Hall Attorneys at Law
600 W. Main Street, 12th Floor
Orange, CA  92868-4692

Moreno Valley Lakes 146-Via Del Rey, LLC
c/o Howard D. Hall, Esq.
Green & Hall Attorneys at Law
600 W. Main Street, 12th Floor
Orange, CA  92868-4692

April Hopkins
25921 Calle Agua
Moreno Valley, CA  92551

Alisa & Frederick Collins
25891 Calle Agua
Moreno Valley, CA  92551

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                      Page **13** of **121**

James D. & Brenda Lindsey
27692 El Cabrillo Court
Moreno Valley, CA  92551

Howard & Mary Jackson
16265 Grande Isla Circle
Moreno Valley, CA  92551
Sheryl Simon
25941 Calle Agua
Moreno Valley, CA  92551

WL Homes LLC dba John Laing Homes, et al
c/o Josh Blackburn
1247 Desert Springs Street
Mira Loma, CA 91752

Mack Residence
6368 Madera  Court
Corona, CA  92880

John Chappell
12675 Colonnade Dr.
Rancho Cucamonga, CA  92880

Robert & Melodee Leyva
12776 Colonnade Dr.
Rancho Cucamonga, CA  92880

Anthony & Patricia Cascio
12765 Colonnade Dr.
Rancho Cucamonga, CA  92880

Randy & Sharon Goodman
12739 Colonnade Dr.
Rancho Cucamonga, CA  92880

Brian & Cynthia Podalski
12875 Colonnade Dr.
Rancho Cucamonga, CA  92880

Alexander & Jennifer Suchey
12868 Elegance Dr.
Rancho Cucamonga, CA  92880

Angelo & Jean Teves
12846 Elegance Dr.
Rancho Cucamonga, CA  92880

Dominic & Mirtha
12793 Mosaic Dr.
Rancho Cucamonga, CA  92880

Law Office of Robert Clausen, APC
c/o Robert J. Clausen, Esq.
1400 Bristol Street North, Suite 145
Newport Beach, CA 92660

Auberry Place Community Association
c/o Kelly Richardson, Esq.
Richardson & Harman, LLP
234 E. Colorado Blvd., Suite 800
Pasadena, CA 91101

Pacific Century Homes, Inc.
40925 Country Center Drive, Suite 110
Temecula, CA 92591

The Hacienda Heights
c/o Terrence McLaughlin, Paralegal
Ulich & Terry LLP
4041 Macarthur Blvd., Suite 500
Newport Beach, CA 92660

Steven Alonge
13897 Mountain Top Dr.
Desert Hot Springs, CA 92240

Roman & Horalia Alverez
68983 Overlook Dr.
Desert Hot Springs, CA 92240

Paul & Serena Areias
68777 Panorama Dr.
Desert Hot Springs, CA 92240

Florentino & Maria Arroyo
13772 Monument St.
Desert Hot Springs, CA 92240

Alexander Arthen
13896 Over Drive
Desert Hot Springs, CA 92240

Larry Aubrey
13733 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Larry Aubrey
13901 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Styliani Aubry
13599 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

GYPSUM CONSTRUCTION, INC.                                          Ch. 7 Debtor
Schedule F – continued                                            Page **15** of **121**

Styliani Aubry
13639 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Styliani Aubry
13651 Hacienda Heights Dr.
Desert Hot Springs, CA 92240
Styliani Aubry
13677 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Styliani Aubry
13895 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Styliani Aubry
13721 Monument Street
Desert Hot Springs, CA 92240

Styliani Aubry
13581 Mountain Top
Desert Hot Springs, CA 92240

Styliani Aubry
13582 Mountain Top
Desert Hot Springs, CA 92240

Styliani Aubry
13767 Mountain Top
Desert Hot Springs, CA 92240

Styliani Aubry
68627 Panorama Drive
Desert Hot Springs, CA 92240

Frederick & Janet Bailey
68751 Panorama Drive
Desert Hot Springs, CA 92240

Reza Birjandi
13878 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Gilbert & Katy Buelna
13878 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Bryan Burns
13788 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Ana Campos
13822 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Saul & Berta Contreras
68877 Panorama Dr.
Desert Hot Springs, CA 92240

John & Felicia Cosman
13395 Alpine Circle
Desert Hot Springs, CA 92240

John & Felicia Cosman
13395 Alpine Circle
Desert Hot Springs, CA 922406

Nancy D'Alessio
13702 Mountain Top
Desert Hot Springs, CA 92240

Brian & Carol Davis
13328 Mountain Top
Desert Hot Springs, CA 92240

Victoria DeMaria
13622 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Brian Fortner
68887 Panorama Drive
Desert Hot Springs, CA 92240

Styliani Aubry
68627 Panorama Drive
Desert Hot Springs, CA 92240

Juan & Esmeralda Garcia
68627 Panorama Drive
Desert Hot Springs, CA 92240

Mauro & Ina Garcia
13398 Mountain Top Ct.
Desert Hot Springs, CA 92240

James Ginter
13722 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Mahin Hadizadeh
68651 Panorama Drive
Desert Hot Springs, CA 92240

GYPSUM CONSTRUCTION, INC.

Schedule F – continued

Mahin Hadizadeh
68677 Panorama Drive
Desert Hot Springs, CA 92240

Mahin Hadizadeh
68621 Panorama Drive
Desert Hot Springs, CA 92240

Mahin Hadizadeh
13659 Pinnacle Drive
Desert Hot Springs, CA 92240

Thomas & Norma Hernandez
13594 Mountain Top Ct.
Desert Hot Springs, CA 92240

Richard & Andrea Hope
13689 Pinnacle Circle
Desert Hot Springs, CA 92240

David & Qing Hsu
68713 Ridgecrest Way
Desert Hot Springs, CA 92240

Maribel Jimenez
13662 Hacienda Heights Dr.
Desert Hot Springs, CA 92240

Yolanda Jimenez
68776 Prospect Way
Desert Hot Springs, CA 92240

Chance, Sarah & Cecilia Johnson
68699 Panorama Drive
Desert Hot Springs, CA 92240

Ray & Mitzi Key
13302 Mountain Top Ct.
Desert Hot Springs, CA 92240

Scott & Maria Lanterman
68641 Prospect Way
Desert Hot Springs, CA 92240

Allen & Lisa Lawrence
13362 Alpine Circle
Desert Hot Springs, CA 92240

Neville & Tamara Lawrence
13777 Starlight Way
Desert Hot Springs, CA 92240

GYPSUM CONSTRUCTION, INC.                                           Ch. 7 Debtor
Schedule F – continued                                             Page **18** of **121**

Yong Lee
13705 Monument Street
Desert Hot Springs, CA 92240

Camile Lucier
13567 Mountain Top Dr.
Desert Hot Springs, CA 92240

Rudolph & Barbara Maduena
13580 Overlook Drive
Desert Hot Springs, CA 92240

Harry and Donna McCullen
13401 Mountain Top Drive
Desert Hot Springs, CA 92240

Patricia McKay
68609 Panorama Drive
Desert Hot Springs, CA 92240

Ronald Millet
68663 Prospect Way
Desert Hot Springs, CA 92240

Anci Miranda
13762 Starlight Way
Desert Hot Springs, CA 92240

Napoleon & Concesa Miranda
13543 Mountain Top Drive
Desert Hot Springs, CA 92240

Michal Moni
13710 Hacienda Heights Drive
Desert Hot Springs, CA 92240

Irene Montes
13682 Pinnacle Circle
Desert Hot Springs, CA 92240

Adrian & Carolina Morales
13792 Overlook Drive
Desert Hot Springs, CA 92240

Marsedelia Munoz
13615 Overlook Drive
Desert Hot Springs, CA 92240

Sophie Pang
68762 Promontory Street
Desert Hot Springs, CA 92240

Ismael & Sara Quevedo
13730 Starlight Way
Desert Hot Springs, CA 92240

Vincente & Antonietta Quitoriano
13867 Hacienda Heights Drive
Desert Hot Springs, CA 92240

Ali & Paola Rastavan
13773 Hacienda Heights Drive
Desert Hot Springs, CA 92240

Terrence & Helen Richards
68650 Panorama Drive
Desert Hot Springs, CA 92240

Eva Lashae Rock
68744 Ridge Crest Way
Desert Hot Springs, CA 92240

Edwin & Marilou Rowe
68951 Overlook Drive
Desert Hot Springs, CA 92240

Edwin & Marilou Rowe
68739 Promontory
Desert Hot Springs, CA 92240

Hipolito Salas
13498 Hacienda Heights Drive
Desert Hot Springs, CA 92240

Ali & Paola Rastavan
13773 Hacienda Heights Drive
Desert Hot Springs, CA 92240

Ernesto & Margarita Sarabia
68764 Panorama Drive
Desert Hot Springs, CA 92240

Martin & Alejandra Serrano
13590 Hacienda Heights Drive
Desert Hot Springs, CA 92240

Richard Siegel
68799 Panorama Drive
Desert Hot Springs, CA 92240

David Smith
68675 Prospect Way
Desert Hot Springs, CA 92240

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued

John & Eve Soulliere
13303 Mountain Top Court
Desert Hot Springs, CA 92240

Gary Stewart
68833 Panorama Drive
Desert Hot Springs, CA 92240

Rosemary Stewart
13902 Hacienda Heights Drive
Desert Hot Springs, CA 92240

Michael Sweeney
13633 Overlook Drive
Desert Hot Springs, CA 92240

Carlos & Lorena Torres
1383 Oasis Drive
Desert Hot Springs, CA 92240

Benjamin & Rochelle Valdez
68712 Promontory Street
Desert Hot Springs, CA 92240

Hazel Westphal
68785 Panorama Drive
Desert Hot Springs, CA 92240

Hazel Westphal
68709 Panorama Drive
Desert Hot Springs, CA 92240

Jenny Zhu
68737 Ridge Crest Way
Desert Hot Springs, CA 92240

Lance Harrel
29700 Morning Breeze Drive
Menifee, CA  92584

Lawrence & Kathy Dean
19449 Norwich Street
Riverside, CA  92508

Angelo & Clare Giambona
19403 Norwich Street
Riverside, CA  92508

Jonathan & Kim Goldsby
19491 Norwich Street
Riverside, CA  92508

Joseph & Mary Horton
19303 Scarsdale Street
Riverside, CA  92508

Robert & Constance Mlynarski
8424 Monique Court
Riverside, CA  92508

Frank & Juanita Perry
19368 Norwich Street
Riverside, CA  92508

Scott & Kristin Rew
19429 Norwich Street
Riverside, CA  92508

Thanh Tjuy Tran
19355 Norwich Street
Riverside, CA  92508

Pacific Century Homes
c/o Danielle Ward
Balestreri Pendelton & Potocki
401 B Street, Suite 1470
San Diego, CA  92102

Villas at Old School House Assoc.
c/o Douglas W. Grinnell
Epsten Grinnell & Howell, APC
9980 Carroll Canyon Road, Suite 200
San Diego, CA  92131

Naomi Quintana
39975 Millbrook Way, Bldg. 1, Unit C
Murrieta, CA  92563

Kerry Blount
39975 Millbrook Way, Bldg. 1, Unit A
Murrieta, CA  92563

Joyce Rojas
39975 Millbrook Way, Bldg. 1, Unit B
Murrieta, CA  92563

Pamela Munday
39963 Millbrook Way, Bldg. 2, Unit B
Murrieta, CA  92563

Vincent Lastella
39963 Millbrook Way, Bldg. 2, Unit A
Murrieta, CA  92563

David So
39963 Millbrook Way,  Bldg. 2,  Unit C
Murrieta, CA  92563

Brian Fleming, Jr.
39951 Millbrook Way,  Bldg. 3,  Unit B
Murrieta, CA  92563

William Moore
39951 Millbrook Way,  Bldg. 3,  Unit A
Murrieta, CA  92563

Thomas Lucciarini
39951 Millbrook Way,  Bldg. 3,  Unit C
Murrieta, CA  92563

Nicholas Shelton
39939 Millbrook Way,  Bldg. 4,  Unit B
Murrieta, CA  92563

Joseph Geiger
39939 Millbrook Way,  Bldg. 4,  Unit A
Murrieta, CA  92563

Jennifer Novander
39939 Millbrook Way,  Bldg. 4,  Unit C
Murrieta, CA  92563

Anthony Dunn
39927 Millbrook Way,  Bldg. 5,  Unit C
Murrieta, CA  92563

Anthony Kotner
39927 Millbrook Way,  Bldg. 5,  Unit A
Murrieta, CA  92563

Hurshel Clark
39927 Millbrook Way,  Bldg. 5,  Unit B
Murrieta, CA  92563

Deborah Melchert
39915 Millbrook Way,  Bldg. 6,  Unit A
Murrieta, CA  92563

Marcelino Tagle
39915 Millbrook Way,  Bldg. 6,  Unit C
Murrieta, CA  92563

Khaouli El
39915 Millbrook Way,  Bldg. 6,  Unit B
Murrieta, CA  92563

Debra Shire
39903 Millbrook Way, Bldg. 7, Unit A
Murrieta, CA  92563

Julian Ysais
39903 Millbrook Way, Bldg. 7, Unit B
Murrieta, CA  92563

Cindy Clarke
39903 Millbrook Way, Bldg. 7, Unit C
Murrieta, CA  92563

Aaron Smith
39891 Millbrook Way, Bldg. 8, Unit A
Murrieta, CA  92563

Linda Wills
39891 Millbrook Way, Bldg. 8, Unit C
Murrieta, CA  92563

Linda Morris
39891 Millbrook Way, Bldg. 8, Unit B
Murrieta, CA  92563

Bobbi Freeman
39879 Millbrook Way, Bldg. 9, Unit A
Murrieta, CA  92563

Charles Morrow
39879 Millbrook Way, Bldg. 9, Unit B
Murrieta, CA  92563

Bonnie Kissen
39879 Millbrook Way, Bldg. 9, Unit C
Murrieta, CA  92563

Cheryl Weaver
39867 Millbrook Way, Bldg. 10, Unit C
Murrieta, CA  92563

Kumala Chandra
39867 Millbrook Way, Bldg. 10, Unit B
Murrieta, CA  92563

Matthew Argue
39867 Millbrook Way, Bldg. 10, Unit A
Murrieta, CA  92563

Mark Vogelsang
39855 Millbrook Way, Bldg. 11, Unit A
Murrieta, CA  92563

GYPSUM CONSTRUCTION, INC.

Schedule F – continued

Kristina Martinson
39855 Millbrook Way, Bldg. 11, Unit B
Murrieta, CA  92563

Norma Trujillo
39855 Millbrook Way, Bldg. 11, Unit C
Murrieta, CA  92563

Jaani Durbin
39843 Millbrook Way, Bldg. 12, Unit A
Murrieta, CA  92563

Ricky Ausby
39843 Millbrook Way, Bldg. 12, Unit B
Murrieta, CA  92563

La Meesha Lewis
39843 Millbrook Way, Bldg. 12, Unit C
Murrieta, CA  92563

Jennfier Weigelt
26193 Williams, Bldg. 13, Unit A
Murrieta, CA  92563

Barry Pierce
26193 Williams, Bldg. 13, Unit B
Murrieta, CA  92563

Charmeen Gonzlez
26193 Williams, Bldg. 13, Unit C
Murrieta, CA  92563

Karen Hintze
26190 Williams, Bldg. 14, Unit A
Murrieta, CA  92563

Charles Elkus
26190 Williams, Bldg. 14, Unit C
Murrieta, CA  92563

Steven Geertman
26190 Williams, Bldg. 14, Unit B
Murrieta, CA  92563

Gareth Roberts
26190 Williams, Bldg. 15, Unit A
Murrieta, CA  92563

Kristin Sartore
26178 Williams, Bldg. 15, Unit C
Murrieta, CA  92563

Erin Wallace
26190 Williams, Bldg. 15, Unit B
Murrieta, CA  92563

Angela Vidano Trust
39832 Millbrook, Bldg. 16, Unit A
Murrieta, CA  92563

Hurshel Clark
39832 Millbrook, Bldg. 16, Unit B
Murrieta, CA  92563

Michelle Maneval
39832 Millbrook, Bldg. 16, Unit C
Murrieta, CA  92563

Michael Markille
39848 Millbrook, Bldg. 17, Unit A
Murrieta, CA  92563

Juan Botello
39848 Millbrook, Bldg. 17, Unit B
Murrieta, CA  92563

Charles Elkus
39848 Millbrook, Bldg. 17, Unit C
Murrieta, CA  92563

Juliet Roberts
39862 Millbrook, Bldg. 18, Unit C
Murrieta, CA  92563

Anton Williams
39862 Millbrook, Bldg. 18, Unit B
Murrieta, CA  92563

Linda Foster
39862 Millbrook, Bldg. 18, Unit A
Murrieta, CA  92563

Avaneesh Bhagat
39908 Millbrook, Bldg. 19, Unit C
Murrieta, CA  92563

William Covert
39908 Millbrook, Bldg. 19, Unit A
Murrieta, CA  92563

Robert Verno
39908 Millbrook, Bldg. 19, Unit B
Murrieta, CA  92563

GYPSUM CONSTRUCTION, INC.                                  Ch. 7 Debtor
Schedule F – continued                                    Page **26** of **121**

Robert Fox
39901 Alpine Union, Bldg. 20, Unit A
Murrieta, CA  92563

Kelly Ohlhauser
39901 Alpine Union, Bldg. 20, Unit B
Murrieta, CA  92563

Wilfried Demisch
39901 Alpine Union, Bldg. 20, Unit C
Murrieta, CA  92563

Charm Fansler
39889 Alpine Union, Bldg. 21, Unit A
Murrieta, CA  92563

James Packer
39889 Alpine Union, Bldg. 21, Unit B
Murrieta, CA  92563

Toren Allen
39889 Alpine Union, Bldg. 21, Unit C
Murrieta, CA  92563

Michelle Broderick
39875 Alpine Union, Bldg. 22, Unit B
Murrieta, CA  92563

Feinetta Pickett
39875 Alpine Union, Bldg. 22, Unit C
Murrieta, CA  92563

Jacqueline Sylvester
39875 Alpine Union, Bldg. 22, Unit A
Murrieta, CA  92563

Thomas Eichert
39863 Alpine Union, Bldg. 23, Unit A
Murrieta, CA  92563

Kelly Kennedy
39863 Alpine Union, Bldg. 23, Unit B
Murrieta, CA  92563

John Power
39863 Alpine Union, Bldg. 23, Unit C
Murrieta, CA  92563

Niel Bryan
26154 Williams Way, Bldg. 24, Unit A
Murrieta, CA  92563

GYPSUM CONSTRUCTION, INC.                                          Ch. 7 Debtor
Schedule F – continued                                            Page **27** of **121**

Luis Botello
26154 Williams Way, Bldg. 24, Unit B
Murrieta, CA  92563

Deborah Weaver
26154 Williams Way, Bldg. 24, Unit C
Murrieta, CA  92563

Evans Nieder
26142 Williams Way, Bldg. 25, Unit A
Murrieta, CA  92563

Raymond Edwards
26142 Williams Way, Bldg. 25, Unit B
Murrieta, CA  92563

Ernesto Guadarama
26142 Williams Way, Bldg. 25, Unit C
Murrieta, CA  92563

Robert Vrieling
26137 Oakcreek Union, Bldg. 26, Unit A
Murrieta, CA  92563

Jason Williams
26137 Oakcreek Union, Bldg. 26, Unit B
Murrieta, CA  92563

Jowid Miazada
26137 Oakcreek Union, Bldg. 26, Unit C
Murrieta, CA  92563

Benny Phan
39741 Columbia Union, Bldg. 27, Unit A
Murrieta, CA  92563

Heather Murphy
39741 Columbia Union, Bldg. 27, Unit C
Murrieta, CA  92563

Cristina Dorsey
39741 Columbia Union, Bldg. 27, Unit B
Murrieta, CA  92563

Jeremy Forshay
39723 Columbia Union, Bldg. 28, Unit C
Murrieta, CA  92563

Boldon Al Trust
39723 Columbia Union, Bldg. 28, Unit A
Murrieta, CA  92563

Danell Uhrich
39723 Columbia Union, Bldg. 28, Unit B
Murrieta, CA 92563

Richard Whitaker
39717 Columbia Union, Bldg. 29, Unit A
Murrieta, CA 92563

Ronald Hickman
39717 Columbia Union, Bldg. 29, Unit B
Murrieta, CA 92563

Jessica Kreider
39717 Columbia Union, Bldg. 29, Unit C
Murrieta, CA 92563

Bradley Reylek
39699 Columbia Union, Bldg. 30, Unit A
Murrieta, CA 92563

Elijah Green
39699 Columbia Union, Bldg. 30, Unit B
Murrieta, CA 92563

Komal Properties
39699 Columbia Union, Bldg. 30, Unit C
Murrieta, CA 92563

Clyde Johnson
39687 Columbia Union, Bldg. 31, Unit B
Murrieta, CA 92563

Andrea McDaniel
39687 Columbia Union, Bldg. 31, Unit C
Murrieta, CA 92563

Terry Lewis
39687 Columbia Union, Bldg. 31, Unit A
Murrieta, CA 92563

Sergio Barajas
39675 Columbia Union, Bldg. 32, Unit C
Murrieta, CA 92563

Soon Hong
39675 Columbia Union, Bldg. 32, Unit B
Murrieta, CA 92563

Nasser Mecklai
39675 Columbia Union, Bldg. 32, Unit A
Murrieta, CA 92563

Ryan Holm
39659 Columbia Union, Bldg. 33, Unit A
Murrieta, CA  92563

Richard Miyake
39659 Columbia Union, Bldg. 33, Unit B
Murrieta, CA  92563

Carol Henderson
26095 Mayfield, Bldg. 34, Unit A
Murrieta, CA  92563

James Jardin
26095 Mayfield, Bldg. 34, Unit B
Murrieta, CA  92563

John Cabaddu
26095 Mayfield, Bldg. 34, Unit C
Murrieta, CA  92563

Philip Boysen
26107 Mayfield, Bldg. 35, Unit B
Murrieta, CA  92563

Rose Rodriguez
26107 Mayfield, Bldg. 35, Unit C
Murrieta, CA  92563

Margaret Deluca
26107 Mayfield, Bldg. 35, Unit A
Murrieta, CA  92563

Shirley Larsen
39686 Princeton, Bldg. 36, Unit A
Murrieta, CA  92563

Wanda Conley
39686 Princeton, Bldg. 36, Unit C
Murrieta, CA  92563

Peter Martin
39686 Princeton, Bldg. 36, Unit B
Murrieta, CA  92563

Dennis Perez
39692 Princeton, Bldg. 37, Unit A
Murrieta, CA  92563

Claudio Piccino
39692 Princeton, Bldg. 37, Unit B
Murrieta, CA  92563

The Bank of New York
39692 Princeton, Bldg. 37, Unit C
Murrieta, CA  92563

Charles Walker
39710 Princeton, Bldg. 38, Unit B
Murrieta, CA  92563

Jaclyn Fernandez
39710 Princeton, Bldg. 38, Unit A
Murrieta, CA  92563

Donald Miller
39710 Princeton, Bldg. 38, Unit C
Murrieta, CA  92563

Sima Khayatian
39722 Princeton, Bldg. 39, Unit A
Murrieta, CA  92563

Padgett Cameron
39722 Princeton, Bldg. 39, Unit B
Murrieta, CA  92563

Frank Carrasco
39722 Princeton, Bldg. 39, Unit C
Murrieta, CA  92563

Margo Mayorga
39734 Princeton, Bldg. 40, Unit A
Murrieta, CA  92563

Charles Elkus
39734 Princeton, Bldg. 40, Unit C
Murrieta, CA  92563

Major Mallard
39734 Princeton, Bldg. 40, Unit B
Murrieta, CA  92563

William Proctor
36149 Oakcreek Union, Bldg. 41, Unit A
Murrieta, CA  92563

Jim Johns
36149 Oakcreek Union, Bldg. 41, Unit B
Murrieta, CA  92563

Conchita Sapida
36149 Oakcreek Union, Bldg. 41, Unit C
Murrieta, CA  92563

Jeff Coverstone
26125 Oakcreek Union, Bldg. 42, Unit A
Murrieta, CA 92563

Carol Lorocco
26125 Oakcreek Union, Bldg. 42, Unit B
Murrieta, CA 92563

Patrick Perez
26125 Oakcreek Union, Bldg. 42, Unit C
Murrieta, CA 92563

James Schnek
39743 Princeton Way, Bldg. 43, Unit A
Murrieta, CA 92563

James Schnek
39743 Princeton Way, Bldg. 43, Unit A
Murrieta, CA 92563

Gonzalo Botello
39743 Princeton Way, Bldg. 43, Unit B
Murrieta, CA 92563

Charles Elkus
39743 Princeton Way, Bldg. 43, Unit C
Murrieta, CA 92563

William Brighton
39731 Princeton Way, Bldg. 44, Unit A
Murrieta, CA 92563

Michael Krogh
39731 Princeton Way, Bldg. 44, Unit B
Murrieta, CA 92563

Joseph Kossler
39731 Princeton Way, Bldg. 44, Unit C
Murrieta, CA 92563

Alexander Bustamante
39719 Princeton Way, Bldg. 45, Unit A
Murrieta, CA 92563

Nancy Kawalee
39719 Princeton Way, Bldg. 45, Unit B
Murrieta, CA 92563

Ephrium DeJesus
39719 Princeton Way, Bldg. 45, Unit C
Murrieta, CA 92563

Laura Williams
39707 Princeton Way, Bldg. 46, Unit C
Murrieta, CA  92563

Elisabeth Estes
39707 Princeton Way, Bldg. 46, Unit A
Murrieta, CA  92563

T. Theodore
39707 Princeton Way, Bldg. 46, Unit B
Murrieta, CA  92563

Sandra Smolinski
39695 Princeton, Bldg. 47, Unit B
Murrieta, CA  92563

Betty McGee
39695 Princeton, Bldg. 47, Unit C
Murrieta, CA  92563

Daniel Broguiere
39695 Princeton, Bldg. 47, Unit A
Murrieta, CA  92563

Kathleen Cole
39683 Princeton, Bldg. 48, Unit B
Murrieta, CA  92563

Richard Levan
39683 Princeton, Bldg. 48, Unit C
Murrieta, CA  92563

Holly Laprade
39671 Princeton, Bldg. 49, Unit A
Murrieta, CA  92563

Shaun Miller
39671 Princeton, Bldg. 49, Unit C
Murrieta, CA  92563

Timothy Gerik
39668 Princeton, Bldg. 50, Unit C
Murrieta, CA  92563

William Barry
39668 Princeton, Bldg. 50, Unit B
Murrieta, CA  92563

Robert Fox
39668 Princeton, Bldg. 50, Unit A
Murrieta, CA  92563

Pamela Wessels
26092 Mayfield, Bldg. 51, Unit C
Murrieta, CA  92563

Juan Espadas
26092 Mayfield, Bldg. 51, Unit B
Murrieta, CA  92563

Darren Pritchard
26092 Mayfield, Bldg. 51, Unit A
Murrieta, CA  92563

Joseph Szitta
26080 Mayfield, Bldg. 52, Unit C
Murrieta, CA  92563

Robin Pratt
26080 Mayfield, Bldg. 52, Unit B
Murrieta, CA  92563

Katherine Doyle
26080 Mayfield, Bldg. 52, Unit A
Murrieta, CA  92563

Dana Gravette
39635 Columbia Union, Bldg. 53, Unit A
Murrieta, CA  92563

Lizbeth Fogleman
39635 Columbia Union, Bldg. 53, Unit C
Murrieta, CA  92563

Julianne Matula
39635 Columbia Union, Bldg. 53, Unit B
Murrieta, CA  92563

Jennifer Quezada
39632 Columbia Union, Bldg. 54, Unit A
Murrieta, CA  92563

Jesse Frye
39632 Columbia Union, Bldg. 54, Unit B
Murrieta, CA  92563

Jose Salicrup
39632 Columbia Union, Bldg. 54, Unit C
Murrieta, CA  92563

Roderic Galang
39644 Columbia Union, Bldg. 55, Unit A
Murrieta, CA  92563

Steve Fonda
39644 Columbia Union, Bldg. 55, Unit B
Murrieta, CA 92563

Herminia Munson
39656 Columbia Union, Bldg. 56, Unit C
Murrieta, CA 92563

Anil Pahuja
39656 Columbia Union, Bldg. 56, Unit A
Murrieta, CA 92563

Hector Contreras
39656 Columbia Union, Bldg. 56, Unit B
Murrieta, CA 92563

Nicholas Apffel
39664 Columbia Union, Bldg. 57, Unit C
Murrieta, CA 92563

Tim Casimere
39664 Columbia Union, Bldg. 57, Unit A
Murrieta, CA 92563

Roxanne Thomas
39664 Columbia Union, Bldg. 57, Unit B
Murrieta, CA 92563

Samantha Fromstein
39664 Columbia Union, Bldg. 58, Unit B
Murrieta, CA 92563

Patrick Taylor
39678 Columbia Union, Bldg. 58, Unit C
Murrieta, CA 92563

Micah Katke
39678 Columbia Union, Bldg. 58, Unit A
Murrieta, CA 92563

Corey Price
39690 Columbia Union, Bldg. 59, Unit C
Murrieta, CA 92563

Karen Hintze
39690 Columbia Union, Bldg. 59, Unit A
Murrieta, CA 92563

Nasser Meeklai
39690 Columbia Union, Bldg. 59, Unit B
Murrieta, CA 92563

Marnie Olson
39702 Columbia Union, Bldg. 60, Unit A
Murrieta, CA  92563

Deborah Knodel
39702 Columbia Union, Bldg. 60, Unit B
Murrieta, CA  92563

Chris Sanders
39702 Columbia Union, Bldg. 60, Unit C
Murrieta, CA  92563

Laura Lapwood
39714 Columbia Union, Bldg. 61, Unit A
Murrieta, CA  92563

Susan Yakich
39714 Columbia Union, Bldg. 61, Unit B
Murrieta, CA  92563

Roy Leonard
39714 Columbia Union, Bldg. 61, Unit C
Murrieta, CA  92563

Gary Beckman
39726 Columbia Union, Bldg. 62, Unit C
Murrieta, CA  92563

Michael Allen
39726 Columbia Union, Bldg. 62, Unit A
Murrieta, CA  92563

Travis Lavine
39726 Columbia Union, Bldg. 62, Unit B
Murrieta, CA  92563

Michael Mouron
39738 Columbia Union, Bldg. 63, Unit A
Murrieta, CA  92563

Teresa Corsi
39738 Columbia Union, Bldg. 63, Unit C
Murrieta, CA  92563

Theodore Parze
39738 Columbia Union, Bldg. 63, Unit B
Murrieta, CA  92563

Elizabeth Appleby
26128 Oakcreek Union, Bldg. 64, Unit A
Murrieta, CA  92563

Rosasita Padesky
26128 Oakcreek Union, Bldg. 64, Unit B
Murrieta, CA  92563

Michael Toledo
26128 Oakcreek Union, Bldg. 64, Unit C
Murrieta, CA  92563

Jeff Coverstone
26125 Oakcreek Union, Bldg. 65, Unit A
Murrieta, CA  92563

Carol Larocco
26125 Oakcreek Union, Bldg. 65, Unit B
Murrieta, CA  92563

Patrick Perez
26125 Oakcreek Union, Bldg. 65, Unit C
Murrieta, CA  92563

Jamie Maldanado
26130 Williams Way, Bldg. 66, Unit A
Murrieta, CA  92563

Jarod Lippon
26130 Williams Way, Bldg. 66, Unit B
Murrieta, CA  92563

Julie Dicenza
26130 Williams Way, Bldg. 66, Unit C
Murrieta, CA  92563

Timothy Russo
26133 Williams Way, Bldg. 67, Unit A
Murrieta, CA  92563

Felix Santos
26133 Williams Way, Bldg. 67, Unit B
Murrieta, CA  92563

Steven Spatz
26133 Williams Way, Bldg. 67, Unit C
Murrieta, CA  92563

David Paragone
39870 Alpine Union, Bldg. 68, Unit B
Murrieta, CA  92563

Scott  Schaefer
39870 Alpine Union, Bldg. 68, Unit A
Murrieta, CA  92563

Michele O'Brien
39870 Alpine Union, Bldg. 68, Unit C
Murrieta, CA  92563

Dennis Shea
39882 Alpine Union, Bldg. 69, Unit B
Murrieta, CA  92563

Misty Tidd
39882 Alpine Union, Bldg. 69, Unit A
Murrieta, CA  92563

Richard Lemaster
39882 Alpine Union, Bldg. 69, Unit C
Murrieta, CA  92563

Janet Eickoff
39894 Alpine Union, Bldg. 70, Unit C
Murrieta, CA  92563

Barbara Adkins
39894 Alpine Union, Bldg. 70, Unit B
Murrieta, CA  92563

Jean Bellezzo
39894 Alpine Union, Bldg. 70, Unit A
Murrieta, CA  92563

Shawn Kennedy
39906 Alpine Union, Bldg. 71, Unit B
Murrieta, CA  92563

U.S. Bank National
39906 Alpine Union, Bldg. 71, Unit C
Murrieta, CA  92563

Linda Shinkle
39906 Alpine Union, Bldg. 71, Unit A
Murrieta, CA  92563

Elena Plantier
39918 Alpine Union, Bldg. 72, Unit C
Murrieta, CA  92563

Dave Thompson
39918 Alpine Union, Bldg. 72, Unit B
Murrieta, CA  92563

Steven Bragg
39918 Alpine Union, Bldg. 72, Unit A
Murrieta, CA  92563

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                    Page **38** of **121**

Blake Denman
39930 Alpine Union, Bldg. 73, Unit C
Murrieta, CA  92563

Gary Sorley
39930 Alpine Union, Bldg. 73, Unit A
Murrieta, CA  92563

Heidi Blaylock
39930 Alpine Union, Bldg. 73, Unit B
Murrieta, CA  92563

Diane Paramore
39942 Alpine Union, Bldg. 74, Unit A
Murrieta, CA  92563

Raymond Lakoske
39942 Alpine Union, Bldg. 74, Unit B
Murrieta, CA  92563

Ronald Abrams
39942 Alpine Union, Bldg. 74, Unit C
Murrieta, CA  92563

Denise Morat
39954 Millbrook, Bldg. 75, Unit A
Murrieta, CA  92563

Alfredo Miranda
39954 Millbrook, Bldg. 75, Unit B
Murrieta, CA  92563

James Bolton
39954 Millbrook, Bldg. 75, Unit C
Murrieta, CA  92563

Dennis Seyarto
39960 Millbrook, Bldg. 76, Unit C
Murrieta, CA  92563

Marilyn McGeachy
39960 Millbrook, Bldg. 76, Unit A
Murrieta, CA  92563

Darlene Gunkel
39960 Millbrook, Bldg. 76, Unit B
Murrieta, CA  92563

Mark Masterson, Esq.
c/o Labron & Carla Arrick et al.
Milstein, Adelman & Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405

Allison Martin Nelson
c/o KB Home Coastal Inc.
KB Home Greater Los Angeles, Inc.
Newmyer & Dillon
895 Dove St., 5th Floor
Newport Beach, CA  92660

Robert J. Clausen, Esq.
c/o Keith & Ann Ferguson et al.
LAW OFFICE OF ROBERT CLAUSEN, APC
1400 Bristol Street North, Suite 145
Newport Beach, CA  92660

Keith & Ann Ferguson
15239 La Palma Way
Moreno Valley, CA  92555

David Cabrera
27797 Via De La Real
Moreno Valley, CA  92555

Gullermo & Maria Encinas
15459 Adobe Way
Moreno Valley, CA  92555

Wallace & Letty Honer
27779 Ranch Baja
Moreno Valley, CA  92555

Judy Johnson
15332 Adobe Way
Moreno Valley, CA  92555

Jeffrey & Linda Lubben
27870 Via De La Real
Moreno Valley, CA  92555

Ann Mcleish
27880 Via De La Real
Moreno Valley, CA  92555

Adan & Yvonne Palacios
27777 Via De La Real
Moreno Valley, CA  92555

Rafaela & Alfredo Padilla
15289 La Palma Way
Moreno Valley, CA  92555

John & Corazon Rezzetti
15236 Adobe Way
Moreno Valley, CA  92555

David & Lorna Soto
15316 Adobe Way
Moreno Valley, CA  92555

Pacific Century Homes, Inc., et al.
c/o Erin K. Clancy, Esq.
LORBER, GREENFIELD & POLITO, LLP
13985 Stowe Drive
Poway, CA  92064

Warmington Homes California et al
c/o Ronald P. Van, Esq.
CHAPMAN GLUCKSMAN DEAN ROEB & BARGER
11900 West Olympic Blvd., Suite 800
Los Angeles, CA  90064-0704

Warmington Carousel Associates, LLP
c/o Ronald P. Van, Esq.
CHAPMAN GLUCKSMAN DEAN ROEB & BARGER
11900 West Olympic Blvd., Suite 800
Los Angeles, CA  90064-0704

Warmington Citrus Ranch, LLC
c/o Ronald P. Van, Esq.
CHAPMAN GLUCKSMAN DEAN ROEB & BARGER
11900 West Olympic Blvd., Suite 800
Los Angeles, CA  90064-0704

Promise & Porscha Lumati, et al.
c/o Anneke J. Stewart, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405

Promise & Porscha Lumati
7144 Midnight Rose Circle
Corona, CA  92880

Luis Baez
13281 Wooden Gate Way
Corona, CA  92880

Harold & Jennetta Baker
13366 Wagon Creek Way
Corona, CA  92880

George & Shelita Bateman
13255 Cool Meadow Drive
Corona, CA  92880

GYPSUM CONSTRUCTION, INC.

Schedule F – continued

Valerie P. & Gerald L. Bryant
7344 Country Fair Drive
Corona, CA  92880

Carolee Cannaday
13227 Chariot Rd.
Corona, CA  92880

Evangeline Carlos
13292 Cool Meadow Dr.
Corona, CA  92880

Sean Chung
13282 Cool Meadow Dr.
Corona, CA  92880

Enrique Cisneros
7414 Country Fair Dr.
Corona, CA  92880

Wilynn & Vernica Clinkscales
13311 Wooden Gate Way
Corona, CA  92880

Ayodele Davis
7247 Midnight Rose Cir.
Corona, CA  92880

John & Christina Entsuah
13370 Clear Canyon Ct.
Corona, CA  92880

Henry & Maria Escobar
13391 Wooden Gate Way
Corona, CA  92880

Angel Garcia
7124 Midnight Rose Cir.
Corona, CA  92880

Christopher & Ceclia Gentner
13353 Clear Canyon Ct.
Corona, CA  92880

Gonzalo Hernandez
7236 Canopy Lane
Corona, CA  92880

GYPSUM CONSTRUCTION, INC.                                          Ch. 7 Debtor
Schedule F – continued

Melvin & Janet Johnson
7314 Country Fair Dr.
Corona, CA  92880

Ernesto & Brenda Martinez
7364 Country Fair Dr.
Corona, CA  92880

Dwight McDaniel
13379 Wagon Creek Way
Corona, CA  92880

Rudy & Marlene Monge
7397 Country Fair Dr.
Corona, CA  92880

Cesar & Yvette Morales
13246 Wagon Creek Way
Corona, CA  92880

Ronald & Teri Pereira
13251 Wooden Gate Way
Corona, CA  92880

Rigoberto & Marina Pulida
13278 Wooden Gate Way
Corona, CA  92880

Rosa L. Romero
7327 Country Fair Dr.
Corona, CA  92880

Urbano & Josefina Sanchez
7357 Country Fair Dr.
Corona, CA  92880

Umesh & Hemkala Sha
13248 Wooden Gate Way
Corona, CA  92880

Annie Vasquez
13285 Cool Meadow Dr.
Corona, CA  92880

Lodis & Lanish Woodmore
13218 Wooden Gate Way
Corona, CA  92880

Fernando & Kimberly Wright
13309 Wagon Creek Way
Corona, CA  92880

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                    Page **43** of **121**

George Tillman & Kenya Myles
7254 Midnight Rose Cir.
Corona, CA  92880

Hazel A. Lewis & Mario Mitchell
7207 Midnight Rose Cir.
Corona, CA  92880

Hector Garcia & Cindy Watkins
13379 Glen Echo Ct.
Corona, CA  92880

Herman Kater & Lakisha Simpson
13252 Brass Ring Lane
Corona, CA  92880

Jorge Mora & Maria Del Rosio Mora
13356 Wagon Creek Way
Corona, CA  92880

Lajetta Wright-Shipp & Daniel Shipp
7488 Forest Wood St.
Corona, CA  92880

Leticia Morales & Rudy Lara
13282 Brass Ring Lane
Corona, CA  92880

Michael Gonzales & Maritza Baez
13300 Clear Canyon Ct.
Corona, CA  92880

Yi Yang Wu & Ying Ma
13271 Wooden Gate Way
Corona, CA  92880

Mario Camacho
13275 Brass Ring Lane
Corona, CA  92880

Randy & Jennifer Bayona
7114 Midnight Rose Cir.
Corona, CA  92880

Damon & Elizabeth Woodland
39272 Via Belleza
Murrieta, CA  92563

Rick & Deborah Aleksak
39270 Sierra La Vida
Murrieta, CA  92563

GYPSUM CONSTRUCTION, INC.

Schedule F – continued

Yvette Cullinan
39290 Via Belleza
Murrieta, CA  92563

Thomas & Jeanne Faught
39261 Sierra La Vida
Murrieta, CA  92563

William & Sandra Riley
27288 Sierra Madre
Murrieta, CA  92563

Jose & Juana Villegas
27381 Sierra Madre
Murrieta, CA  92563

Miguel Villegas
27393 Sierra Madre
Murrieta, CA  92563

Steven & Gretchen Young
27351 Sierra Madre
Murrieta, CA  92563

Tanamera Homes & Resort Communities
c/o Richard E. Buck, Esq.
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, CA  92626-1977

Fred M., Jr. & MaryAnn Acuna
13270 Crossroads Ct.
Victorville, CA  92392

Ruben A. & Silvia Aguirre
12598 Table Rock Ln.
Victorville, CA  92392

Teresa Ahuero
12430 Blazing Star Ln.
Victorville, CA  92392

William E. & Margarita Almeida
12257 Papoose Way
Victorville, CA  92392

Billye J. Ballenger
13139 Four Hills Way
Victorville, CA  92392

Elizabeth Barrer & Jimmy Avila
13221 Four Hills Way
Victorville, CA  92392

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued

Ronald T. & Barbara Bonner
12990 Blair Street
Victorville, CA  92392

Thomas & Kathy Bratz
122788 Bay Summit Way
Victorville, CA  92392

Darrin & Traci Brennan
13155 Banning Street
Victorville, CA  92392

David E. & Tina Christopher
12240 Woodhollow St.
Victorville, CA  92392

Darrel Brown
12434 Firefly Way
Victorville, CA  92392

Griselda L. Buckner
13122 Banning St.
Victorville, CA  92392

Juergen G. Buescher
12640 Hartfield St.
Victorville, CA  92392

Rolando Pateo & Mariett Bugayong
13166 Four Hills Way
Victorville, CA  92392

Yvonne C. Camargo
12402 Firefly Way
Victorville, CA  92392

Gregory R. & Maureen Casian
12783 Brookdale St.
Victorville, CA  92392

Hector & Ursula J. Cervantes
12410 Alcom Dr.
Victorville, CA  92392

Samuel, Jr. & Kim Champion
12281 Woodhollow St.
Victorville, CA  92392

Robert & Regina Chester
13080 Banning Street
Victorville, CA  92392

Joe Chubb
13050 Banning Street
Victorville, CA  92392

Melissa K. & Darrin Clenney
12846 Berrydale St.
Victorville, CA  92392

Mark & Christina Cofield
12811 Fencerider Way
Victorville, CA  92392

Dante & Magdalena Constantino
12303 Sunglow Ct.
Victorville, CA  92392

Robert & Denise Coromina
12789 Boeing Ct.
Victorville, CA  92392

Herbert B. & Blanca M. Crawford
12604 Sunglow Lane
Victorville, CA  92392

Dwayne Davis
12875 Berrydale Street
Victorville, CA  92392

James W. & Christine Y. Davis
12671 Westway
Victorville, CA  92392

Bill & Theresa Day
13050 Beachview Ct.
Victorville, CA  92392

Zhuowei Yu and Dang Dong Liu
13050 Beachview Ct.
Victorville, CA  92392

Christopher & Loma Denkers
13214 Four Hills Way
Victorville, CA  92392

Stephen M. & Michelle Dente
12648 Table Rock Lane
Victorville, CA  92392

April Dhawan
13141 Freeport Drive.
Victorville, CA  92392

Arlyn A. Dillabough
12747 Fair Glen Dr.
Victorville, CA  92392

Kimk Hanh C. Do
12451 Antelope Drive
Victorville, CA  92392

Chuong Duc Do
12451 Antelope Drive
Victorville, CA  92392

Lisa Doakes
12248 Chacoma Way
Victorville, CA  92392

Wendell K. & Mary A. Donley
12638 Table Rock Lane
Victorville, CA  92392

Darren & Lora Downhour
12675 Sunglow Lane
Victorville, CA  92392

Donald M. & Linda L. Dunlap
12270 Primavera Way
Victorville, CA  92392

Jeffrey R. Durante
12641 Sunglow Lane
Victorville, CA  92392

Carollyne Dzurko
12366 Blazing Star Lane
Victorville, CA  92392

Dorien S. & Lakieta L. Emanuel
12423 Antelope Drive
Victorville, CA  92392

Lorenzo DVA & Carmen Y. Esparza
13219 Crossroads Ct.
Victorville, CA  92392

Jesus & Alma Felix
12551 Sunglow Lane
Victorville, CA  92392

John Flores
12748 Fair Glen Drive
Victorville, CA  92392

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued

Andre & Beverly A. Ford
13260 Crossroads Ct.
Victorville, CA 92392

Victor & Maria Francisca Franco
12321 Primavera Way
Victorville, CA 92392

Nancy J. Gaines
13280 Crossroads Ct.
Victorville, CA 92392

Roger Gilchrist
12400 Blazing Star Lane
Victorville, CA 92392

Robert & Memory Gonzales
12858 Antelope Lane
Victorville, CA 92392

Donald John Goodvich, III
Aleah D. Jameson
12890 Antelope Lane
Victorville, CA 92392

Shawn & Sonya Green
12930 Blair Street
Victorville, CA 92392

Sandra P. & Michael L. Griggs
12596 Sunglow Lane
Victorville, CA 92392

Hernesto Gudino
12731 Bellrose Ct.
Victorville, CA 92392

Debra A. Harper
12239 Woodhollow St.
Victorville, CA 92392

Fred D. & Priscilla Hayes
12650 Hartfield St.
Victorville, CA 92392

Dan & Kathleen Henson
12277 Papoose Way
Victorville, CA 92392

Clara Heredia
12224 Primavera Way
Victorville, CA 92392

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                      Page **49** of **121**

Ruben V., Jr. & Aurora Hernandez
13119 Four Hills Way
Victorville, CA  92392

Jean E., Huff Sr. & Linda L. Scott
12593 Sunglow Lane
Victorville, CA  92392

Keevan W. & Beverly A. Humphrey
12682 Fair Glen Dr.
Victorville, CA  92392

Reginald K. Isaac
13160 Banning St.
Victorville, CA  92392

Leobardo Jimenez
13290 Crossroads Ct.
Victorville, CA  92392

Robert F. & Jimmie L. Johnson
12940 Blair Street
Victorville, CA  92392

Casey Jones
13102 Banning Street
Victorville, CA  92392

Donny W. & Jacqueline M. Jones
13236 Four Hills Way
Victorville, CA  92392

Ernest & Debra Jones
12261 Chacoma Way
Victorville, CA  92392

Michael J. & Kathy S. Julian
13081 Banning  St.
Victorville, CA  92392

Kenny Kidd & Mei Hardin
12805 Bootridge Lane
Victorville, CA  92392

Shelia Marie Kraft
13045 Deep Water St.
Victorville, CA  92392

J. J. Leann
12834 Berrydale St.
Victorville, CA  92392

GYPSUM CONSTRUCTION, INC.
Schedule F – continued

David Lee & Raeanne LaCasse
12770 Bellrose Ct.
Victorville, CA  92392

Neri D. LaBoca
12552 Westway
Victorville, CA  92392

Georgine Lacy
13243 Crossroads Ct.
Victorville, CA  92392

William G. & Laura A. Lamas
13167 Freeport Dr.
Victorville, CA  92392

Charlie & Melinda J. Lapham
12564 Westway
Victorville, CA  92392

Gregory & Gail Laplante
12970 Blair Street
Victorville, CA  92392

Edward H. & Lena B. Leask
13132 Banning Street
Victorville, CA  92392

Brad & Teresa Letner
12776 Fencerider Way
Victorville, CA  92392

Keith A. & Jennie M. Lewis
12291 Woodhollow St.
Victorville, CA  92392

Juan & Ana Maria Luevano
12219 Chacoma Way
Victorville, CA  92392

Monica D. Mangham
13186 Bassett Drive
Victorville, CA  92392

Thomas J. & Connie D. Mannon
12910 Blair Street
Victorville, CA  92392

Herbert P. Marchtaler
13060 Banning Street
Victorville, CA  92392

Jesse & Esther C. Marinelarena
12701 Fair Glen Dr.
Victorville, CA  92392

Linda G. & Damien J. McLaurin
13150 Banning Street
Victorville, CA  92392

William M. Mead
12670 Table Rock Lane
Victorville, CA  92392

Danny Mendoza
13030 Deep Water Street
Victorville, CA  92392

Rene & Martha E. Meneses
12630 Fern Meadow St.
Victorville, CA  92392

Delores Miller
12296 Papoose Way
Victorville, CA  92392

Teodoro L. & Josefina E. Mojica
12950 Blair Street
Victorville, CA  92392

Peter D. Molina
12828 Brookdale Street
Victorville, CA  92392

Ricardo Montano
12727 Berrydale Street
Victorville, CA  92392

Ricardo & Lisa O. Moran
12604 Westway
Victorville, CA  92392

Jorge & Arely Moreno
12692 Fair Glen Dr.
Victorville, CA  92392

Maria D. Moreno
12759 Fair Glen Dr.
Victorville, CA  92392

Heather L. & Ray D. Morgan
12609 Westway
Victorville, CA  92392

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                      Page **52** of **121**

Nathan D. & Sue A. Morgan
12342 Blazing Star Lane
Victorville, CA  92392

Debra J. Morreira
12880 Antelope Lane
Victorville, CA  92392

Alton R. Norman
12727 Fair Glen Drive
Victorville, CA  92392

Raed Odeh
12671 Fair Glen Drive
Victorville, CA  92392

Charlie & Daisy Orca
13249 Bassett Drive
Victorville, CA  92392

Carlos & Silva Ortiz
12776 Bay Summit Way
Victorville, CA  92392

Esitimoa David & Anja A. Otuafi
13061 Everglade Ct.
Victorville, CA  92392

Omar Perez
12653 Table Rock Ln.
Victorville, CA  92392

Drochell Pierce
13140 Banning St.
Victorville, CA  92392

Frank Romero
12648 Sunglow Lane
Victorville, CA  92392

Mukhtyarali F. & Fatamabib Saiyad
12835 Berrydale St.
Victorville, CA  92392

Candelaria Sanchez
12467 Luna Road
Victorville, CA  92392

Jassmyn Sarita Sanchez
12411 Luna Road
Victorville, CA  92392

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                       Page **53** of **121**

Martha Sanchez
12771 Berrydale St.
Victorville, CA  92392

Earl & Flora L. Sanders
13141 Banning Street
Victorville, CA  92392

Kevin L. & Martha L. Sasser
12620 Fern Meadow St.
Victorville, CA  92392

Martin Segura
13010 Banning Street
Victorville, CA  92392

Deniece Selvin
12290 Chacoma Way
Victorville, CA  92392

John C. Serrato
12285 Primavera Way
Victorville, CA  92392

Douglas & Theresa Shackelford
12771 Fair Glen Drive
Victorville, CA  92392

Juniel & Luningning M. Sirr-Stephen
12731 Boeing Ct.
Victorville, CA  92392

Christopher C. & Cheri M. Slocumb
13019 Deep Water St.
Victorville, CA  92392

Norm D. & Deborah J. Smilden
12454 Alcorn Drive
Victorville, CA  92392

Karisse Nicole Sparks
12440 Firefly Way
Victorville, CA  92392

Lucille Spencer
12685 Sunglow Lane
Victorville, CA  92392

Nancy Kathleen
12851 Brookdale St.
Victorville, CA  92392

GYPSUM CONSTRUCTION, INC.
Schedule F – continued

Robert Stinemates
12659 Westway
Victorville, CA  92392

Robert S. & Cathy M. Stone
12641 Luna Road
Victorville, CA  92392

Cecilia Taylor
12271 Chacoma Way
Victorville, CA  92392

Michael A.  & Michele R.  Toombs
12300 Chacoma Way
Victorville, CA  92392

Alejandro N. & Irma M. Torres
12210 Primavera Way
Victorville, CA  92392

Romelia Urias
12252 Brynwood St.
Victorville, CA  92392

Ramon A. & Rosa E. Valencia
12743 Boeing Ct.
Victorville, CA  92392

Carlos Velasquez, Sr.
12209 Chacoma Way
Victorville, CA  92392

Steven & Diana Venegas
13125 Banning Street
Victorville, CA  92392

Villagomez
12874 Fencerider Way
Victorville, CA  92392

James C. & Michelle D. Walker
12577 Westway
Victorville, CA  92392

Blanch E. & Dawn L. Watkins
12304 Sunglow Ct.
Victorville, CA  92392

Steven D. & Maria Weatherbie
12588 Table Rock Lane
Victorville, CA  92392

Patricia J. & Glenn S. Westenberg
13020 Banning Street
Victorville, CA  92392

James D. & Letha M. Westmoreland
12784 Berrydale St.
Victorville, CA  92392

Glenn R. & Tatiana A. Young
12764 Bay Summit Way
Victorville, CA  92392

Israel E. Garcia, Esq.
c/o David Hammer, et al.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405

Greystone Homes, Inc. & Lennar Sales Co
c/o Michael J. Pepek, Esq.
GREEN & HALL, P.C.
1851 East First Street, 10th Floor
Santa Ana, CA  92705-4052

Barratta Residence
39769 Chambray
Murrieta, CA  92563

Olsen Residence
39810 Monarch
Murrieta, CA  92563

Staffiero Residence
39810 Monarch
Murrieta, CA  92563

Hector & Christina Gacia
26212 Heritage Union Lane
Murrieta, CA  92563

Lynn Marie Hornecker
26227 Heritage Union Lane
Murrieta, CA  92563

John G. & Johana Ovalle
26207 Heritage Union Lane
Murrieta, CA  92563

Manny Ruiz
26185 Monticello Way
Murrieta, CA  92563

Justin & Amy Hodge
39722 Sherwood Union Lane
Murrieta, CA  92563

Jonathan & Amanda Will
39730 Monarch Dr.
Murrieta, CA  92563

Steven S. Wang, Esq.
c/o KB Home Coastal, Inc. et al.
Newmeyer & Dillon, LLP
895 Dove Street, 5th Floor
Newport Beach, CA  92680

Fred M. Adelman, Esq.
c/o Anthony Coco, et al.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405

Anthony Coco
3026 Hawthorne Rd.
Perris, CA  92571

Enrique Yanez Gonzalez & Silva Prieto
1914 Caltha Way
Perris, CA  92571

Peter Madrid & Michael Rahlwes
3077 Barn Owl Dr.
Perris, CA  92571

Wade & Lindy Addington
4075 Cayenne Way
Perris, CA  92571

Doroteo & Maria Aguirre
3054 Bearberry Ct.
Perris, CA  92571

Brenda Ale
1171 Harrier St.
Perris, CA  92571

Cristina & Armando Anaya
3799 Bryony Ct.
Perris, CA  92571

Maria Angulo
627 Gloriosa Ave.
Perris, CA  92571

Joseier & Marivic Aquino
3070 Jacinta Dr.
Perris, CA  92571

Luis Arredondo
628 Botan St.
Perris, CA  92571

Narciso & Patricia Avila
1442 Sunflower
Perris, CA  92571

Rafael & Bertha Avila
1247 Indigo Way
Perris, CA  92571

Hector & Michelle Barba
3101 Barn Owl Dr.
Perris, CA  92571

Alfredo Bautista
3063 Jacinta Dr.
Perris, CA  92571

Juanita Baylor
1895 Caltha Way
Perris, CA  92571

Howard & Jeannie Blanton
3227 Verbena Ct.
Perris, CA  92571

Orlando Bonilla
1068 Marigold Dr.
Perris, CA  92571

Erica Bryant
1530 Buttonbush Ln.
Perris, CA  92571

Jessie Capos
1067 Marigold Dr.
Perris, CA  92571

Miguel & Blanca Carrillo
3685 Garland St.
Perris, CA  92571

Christopher Carson
1504 Strawberry Dr.
Perris, CA  92571

Jason & Cindi Carvo
1453 Strawberry Dr.
Perris, CA  92571

Yasser Chaudhri
3080 Blue Cascade Dr.
Perris, CA  92571

Miguel & Rachel Chavez
1104 Harrier St.
Perris, CA  92571

Orlando Chavez
3060 Bearberry Ct.
Perris, CA  92571

Virginia Cheney
607 Botan St.
Perris, CA  92571

Steven & Diva Courll
3016 Saffron Ct.
Perris, CA  92571

Mark & Connie Diaz
1487 Whiteoak Dr.
Perris, CA  92571

Martin Diaz
3022 Wollyleaf Ct.
Perris, CA  92571

Tony & Ruth Dobson
3075 Avalon Pkwy
Perris, CA  92571

Jose & Evangelina Esqueda
3048 Avishan Dr.
Perris, CA  92571

Francis & Carlos Esquivel
3692 Veronica Ave.
Perris, CA  92571

Sean Feinberg
3770 Veronica Ave.
Perris, CA  92571

Aaron Fernandez
3050 Hawthorne Rd.
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                      Page **59** of **121**

Brad & Maria Ferris
520 Blackberry Dr.
Perris, CA  92571

Sylvester & nancy Finney
1605 Strawberry Dr.
Perris, CA  92571

Nicolas & Francisco Galaviz
3012 Clapper St.
Perris, CA  92571

Marco & Maricela Gallegos
3022 Hawthorne Rd.
Perris, CA  92571

Iginio Garcia
3422 Brook St.
Perris, CA  92571

Margaret Garcia
3766 Hazel Dr.
Perris, CA  92571

Matthew Gelumbus
590 Amaranta Ave.
Perris, CA  92571

William & Joanne Ghazi
1541 Marigold Dr.
Perris, CA  92571

Nirmal Ghimire
3179 Waxing Lane
Perris, CA  92571

Raquel Gil
3637 Freesia St.
Perris, CA  92571

Twylia Gill
531 Gloriosa Ave.
Perris, CA  92571

Yvette Glenn
3060 Bradley Rd.
Perris, CA  92571

Santos & Maria Gonzalez
523 Gloriosa Ave.
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.

Schedule F – continued

Mary Gravett
1054 Kestrel Gate
Perris, CA  92571

Christopher Green
3755 Hazel Dr.
Perris, CA  92571

Daniele Gutierrez
3749 Veronica Ave.
Perris, CA  92571

Steve Guzman
1147 Bluestem Ave.
Perris, CA  92571

Monique Hall
3679 Cherisa St.
Perris, CA  92571

Xia Hands
1514 Marigold Dr.
Perris, CA  92571

John & Loribelle Harrington
3735 Solandra St.
Perris, CA  92571

Debra Harris
3731 Hazel Dr.
Perris, CA  92571

Van & Annie Harris
3010 Saffron Ct.
Perris, CA  92571

Kalcus & Teresa Harry
1480 Strawberry Dr.
Perris, CA  92571

Albert Hayes
3605 Ginger St.
Perris, CA  92571

Abraham Henriquez
3727 Hazel Dr.
Perris, CA  92571

Kristy Henson
1150 Alderwood Dr.
Perris, CA  92571

Alejandro Hernandez
2040 Caltha Way
Perris, CA  92571

Simone Hill
3620 Ginger St.
Perris, CA  92571

Teresa Jackson
3046 Jacinta Dr.
Perris, CA  92571

Francisco & Lidia Jaramillo
625 Amaranta Ave.
Perris, CA  92571

Andre Javier
3054 Jacinta Dr.
Perris, CA  92571

Christopher & Valerie Jensen
3085 Hawthorne Rd.
Perris, CA  92571

Phillina Jones
3383 Milkweed Ln.
Perris, CA  92571

Josh Kashima
3619 Freesia St.
Perris, CA  92571

Michael Kelada
2954 Barn Owl Dr.
Perris, CA  92571

Huy Van Le
3383 Viola Ct.
Perris, CA  92571

Ramon Leon
3070 Hawthorne Rd.
Perris, CA  92571

Carl & Gladys Lind
3081 Bearberry Ct.
Perris, CA  92571

Augustina Lopez
3089 Blue Cascade Dr.
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                      Page **62** of **121**

Kenneth & Karen Lorow
3075 Avishan Dr.
Perris, CA  92571

Michael Lyons
5040 Botan St.
Perris, CA  92571

Lazaro & Carmen Madrigal
3593 Heartland Ct.
Perris, CA  92571

Karen Main
891 Towhee Ln.
Perris, CA  92571

Oscar Mancillas
3070 Snowdrop Ct.
Perris, CA  92571

Francisca & Rolando Mariano
3093 Bearberry Ct.
Perris, CA  92571

Joshua & Kimberly Marshall
3053 Hawthorne Rd.
Perris, CA  92571

Tiffany Martin-Carrasco
1051 Harrier St.
Perris, CA  92571

Jorge Martinez
1036 Marigold Dr.
Perris, CA  92571

Sonia Martinez
1036 Marigold Dr.
Perris, CA  92571

Rachelle McCarty
3557 Riverwalk Ct.
Perris, CA  92571

Shannine McConnell
3079 Mallow Ct.
Perris, CA  92571

Mario & Adrianna Mercado
710 Gloriosa Ave.
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.
Schedule F – continued

Orlando Mercado
3045 Hawthorne Rd.
Perris, CA  92571

Luis & Ofelia Mesa
1551 Peppermint Dr.
Perris, CA  92571

Anri Meza
1006 Whimbrel Way
Perris, CA  92571

Raul Meza
3701 Veronica Ave.
Perris, CA  92571

Tyari Milton
3066 Cayenne Way
Perris, CA  92571

Jeremy Montes
3771 Hazel Dr.
Perris, CA  92571

Juan Montes
3079 Jacinta Dr.
Perris, CA  92571

Jennifer Montez
3779 Hazel Dr.
Perris, CA  92571

Karein Morales
1823 Caltha Way
Perris, CA  92571

Roger Nader
3224 Saguaro Lane
Perris, CA  92571

Ronald Newton
881 Curlew St.
Perris, CA  92571

Ismael Nunez
3062 Snowdrop Ct.
Perris, CA  92571

Barbara Nunley
3446 Farm Lane
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.

Ch. 7 Debtor

Schedule F – continued

Michael Ochoa
3059 Avalon Pkwy
Perris, CA  92571

Jacqueline Odell
1035 Whimbrel Way
Perris, CA  92571

Daniel Ortega
3176 Shrike Lane
Perris, CA  92571

Lorenzo & Rosa Ortiz
3434 Turnout Way
Perris, CA  92571

Rigoberto Ortiz
2042 Anise Dr.
Perris, CA  92571

James & Cindy Otwell
596 Botan St.
Perris, CA  92571

Harry Owens
1932 Montanra Lane
Perris, CA  92571

Laurence Padillo
3734 Veronica Ave.
Perris, CA  92571

Robert Parker
1535 Peppermint Dr.
Perris, CA  92571

Jose & Jose Perez
898 Sparrow Way
Perris, CA  92571

Mario Perez
3078 Thrush Way
Perris, CA  92571

Erick Pinell
2935 Sandrouse Lane
Perris, CA  92571

Joseph & Carina Prieto
1001 Curlew St.
Perris, CA  92571

Jose & Stephanie Ramon
3088 Plover Way
Perris, CA 92571

Jose & Stephanie Ramon
3073 Wollyleaf Ct.
Perris, CA 92571

Vincent & Velma Reagan
1520 Whiteoak Dr.
Perris, CA 92571

Gregory & Kimberly Reeder
3755 Veronica Ave.
Perris, CA 92571

Marco Reeder
1148 Marigold Dr.
Perris, CA 92571

Martin Renteria
2968 Tern Place
Perris, CA 92571

Jennifer Reyes
3236 Blossom Dr.
Perris, CA 92571

Gabriel & June Rivas
3722 Veronica Ave.
Perris, CA 92571

Bartolome & Maria Rivera
3722 Veronica Ave.
Perris, CA 92571

Manuel & Aurora Rivero
3019 Cayenne Way
Perris, CA 92571

George Rizkalla
1003 Whimbrel Way
Perris, CA 92571

Alfonso & Ellena Romo
3033 Bradley Rd.
Perris, CA 92571

Roberto & Jovita Rosales
3299 Milk Week Lane
Perris, CA 92571

Andres Rubio
3740 Veronica Ave.
Perris, CA  92571

Jose Sagrero
3074 Snowdrop Ct.
Perris, CA  92571

Bert Salinas
1980 Montanra Ln.
Perris, CA  92571

Leo Sampson
3607 Freesia St.
Perris, CA  92571

Erica & Sharon Santos
3776 Veronica Ave.
Perris, CA  92571

Steven & Crystal Santos
3067 Avalon Pkwy
Perris, CA  92571

Jose & Kenya Saucedo
3077 Blue Cascade Dr.
Perris, CA  92571

Jason Seltzer
3051 Mallow Ct.
Perris, CA  92571

Brian Shafer
3613 Freesia St.
Perris, CA  92571

Manzurel & Khadija Shaheen
644 Botan St.
Perris, CA  92571

George Shehata
3039 Bradley Rd.
Perris, CA  92571

David & Amy Siewart
3062 Jacinta Dr.
Perris, CA  92571

Joseph Smith
3715 Hazel Dr.
Perris, CA  92571

Julian & Maribel Smith
677 Nihal Ct.
Perris, CA  92571

Richard Spence
3125 Barn Owl Dr.
Perris, CA  92571

Michael & Cheryl Stansbury
3006 Hawthorne Rd.
Perris, CA  92571

Emmett Stoker
3004 Saffron Ct.
Perris, CA  92571

Mathias & Abike Tanimojo
3026 Poppy Ct.
Perris, CA  92571

Ricardo Toriche
3160 Shrike Ln
Perris, CA  92571

Jose Torres
971 Whimbrel Way
Perris, CA  92571

Abel Trejo
3133 Barn Owl Dr.
Perris, CA  92571

Miguel & Gloria Urbina
3700 Garland St.
Perris, CA  92571

Alexandra Valvo
1102 Alderwood Dr.
Perris, CA  92571

Roberto & Laura Vanbuskirk
571 Gloriosa Ave.
Perris, CA  92571

Nestor Vargas-Ramirez
3038 Hawthorne Rd.
Perris, CA  92571

Osbaldo Vera
3754 Hazel Dr.
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.                                         Ch. 7 Debtor
Schedule F – continued                                           Page **68** of **121**

Stephen & White Verne
580 Botan St.
Perris, CA  92571

Luis Victorin
813 Limousin St.
Perris, CA  92571

Alexander & Sonia Vieyra
3020 Poppy Ct.
Perris, CA  92571

Henry Viramontes
3046 Snowdrop Ct.
Perris, CA  92571

Tito & Cristeta Vista
3080 Avishan Dr.
Perris, CA  92571

Joe Nathan Wall
3018 Bradley Rd.
Perris, CA  92571

Dion & Veronica White
3656 Ginger St.
Perris, CA  92571

Michael & Sophia Wiggins
3604 Freesia St.
Perris, CA  92571

Christopher Wilson
3071 Blue Cascade
Perris, CA  92571

Eddie Wilson
3084 Mallow Ct.
Perris, CA  92571

Kennita Wingfield
3752 Veronica Ave.
Perris, CA  92571

Boscoe Wood
3086 Blue Cascade
Perris, CA  92571

Epifanio Zendejas
1450 Sunflower Way
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.
Schedule F – continued

Jaime Zermeno
3060 Mallow Ct.
Perris, CA  92571

Moreno Family Trust
3026 Cayenne Way
Perris, CA  92571

Nicholas Alvarez
3024 Bradley Rd.
Perris, CA  92571

Aaron & Laknia Beavers
542 Amaranta Ave.
Perris, CA  92571

Maria Carbajal
1091 Alderwood Dr.
Perris, CA  92571

Yader Cortez
820 Parula St.
Perris, CA  92571

Francis Cruz
643 Gloriosa Ave.
Perris, CA  92571

Denise Davis
3140 Clapper St.
Perris, CA  92571

Ruben Espinosa
3410 Brook St.
Perris, CA  92571

Saul Gallegos
1956 Montanra Ln.
Perris, CA  92571

Farideh Ghasemi
3413 Fieldcrest Ct.
Perris, CA  92571

Osvaldo & Esmeralda Gomez
3344 Ironwood Ct.
Perris, CA  92571

Jose & Iliana Gonzalez
3077 Clapper St.
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.                                        Ch. 7 Debtor
Schedule F – continued

Sana & Shamima Haq
560 Blackberry Dr.
Perris, CA  92571

Deidra Hebert
3691 Cherisa St.
Perris, CA  92571

Evangelina Hernandez
3077 Gazania Dr.
Perris, CA  92571

David & Shavonne Herrera
3787 Bryony Ct.
Perris, CA  92571

Deleshia Horne
619 Gloriosa Ave.
Perris, CA  92571

Imelda Ibarra
3121856 Thrush Way
Perris, CA  92571

Jeremy Johnson
572 Botan St.
Perris, CA  92571

Bernardino & Argelia Juarez
1292 Iris Trail
Perris, CA  92571

Guillermo Lara
3606 Cashmere Cir.
Perris, CA  92571

Rosie Laster
3824 Akina Ave.
Perris, CA  92571

Tomas Leon
3031 Cayenne Way
Perris, CA  92571

Virginia Lizarraras
3044 Clapper St.
Perris, CA  92571

Cristobal Montes
3075 Jacinta Dr.
Perris, CA  92571

Zachery & Janice Mosely
1527 Peppermint Dr.
Perris, CA 92571

Gralon & Darleen Nelson
3081 Goshawk Way
Perris, CA 92571

Neyirys Orozco
3715 Garland St.
Perris, CA 92571

Glenda Pinto
3494 Brook St.
Perris, CA 92571

Susan & Adrian Reyes
599 Botan St.
Perris, CA 92571

Randy & Shauna Riggs
3066 Jacinta Dr.
Perris, CA 92571

Eduardo & Nenmi Rivers
3215 El Nido Ave.
Perris, CA 92571

Maria Rodriguez
2988 Clapper St.
Perris, CA 92571

Victor & Josefin Rodriguez
3035 Avishan Dr.
Perris, CA 92571

Enrique Rojas
3890 Akina Ave.
Perris, CA 92571

Kristen Shook
3851 Akina Ave.
Perris, CA 92571

Eddy Silva
3132 Goshawk Way
Perris, CA 92571

Cheri Southern
914 Sparrow Way
Perris, CA 92571

Tami Stanfield
3737 Veronica Ave.
Perris, CA  92571

Reinder & Terry Vanderwerff
1051 Alderwood Dr.
Perris, CA  92571

Alljeamiell Velasquez
3368 Ironwood Ct.
Perris, CA  92571

Dat Vo
3723 Hazel Dr.
Perris, CA  92571

Darlene Ward
1576 Strawberry Dr.
Perris, CA  92571

Debbie Sunstrong, et al.
c/o Israel E. Garcia, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405

Daniel Gonzalez Chavez
Crystal Gonzalez
31145 Ensemble Dr.
Menifee, CA  92584

John Abdalla
25230 Stepping Stone Cir.
Menifee, CA  92584

Anthony Acaldo
38064 Green Branch St.
Menifee, CA  92584

Joseph, Jr. & Carolyn A. Adragna
29792 Cool Meadow Dr.
Menifee, CA  92584

Lucy & Adolph Ahumada
25303 Red Fern Circle
Menifee, CA  92584

Michael Alarcon
31344 Sherman Rd.
Menifee, CA  92584

Kevin & Renee Barker
27004 Early Dawn Rd.
Menifee, CA  92584

Robert & Reese Bell
27464 Freedom Lane
Menifee, CA  92584

John & Darcy Brumbaugh
29752 Cool Meadow Dr.
Menifee, CA  92584

Elva Carranza
29807 Cool Meadow Dr.
Menifee, CA  92584

Ralph B., II & Nancy D. Clark
27496 Powder Ct.
Menifee, CA  92584

Phillip & Lydia Cohen
31263 Sherman Rd.
Menifee, CA  92584

Stephen & Michelle Clleman
31403 Sherman Rd.
Menifee, CA  92584

Judith K. Curry
30670 Desert Eagle Way
Menifee, CA  92584

Nahid Etezadzadeh
27122 Tosa Lane
Menifee, CA  92584

Timothy N. Fergeson
27425 Freedom Lane
Menifee, CA  92584

James Frank
30785 Young Dove St.
Menifee, CA  92584

Miguel Gomez
31257 Ensemble Dr.
Menifee, CA  92584

Sam T. & Maria M. Gulizia
27455 Basin Ct.
Menifee, CA  92584

GYPSUM CONSTRUCTION, INC.
Schedule F — continued

Matthew & Jill Holion
29762 Cool Meadow Dr.
Menifee, CA  92584

Timothy J. & Deanna L. Kaufman
30911 Laioe St.
Menifee, CA  92584

Timothy & Julie Kuzelka
31324 Ensemble Dr.
Menifee, CA  92584

Frank & Antonia Leonetti
25245 Stepping Stone Cir.
Menifee, CA  92584

James & Cathi Lovett
29720 Morning Breeze Drive
Menifee, CA  92584

Martin & Jeanne Madrigal
27436 Freedom Ln.
Menifee, CA  92584

Linda Marsh
25263 Red Fern Cir.
Menifee, CA  92584

Sean & Trina McCannon
29952 Cool Meadow Dr.
Menifee, CA  92584

Jody Miller
31075 Ensemble Dr.
Menifee, CA  92584

Gilbert Patterson
30845 Young Dove St.
Menifee, CA  92584

Jeffrey & Cynthia Price
31282 Ensemble Dr.
Menifee, CA  92584

Brian T. Rainey
27393 Finale Ct.
Menifee, CA  92584

Edward Rushing
31313 Ensemble Dr.
Menifee, CA  92584

Charles R. & Sharon L. Stoyer
31215 Ensemble Dr.
Menifee, CA  92584

Debbie Sunstrong
31173 Ensemble Dr.
Menifee, CA  92584

Walter J. & Mary T. Torres
31254 Ensemble Dr.
Menifee, CA  92584

Christina Wargin
31386 Sherman Rd.
Menifee, CA  92584

Howard T. & Edna F. Warner
27480 Basin Ct.
Menifee, CA  92584

Louis L. & Tami Young
25256 Shady Creek Cir.
Menifee, CA  92584

Anseimo V. & Teresa A. Correa
29970 Morning Breeze Dr.
Menifee, CA  92584

Pamela D. Gaul
30975 Green Branch St.
Menifee, CA  92584

Steven L. & Diane Keel
31316 Sherman Rd.
Menifee, CA  92584

Ali & Marie P. Rami
27090 August Ave.
Menifee, CA  92584

Woodside Homes, et al.
c/o James G. Lucier, Esq.
Clapp Moroney Bellagamba Vucinich et al
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066

Cell-Crete Corporation
255 Industrial St.
San Marcos, CA 92079-0475

Clear View Window & Doors
P.O. Box 802242
Santa Clarita, CA 9138-2242

Concrete Foundations, Inc.
1623 Industrial Ave.
Norco, CA 92860-2948

Cross State Electric, Inc.
2445 Railroad Street
Corona, CA 9170

CSS Drywall, Inc.
P.O. Box 768
Highland, CA 92346

Fast Flow Concrete Pumping
P.O. Box 2306
Temecula, CA 92595
Fire Sprinkler Systems
1787 Pomona Rd., Ste. D
Corona, CA 92880

Foothill Drywall, Inc.
San Dimas, CA 91773

Gothic Landscape, Inc.
362 Mulberry Dr., Ste. 6
San Marcos, CA 92069

Landscape Development, Inc.
1255 Distribution Way
Vista, CA 92003

Mayer Roofing, Inc.
P.O. Box 462890
Escondido, CA 92046

Pacific Production Plumbing
1584 Pioneer Way
El Cajon, CA 92020

Precise Grade, Inc.
P.O. Box 160
Perris, CA 92572

Preferred Framing, Inc.
c/o James E. Post
9225 Charles Smith Ave.
Rancho Cucamonga, CA 91730

Quality Structures, Inc.
P.O. Box 1493
Temecula, CA 92593

Residential Fire Systems
1045 Armando St., Suite D
Anaheim, CA 92806

Royal Concrete
c/o David Weintraub
27077 5th Street
Highland, CA 92346

SOLTIS and Company
1287 East Ninth Street
Upland, CA 917865-1496

Sun Plumbing Company, Inc.
1584 Pioneer Way
El Cajon, CA 92020

Western Insulation, LP
42121 Latham St.
Riverside, CA 92501

Westfall Construction Company, Inc.
P.O. Box 1550
Wildomar, CA 92595

Greystone Homes, Inc., et al.
c/o William E. Alsnauere, Jr.
GREEN & HALL Attorneys at Law
1851 East First Street, 10th Floor
Santa Ana, CA 92705-4052

Aboretum Community Association
c/o Joseph Kaneda, Esq.
FENTON GRANT MAYFIELD KANEDA & LITT
18101 Von Karman Avenue, Suite 1940
Irvine, CA 92612

Steve Gronlund
26301 Arboretum Way, #101
Murrieta, CA 92563

Vesta Fulmer
26301 Arboretum Way, #102
Murrieta, CA 92563

Douglas & John Ritchey
26301 Arboretum Way, #103
Murrieta, CA 92563

Paul Sellers
26301 Arboretum Way, #104
Murrieta, CA 92563

GYPSUM CONSTRUCTION, INC.

Schedule F – continued

Richard & Blanche Krezemien
26301 Arboretum Way, #105
Murrieta, CA 92563

Daniel Rumoro
26301 Arboretum Way, #106
Murrieta, CA 92563

Michael & Lisa West
26313 Arboretum Way, #201
Murrieta, CA 92563

Ellisa Thexton & Vicki Slater
26313 Arboretum Way, #202
Murrieta, CA 92563

David & Diana Engberson
26313 Arboretum Way, #203
Murrieta, CA 92563

Charles Jr. & Tammy Steinkuehler
26313 Arboretum Way, #204
Murrieta, CA 92563

Ernesto & Miriam Mellado
26313 Arboretum Way, #205
Murrieta, CA 92563

Eric Martini
26313 Arboretum Way, #206
Murrieta, CA 92563

Bryan Avilla
26306 Arboretum Way, #301
Murrieta, CA 92563

James & Viki Bolton
26306 Arboretum Way, #302
Murrieta, CA 92563

Anita Grisby
26306 Arboretum Way, #303
Murrieta, CA 92563

James & Patricia Shafer
26306 Arboretum Way, #304
Murrieta, CA 92563

Gordon & Monica Atherton
26306 Arboretum Way, #305
Murrieta, CA 92563

Garey & Yasmin Harvey
26306 Arboretum Way, #306
Murrieta, CA 92563

Dale & Victoria Sutherland
26367 Arboretum Way, #1201
Murrieta, CA 92563

Dennis & Denise Seyarto
26367 Arboretum Way, #1202
Murrieta, CA 92563

James, Jr. & Deirder Marshall
26367 Arboretum Way, #1203
Murrieta, CA 92563

Linawati Suiu
26367 Arboretum Way, #1204
Murrieta, CA 92563

Carlos Canela & Tricia King
26367 Arboretum Way, #1205
Murrieta, CA 92563

Michael Adams, Sr.
26367 Arboretum Way, #1206
Murrieta, CA 92563

Jody Rumoro
26379 Arboretum Way, #1401
Murrieta, CA 92563

Edward, Georgianne & Jill Bakosh
26379 Arboretum Way, #1402
Murrieta, CA 92563

Carol Maynard
26379 Arboretum Way, #1403
Murrieta, CA 92563

Steve & Karen Hakola
26379 Arboretum Way, #1404
Murrieta, CA 92563

Sarah Mirabile & Daniel Short
26379 Arboretum Way, #1405
Murrieta, CA 92563

Don Napasindayao & Patricia McKee
26379 Arboretum Way, #1406
Murrieta, CA 92563

GYPSUM CONSTRUCTION, INC.
Schedule F – continued

James Cornwall
26391 Arboretum Way, #1501
Murrieta, CA 92563

Greg & Debr Webb
26391 Arboretum Way, #1502
Murrieta, CA 92563

James Hobbs
26391 Arboretum Way, #1503
Murrieta, CA 92563

Elizabeth Savell
26391 Arboretum Way, #1504
Murrieta, CA 92563

Sebastien & Stephanie Tortelli
26391 Arboretum Way, #1505
Murrieta, CA 92563

Jeff Schley
26391 Arboretum Way, #1506
Murrieta, CA 92563

Suzannah Kuhn
26397 Arboretum Way, #1601
Murrieta, CA 92563

Victor Apolos & Oralia De LaGarza
26397 Arboretum Way, #1602
Murrieta, CA 92563

Girishana & Kami Rajaratnam
Karen Hess
26397 Arboretum Way, #1603
Murrieta, CA 92563

John & Edith Duggan
26397 Arboretum Way, #1604
Murrieta, CA 92563

Brian & Roxanne Parker
26397 Arboretum Way, #1605
Murrieta, CA 92563

Melinda Rivadeneria
26397 Arboretum Way, #1606
Murrieta, CA 92563

Kenneth & Maria Collier
26385 Arboretum Way, #1701
Murrieta, CA 92563

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                      Page **81** of **121**

Daniel & Jodi Rumoro
26385 Arboretum Way, #1702
Murrieta, CA 92563

Carolyn, Sisney, Donna & Charles Juarez
26385 Arboretum Way, #1703
Murrieta, CA 92563

Scott Johnson
26385 Arboretum Way, #1704
Murrieta, CA 92563

Jean, Bernard & Nancy Martell
26385 Arboretum Way, #1705
Murrieta, CA 92563

Dwight Henry
26385 Arboretum Way, #1706
Murrieta, CA 92563

Teresa D'Acquisto
26403 Arboretum Way, #2301
Murrieta, CA 92563

Glen & Linda Greenberg
26403Arboretum Way, #2302
Murrieta, CA 92563

Wesley & Marilyn Evans
26403 Arboretum Way, #2303
Murrieta, CA 92563

Gary Bayliss
26403 Arboretum Way, #2304
Murrieta, CA 92563

Paul & April Digiulio
26403 Arboretum Way, #2305
Murrieta, CA 92563

Elmer Wieme & Margaret Merrifield
26403 Arboretum Way, #2306
Murrieta, CA 92563

Matthew Mulalley
26415 Arboretum Way, #2401
Murrieta, CA 92563

Tiffany Anderson
26415 Arboretum Way, #2402
Murrieta, CA 92563

Michael Harp and Family
26415 Arboretum Way, #2403
Murrieta, CA 92563

Joanna Heinrich
26415 Arboretum Way, #2404
Murrieta, CA 92563

Trevor & Brooke Underwood
26415 Arboretum Way, #2405
Murrieta, CA 92563

Robert Tarpinian
26415 Arboretum Way, #2406
Murrieta, CA 92563

Marshall & Theresa Eyerman
26409 Arboretum Way, #2501
Murrieta, CA 92563

Tiffany Smith
26409 Arboretum Way, #2502
Murrieta, CA 92563

Michael Azzurro
26409 Arboretum Way, #2503
Murrieta, CA 92563

Al & Marjorie Tabrizi
26409 Arboretum Way, #2504
Murrieta, CA 92563

David & Leonhart
26409 Arboretum Way, #2505
Murrieta, CA 92563

Ryan Sablan & Jeanne DuQue
26409 Arboretum Way, #2506
Murrieta, CA 92563

Aif & Marylyn Ciriulis
26421 Arboretum Way, #2601
Murrieta, CA 92563

Jeanette Trudell
26421 Arboretum Way, #2602
Murrieta, CA 92563

Frank & Renee Lopez
26421 Arboretum Way, #2603
Murrieta, CA 92563

Michael & Jennifer Halpin
26421 Arboretum Way, #2604
Murrieta, CA 92563

Thomas & Elizabeth McMurdo
26421 Arboretum Way, #2605
Murrieta, CA 92563

Frank Azzurro
26421 Arboretum Way, #2606
Murrieta, CA 92563

Ramon & Carrollyn De La Cruz
26427 Arboretum Way, #2701
Murrieta, CA 92563

George Muniz
26427 Arboretum Way, #2702
Murrieta, CA 92563

Josh Egan
26427 Arboretum Way, #2703
Murrieta, CA 92563

Brent Baker
26427 Arboretum Way, #2704
Murrieta, CA 92563

Deanne Azzurro
26427 Arboretum Way, #2705
Murrieta, CA 92563

John & Nancy Vaillancourt
26427 Arboretum Way, #2706
Murrieta, CA 92563

Cheryl Conner
26433 Arboretum Way, #2801
Murrieta, CA 92563

Kevin & Sapiera De Los Reyes
26433 Arboretum Way, #2802
Murrieta, CA 92563

Rebekah Kase
26433 Arboretum Way, #2803
Murrieta, CA 92563

David & Jennifer Tapie
26433 Arboretum Way, #2804
Murrieta, CA 92563

GYPSUM CONSTRUCTION, INC.                                          Ch. 7 Debtor
Schedule F – continued

Jennifer Yokum
26433 Arboretum Way,  #2805
Murrieta, CA 92563

Cynthia Dean
26433 Arboretum Way,  #2806
Murrieta, CA 92563

Eric Phoenix
26439 Arboretum Way,  #2901
Murrieta, CA 92563

Curtis Cronin
26439 Arboretum Way,  #2902
Murrieta, CA 92563

Richard Cort
26439 Arboretum Way,  #2903
Murrieta, CA 92563

Bryan Hakola and Family
26439 Arboretum Way,  #2904
Murrieta, CA 92563

Victor & Patricia Sheldon
26439 Arboretum Way,  #2905
Murrieta, CA 92563

Vince Rados
26439 Arboretum Way,  #2906
Murrieta, CA 92563

Gordon Sheldon
26445 Arboretum Way,  #3001
Murrieta, CA 92563

James McDonald
26445 Arboretum Way,  #3002
Murrieta, CA 92563

Rene Sitva
26445 Arboretum Way,  #3003
Murrieta, CA 92563

Choong & Eun Park
26445 Arboretum Way,  #3004
Murrieta, CA 92563

Charles & Kimberly Sargeant
26445 Arboretum Way,  #3005
Murrieta, CA 92563

Rhea Aquino
26445 Arboretum Way,   #3006
Murrieta, CA 92563

Ann Martin
26451 Arboretum Way,   #3101
Murrieta, CA 92563

Corey & Randy Jones
26451 Arboretum Way,   #3102
Murrieta, CA 92563

Chandra Gunardi
26451 Arboretum Way,   #3103
Murrieta, CA 92563

Juvien & Jennifer Galzote
26451 Arboretum Way,   #3104
Murrieta, CA 92563

Thomas Richards
26451 Arboretum Way,   #3105
Murrieta, CA 92563

Monty Dosmantes
26451 Arboretum Way,   #3106
Murrieta, CA 92563

Paul & Ricci Rinnander
26457 Arboretum Way,   #3201
Murrieta, CA 92563

Joann Debrose
26457 Arboretum Way,   #3202
Murrieta, CA 92563

Stephen Tempel
26457 Arboretum Way,   #3203
Murrieta, CA 92563

Joseph Knapp
26457 Arboretum Way,   #3204
Murrieta, CA 92563

Thomas Marchionda
26457 Arboretum Way,   #3205
Murrieta, CA 92563

Lynn Lipa
26457 Arboretum Way,   #3206
Murrieta, CA 92563

GYPSUM CONSTRUCTION, INC.
Schedule F – continued

Gregory & Karla Ferrando
26463 Arboretum Way, #3301
Murrieta, CA 92563

Gregory & Karla Ferrando
26463 Arboretum Way, #3302
Murrieta, CA 92563

Devin & Jeffrey Clark
26463 Arboretum Way, #3302
Murrieta, CA 92563

David Oulela
26463 Arboretum Way, #3304
Murrieta, CA 92563

William Gilbert & Jessica Elms
26463 Arboretum Way, #3305
Murrieta, CA 92563

Derrick & Julie d'Ablaing
26463 Arboretum Way, #3306
Murrieta, CA 92563

Michael Bennett & Jaime Smith
26469 Arboretum Way, #3401
Murrieta, CA 92563

Ann Lee Eid
26469 Arboretum Way, #3402
Murrieta, CA 92563

John Heras & Michelle Moran
26469 Arboretum Way, #3403
Murrieta, CA 92563

Silverio & Darlene DiMeglio
26469 Arboretum Way, #3404
Murrieta, CA 92563

Joanne Winfree
26469 Arboretum Way, #3405
Murrieta, CA 92563

James & Liona Pruitt
26469 Arboretum Way, #3406
Murrieta, CA 92563

Terrie Preston
26487 Arboretum Way, #2101
Murrieta, CA 92563

Richie Cook
26487 Arboretum Way, #2102
Murrieta, CA 92563

Thomas & Jacqueline Roney
26487 Arboretum Way, #2103
Murrieta, CA 92563

Raymond Tsai & Chen Yiting
26487 Arboretum Way, #2104
Murrieta, CA 92563

Corienne Gonzales
26487 Arboretum Way, #2105
Murrieta, CA 92563

Ann Lee Eid
26487 Arboretum Way, #2106
Murrieta, CA 92563

Dean Manship
26475 Arboretum Way, #2201
Murrieta, CA 92563

Michele Russell
26475 Arboretum Way, #2202
Murrieta, CA 92563

Stanley Krute
26475 Arboretum Way, #2203
Murrieta, CA 92563

Ramon & Virginia Preciado
26475 Arboretum Way, #2204
Murrieta, CA 92563

Alma Gutierre
26475 Arboretum Way, #2205
Murrieta, CA 92563

Marc Gartman
26475 Arboretum Way, #2206
Murrieta, CA 92563

Zakiya Karp & Cynthia Duviella
26481 Arboretum Way, #2001
Murrieta, CA 92563

Teresa Mantegna & Edward Villa
26481 Arboretum Way, #2002
Murrieta, CA 92563

Derek & Mary Thompson
26481 Arboretum Way, #2003
Murrieta, CA 92563

Aaron & Summer Dobson
26481 Arboretum Way, #2004
Murrieta, CA 92563

Tom Fromherz
26481 Arboretum Way, #2005
Murrieta, CA 92563

Steven & Stephani  Davidson
26481 Arboretum Way, #2006
Murrieta, CA 92563

Benjamin & Katherin Rench
26349 Arboretum Way, #901
Murrieta, CA 92563

Shirlynne Cabling
26349 Arboretum Way, #902
Murrieta, CA 92563

Kimberely Turner
26349 Arboretum Way, #903
Murrieta, CA 92563

The South Pacific District of the C&MA
26349 Arboretum Way, #904
Murrieta, CA 92563

Shalee Lence
26349 Arboretum Way, #905
Murrieta, CA 92563

Caroline Nguyen
26349 Arboretum Way, #906
Murrieta, CA 92563

Fernando & Leticia Bautista
26355 Arboretum Way, #1001
Murrieta, CA 92563

Janet Donnelly
26355 Arboretum Way, #1002
Murrieta, CA 92563

Preston Hanlon
26355 Arboretum Way, #1003
Murrieta, CA 92563

Amy Axene
26355 Arboretum Way,  #1004
Murrieta, CA 92563

Brian Jacoby
26355 Arboretum Way,  #1005
Murrieta, CA 92563

Fernando & Leticia Bautista
26355 Arboretum Way,  #1001
Murrieta, CA 92563

Timothy Daniels
26355 Arboretum Way,  #1006
Murrieta, CA 92563

Dolly Zamora
26361 Arboretum Way,  #1101
Murrieta, CA 92563

Melanie Buffington
26361 Arboretum Way,  #1102
Murrieta, CA 92563

Jan Smith
26361 Arboretum Way,  #1103
Murrieta, CA 92563

Mace & Valerie Lehner
26361 Arboretum Way,  #1104
Murrieta, CA 92563

Elizabeth Bax
26361 Arboretum Way,  #1105
Murrieta, CA 92563

David Fox
26361 Arboretum Way,  #1106
Murrieta, CA 92563

Cary Pyle
26499 Arboretum Way,  #1801
Murrieta, CA 92563

Howard Lacy
26499 Arboretum Way,  #1802
Murrieta, CA 92563

Edward Villa & Nicole Mantega
26499 Arboretum Way,  #1803
Murrieta, CA 92563

Kim Beauchamp
26499 Arboretum Way, #1804
Murrieta, CA 92563

Brian Messenger
26499 Arboretum Way, #1805
Murrieta, CA 92563

Aldrich & Jennifer Amoranto
26499 Arboretum Way, #1806
Murrieta, CA 92563

Christopher & Heather Burleson
26493 Arboretum Way, #1901
Murrieta, CA 92563

David & Diane Vaillancourt
26493 Arboretum Way, #1902
Murrieta, CA 92563

Hilda Gonzales
26493 Arboretum Way, #1903
Murrieta, CA 92563

Viet Hoang
26493 Arboretum Way, #1904
Murrieta, CA 92563

Dora Garcia
26493 Arboretum Way, #1905
Murrieta, CA 92563

James McCusker
26493 Arboretum Way, #1906
Murrieta, CA 92563

Hong & Kieu Baker
26319 Arboretum Way, #401
Murrieta, CA 92563

Brent Evans
26319 Arboretum Way, #402
Murrieta, CA 92563

Carlene Dempster
26319 Arboretum Way, #403
Murrieta, CA 92563

Kimberely Turner
26319 Arboretum Way, #404
Murrieta, CA 92563

John & Joyce Vernali
26319 Arboretum Way,  #405
Murrieta, CA 92563

Thomas Fate
26319 Arboretum Way,  #406
Murrieta, CA 92563

Sun Illian
26373 Arboretum Way,  #1301
Murrieta, CA 92563

Robert Wassmuth & Sarah Danko
26373 Arboretum Way,  #1302
Murrieta, CA 92563

Rocky & Julie Salmon
26373 Arboretum Way,  #1303
Murrieta, CA 92563

David Nethercutt
26373 Arboretum Way,  #1304
Murrieta, CA 92563

Jason Virchis
26373 Arboretum Way,  #1305
Murrieta, CA 92563

Linda Berman
26373 Arboretum Way,  #1306
Murrieta, CA 92563

Marlene & Ramon Meza
26325 Arboretum Way,  #501
Murrieta, CA 92563

Michael Brambilla
26325 Arboretum Way,  #502
Murrieta, CA 92563

Jack Druet
26325 Arboretum Way,  #503
Murrieta, CA 92563

Mark & Jacalyn Futterman
26325 Arboretum Way,  #504
Murrieta, CA 92563

Derrick Schulz & Kristen Kelley
26325 Arboretum Way,  #505
Murrieta, CA 92563

Sharon King
26325 Arboretum Way, #506
Murrieta, CA 92563

Steven Cicerrella
26331 Arboretum Way, #601
Murrieta, CA 92563

Steven & Dawn Adamiak
26331 Arboretum Way, #602
Murrieta, CA 92563

Carrie Otto & Gavin Gibbins
26331 Arboretum Way, #603
Murrieta, CA 92563

Sean & Nichole O'Neill
26331 Arboretum Way, #604
Murrieta, CA 92563

Brian & Julia Ward
26331 Arboretum Way, #605
Murrieta, CA 92563

Jim & Brandi Reams
26331 Arboretum Way, #606
Murrieta, CA 92563

Balz Renggli & Katherine Cannon
26337 Arboretum Way, #701
Murrieta, CA 92563

Jason Daniel
26337 Arboretum Way, #702
Murrieta, CA 92563

Cynthia Hawkins
26337 Arboretum Way, #703
Murrieta, CA 92563

Craig & Kristine Connelly
26337 Arboretum Way, #704
Murrieta, CA 92563

Gail Ewing
26337 Arboretum Way, #705
Murrieta, CA 92563

Kristian Quiocho
26337 Arboretum Way, #706
Murrieta, CA 92563

William & Linda Proctor
26343 Arboretum Way, #801
Murrieta, CA 92563

Sharon Barrett
26343 Arboretum Way, #802
Murrieta, CA 92563

Ricardo & Guadalupe Garcia
26343 Arboretum Way, #803
Murrieta, CA 92563

Gerald & Dolores Baril
26343 Arboretum Way, #804
Murrieta, CA 92563

Mark  & Midion Scheble
26343 Arboretum Way, #805
Murrieta, CA 92563

Linda Willits
26343 Arboretum Way, #806
Murrieta, CA 92563

Pulte Home Corporation, et al.
c/o Edward W. Schmitt, Esq.
KOELLER, NEBEKER, CARLSON & HALUCK
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558

Christopher & Ashlie Snowdale, et al.
c/o Aaron M. Gladstein, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405

Joseph Apodaca & Julie Perez
11766 Highgrove Ct.
Adelanto, CA  92301

Thomas Deligio & Brittney Brewster
11854 Broad Oak Ct.
Adelanto, CA  92301

Placido Baltazar
11818 Desert Glen St.
Adelanto, CA  92301

C. Paul & Janice Casilla
11858 Maywood St.
Adelanto, CA  92301

Jose & Sandra Coronado
11703 Maywood St.
Adelanto, CA  92301

Deanna Garcia
11822 Broad Oak Ct.
Adelanto, CA  92301

Sarah Gray
11860 Maywood St.
Adelanto, CA  92301

Jha'Ron Jha'Sa Jacobs
11780 Cool Water St.
Adelanto, CA  92301

Gonzalo & Raquel Jacquez
11708 Desert Glen St.
Adelanto, CA  92301

Beverly Johnson
11754 Desert Glen St.
Adelanto, CA  92301

Joseph S. & Irmgard Jones
11807 Desert Glen St.
Adelanto, CA  92301

Vera R. Mendoza
11839 Galewood St.
Adelanto, CA  92301

Benjamin Montes Ruiz
11753 Cool Water St.
Adelanto, CA  92301

Brent V. Nevius
11849 Broad Oak Ct.
Adelanto, CA  92301

Lucio R. & Lidia L. Padilla
15951 Fremont St.
Adelanto, CA  92301

Bobby H., Jr. & Michelle Ray
11878 Branch Ct.
Adelanto, CA  92301

Jeremy Rios
11821 Desert Glen St.
Adelanto, CA  92301

GYPSUM CONSTRUCTION, INC.

Schedule F – continued

Guillermo Rosales
11747 Cloverlawn Ct.
Adelanto, CA  92301

Tammy Royal
11708 Maywood St.
Adelanto, CA  92301

Albert, Jr. & Dion Smith
11819 Poppy Rd.
Adelanto, CA  92301

Christopher & Ashlie Snowdale
11762 Galewood St.
Adelanto, CA  92301

Alice Steele
11774 Poppy Rd.
Adelanto, CA  92301

Hugo & Olivia Velasco
11784 Galewood St.
Adelanto, CA  92301

Ronald B. Willis
11767 Cool Water St.
Adelanto, CA  92301

John & Terry Way
11860 Broad Oak Ct.
Adelanto, CA  92301

Mary Clark
11758 Clovertown Ct.
Adelanto, CA  92301

Maria De Avila Cortez
11825 Poppy Rd.
Adelanto, CA  92301

Shawn & Amanda Munden
11828 Maywood St.
Adelanto, CA  92301

GREYSTONE HOMES, INC., et al.
c/o Howard D. Hall, Esq.
GREEN & HALL Attorneys at Law
1851 East First Street, 10th Floor
Santa Ana, CA  92705-4502

Trevis Newport, et al.
c/o Robert J. Clausen, Esq.
LAW OFFICES OF ROBERT CLAUSEN, APC
1400 Bristol Street North, Suite 145
Newport Beach, CA 92660

Trevis Newport
754 Alder Street
Beaumont, CA 92223

Yuan Hui Peng
700 Apsen Glen Lane
Beaumont, CA 92223

Dave Rader
712 Hillview Street
Beaumont, CA 92223

Marshall Shepard
1494 Bluebird Court
Beaumont, CA 92223

Wayne & Jennifer Esquivel
768 Willow Court
Beaumont, CA 92223

Anthony Barnes
741 Aspen Glen Lane
Beaumont, CA 92223

Peggy Crum
6362 Pointe Court
Fontana, CA 92336

David Leng & Pek Han
16160 Pamplona Street
Fontana, CA 92336

Dongpu Li & Xiaoyah Wang
15248 Overlook Lane
Fontana, CA 92336

Jerry Florez & Lyzet Rosado-Florez
5336 Toledo Way
Fontana, CA 92336

Steve & Rose Bailey
16218 Enders St.
Fontana, CA 92336

Timothy Baker
15239 Portico Lane
Fontana, CA 92336

David Berglund
6347 Granite Court
Fontana, CA  92336

Mike & Cynthia Bernal
5355 Madrid Way
Fontana, CA  92336

John & Jenilyn Bituin
16225 Pamplona Street
Fontana, CA  92336

Timothy & Melodee Black
6347 Pointe Court
Fontana, CA  92336

Matthew & Trudy Burson
6218 Skyline Lane
Fontana, CA  92336

Grace & Bruce Carigan
6345 Granite Court
Fontana, CA  92336

Cheri & Jack Cunningham
16203 Pamplona Street
Fontana, CA  92336

David & Elena Dizon
6220 Palladio Lane
Fontana, CA  92336

Cynthia Escobar
6326 Pointe Center
Fontana, CA  92336

Eugene Fabiero
16249 Pointe Court
Fontana, CA  92336

Robert & Tanisha Ferguson
15185 Overlook Place
Fontana, CA  92336

Michael & Teresa Garcia
15273 Overlook Lane
Fontana, CA  92336

Xochilt & Luis Garcia
16257 Pamplona Street
Fontana, CA  92336

GYPSUM CONSTRUCTION, INC.                                   Ch. 7 Debtor
Schedule F – continued                                     Page **98** of **121**

David & Susana Gonzalez
16207 Enders Street
Fontana, CA  92336

Angel & Elizabeth Gonzalez
16269 Pamplona Street
Fontana, CA  92336

Michelle Giffen-Sloat
15263 Overlook Lane
Fontana, CA  92336

Michael & Mayra Hernandez
16266 Enders Street
Fontana, CA  92336

Julio & Maria Juarez
6365 Granite Court
Fontana, CA  92336

Jose & Olga Leyva
5373 Madrid Way
Fontana, CA  92336

Corry & Maria Logan
15208 Overlook Lane
Fontana, CA  92336

Olivia & Victor Lopez
16255 Enders Street
Fontana, CA  92336

Faten Masoud
16176 Pamplona Street
Fontana, CA  92336

Bobby & Tammy Mata
15276 Overlook Lane
Fontana, CA  92336

Barton & Christy McPherson
15219 Pine Bluff Lane
Fontana, CA  92336

Edward & Robin McMillon
15219 Portrico Lane
Fontana, CA  92336

Victor & Lynda Mena
5322 Toledo Way
Fontana, CA  92336

GYPSUM CONSTRUCTION, INC.

Schedule F – continued

Dan Mock
15228 Overlook Lane
Fontana, CA  92336

Richard & Lei Molina
16210 Enders St.
Fontana, CA  92336

Samuel & Maria Montes
15209 Portico Lane
Fontana, CA  92336

Michael Muheisen
6366 Pointe Court
Fontana, CA  92336

Kris Murray
16272 Enders Street
Fontana, CA  92336

Fadi Nasri
15218 Pine Bluff Lane
Fontana, CA  92336

Daniel & Ton Negrette
16251 Pamplona Street
Fontana, CA  92336

David & Sherry Novakovich
6351 Granite Court
Fontana, CA  92336

Arnedo & Ggustina Pascua
16235 Pamplona Street
Fontana, CA  92336

Amita Petal
15209 Pine Bluff Lane
Fontana, CA  92336

Darrell & Lisa Price
16134 Enders St.
Fontana, CA  92336

Rosario Raymundo
16233 Enders Street
Fontana, CA  92336

Terence & Kathleen Saenz
6224 Skyline Lane
Fontana, CA  92336

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                      Page **100** of **121**

Mary & Amy Scroggins
6371 Granite Court
Fontana, CA  92336

Jerome & Cynthia Smith
6290 Palladio Lane
Fontana, CA  92336

Jose & Liliana Sosa
6346 High Cliff Lane
Fontana, CA  92336

Mark Szilagyi
16246 Enders St.
Fontana, CA  92336

Enrique & Mary Vargas
5329 Madrid Way
Fontana, CA  92336

Julius & Tina West
15180 Portico Lane
Fontana, CA  92336

Ximena & Peter Williams
15194 Portico Lane
Fontana, CA  92336

Steven & Sharon Wilson
6326 High Cliff Lane
Fontana, CA  92336

Stanley Zaborniak
15244 Portico Lane
Fontana, CA  92336

Jeffrey M. Dennis
c/o KB Home Costal, Inc.
NEWMEYER & DILLION LLP
895 Dover Street, 5th Floor
Newport Beach, CA  92660

William M. Sickinger, Esq.
c/o Tammy Criss, et al.
ANDERSON & KRIGGER
2155 Chicago Avenue, Suite 300
Riverside, CA  92507

McHenry Residence
1408 Scenic Court
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.                                                Ch. 7 Debtor
Schedule F – continued

Nelson Residence
3506 Ranch Street
Perris, CA  92571

Velazquez Residence
1522 Turnout Way/Pasture Lane
Perris, CA  92571

Greystone Homes, Inc., et al.
c/o Andrea N. Garcia-Miller, Esq.
GREEN & HALL Attorneys at Law
1851 East First Street, 10th Floor
Santa Ana, CA  92705-4502

Karl & Nancy Knight, et al.
c/o Raquel A. Flaherty, Esq.
MILSTEIN ADELMENT, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405

Leo & Teri Flores
39732 Sherwood Union Lane
Murrieta, CA  92563

David M. & Rosalie J. Martinez
26237 Heritage Union
Murrieta, CA  92563

Ian G. & Sarah Olsen
39810 Monarch Drive
Murrieta, CA  92563

Lucas & Erin Turner
39840 Monarch Drive
Murrieta, CA  92563

Karl & Nancy Knight
39503 St. Honore Drive
Murrieta, CA  92563

Neal Scott & Michelle Marie Parish
39493 St. Honore Drive
Murrieta, CA  92563

Paulette C. Barratta
39769 Chambray
Murrieta, CA  92563

Sandra Staffiero
39674 Chambray Drive
Murrieta, CA  92563

Greystone Homes, Inc., et al.
c/o Michael J. Pepek, Esq.
GREEN & HALL Attorneys at Law
1851 East First Street, 10th Floor
Santa Ana, CA 92705-4502

Lynn Hornecker, et al.
c/o Gerald B. Malanga, Esq.
LATTIE MALANGA LIBERTINO, LLP
8301 Wilshire Blvd., Ste. #1113
Beverly Hills, CA 90211

Lynn Hornecker
26227 Heritage Union Lane
Murrieta, CA 92563

Robert & Kathryn Smith
26277 Heritage Union Lane
Murrieta, CA 92563

Joel & Tricia Hall
26210 Monticello Way
Murrieta, CA 92563

Christopher & Sharon Morgan
26273 Lawrence Union Dr.
Murrieta, CA 92563

Lucas & Erin Turner
39840 Monarch Dr.
Murrieta, CA 92563

David Kent
26279 Douglass Union Lane
Murrieta, CA 92563

Christy Helton
26215 Monticello Way
Murrieta, CA 92563

Joel Hammer
26263 Lawrence Union Drive
Murrieta, CA 92563

Salvador & Loma Munoz
26236 Cypress Union Lane
Murrieta, CA 92563

John & Adonna Echiverri
26195 Monticello Way
Murrieta, CA 92563

Richard & Jeannine Kim
39740 Monarch Dr.
Murrieta, CA  92563

Mychal Ortiz
26200 Monticello Way
Murrieta, CA  92563

Javier Hernandez, et al.
c/o Anthony L. Livesay, Esq.
BOJIC & LIVESAY, LLP
5101 East La Palma Ave., Second Floor
Anaheim, CA  92807

Argon / Abbott Residence
1158 Alderwood Drive
Perris, CA  92571

Aroche Residence
1362 Sunblower Way
Perris, CA  92571

Arroyo-Pimentel Residence
3263 Milkweed Lane
Perris, CA  92571

Billings Residence
3347 Saguaro Lane
Perris, CA  92571

Carson Residence
3212 Milkweed Lane
Perris, CA  92571

Cornejo Residence
311 Thistlewood Lane
Perris, CA  92571

Criss Residence
3473 Nature Trail Court
Perris, CA  92571

Delgadillo Residence
3473 Turnout Way
Perris, CA  92571

Doan Residence
3275 Milkweed Lane
Perris, CA  92571

Flores Residence
1078 Alderwood Drive
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.
Schedule F – continued

Frank Residence
1471 White Oak Drive
Perris, CA  92571

Guy Residence
1316 Blazing Star Drive
Perris, CA  92571

Hernandez Residence
917 Hereford Way
Perris, CA  92571

Heydenreich Residence
3203 Thistlewood Lane
Perris, CA  92571

Johnson / Whitefield Residence
3605 Cashmere Circle
Perris, CA  92571

Kyles / Winston
904 Hereford Way
Perris, CA  92571

Lazo Residence
1466 Pature Lane
Perris, CA  92571

Llamas / Johnson Residence
3356 Chicory Way
Perris, CA  92571

Lopez Residence
1507 White Oak Dr.
Perris, CA  92571

Lucatero Residence
1067 Alderwood Dr.
Perris, CA  92571

Mandujano Residence
1171 Alderwood Dr.
Perris, CA  92571

McCants Residence
3410 Turnout Way
Perris, CA  92571

McFerren Residence
3422 Turnout Way
Perris, CA  92571

Mojarro Residence
3605 Charolais Place
Perris, CA  92571

Moreno Residence
3311 Saguaro Lane
Perris, CA  92571

Patel Residence
3603 Cashmere Circle
Perris, CA  92571

Plascencia Residence
1094 Bluestem Trail
Perris, CA  92571

Rasmussen Residence
803 Limousin Street
Perris, CA  92571

Rojos Residence
3401 Farm Lane
Perris, CA  92571

Serrano Residence
3578 Riverwalk Court
Perris, CA  92571

Shelton Residence
1276 Iris Trail
Perris, CA  92571

Steffani Residence
3260 Mariposa Way
Perris, CA  92571

Taylor, II Residence
1490 Pasture Lane
Perris, CA  92571

Vega Residence
1027 Marigold
Perris, CA  92571

Marquez Residence
3395 Viola Court
Perris, CA  92571

Marin / Ruvalcaba Residence
1075 Alderwood Dr.
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.                                          Ch. 7 Debtor
Schedule F – continued                                            Page **106** of **121**

James Residence
1070 Alderwood Dr.
Perris, CA  92571

Villatoro Residence
1062 Bluestem Trail
Perris, CA  92571

Selters Residence
3311 Ironwood Court
Perris, CA  92571

Lopez Residence
3227 Canna Way
Perris, CA  92571

Mohammed Saiful Alam, et al.
c/o Mark J. Masterson, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405

Kevin Flournoy & Carrie Skulley
3009 Goshewk Way
Perris, CA  92571

Rodolfo Gonzalez & Zulma Guerrero
1066 Kestrel Gate
Perris, CA  92571

Shawn & Sha'Ron Fuller
1543 Peppermint Dr.
Perris, CA  92571

Mohammed Saiful Alam
3791 Pansy Ln.
Perris, CA  92571

Brenda Albarran
1135 Harrier St.
Perris, CA  92571

Michelle Alfieri
1426 Ranch St.
Perris, CA  92571

Michael G. Anderson
1458 Sunflower Way
Perris, CA  92571

Labron & Carla Arrick
3649 Freesia St.
Perris, CA  92571

Jack Avery
1392 Scenic Ct.
Perris, CA  92571

Tomardwaj Balgobin
1426 Marigold Dr.
Perris, CA  92571
Manuel Barranga
598 Amaranta Ave.
Perris, CA  92571

Wldredo S. Briones
3600 Cashmere Cir.
Perris, CA  92571

Jason & Tiffany Brown
3200 Milkweed Ln
Perris, CA  92571

Tammy Criss
3473 Nature Trail Ct.
Perris, CA  92571

Carlos & Tami Cuellar
3308 Blossom Dr.
Perris, CA  92571

Michael & Tonoa Curry
3061 Barn Owl Dr.
Perris, CA  92571

Justo Deleon
1115 Bluestem Trl.
Perris, CA  92571

Gilberto Diaz
3029 Kalei Ct.
Perris, CA  92571

Sofia Leon Diaz
3287 Milkweed Ln
Perris, CA  92571

Edward Ellis
3131 Waxing Ln
Perris, CA  92571

Melissa Escobar
3702 Solandre St.
Perris, CA  92571

Maurillo & Eddy Flores
875 Towhee Ln
Perris, CA  92571

Martin Garcia
2957 Tern Pl
Perris, CA  92571

Rafael & Carmen Guillen
2973 Barn Owl Dr.
Perris, CA  92571

Sandra & Roger Hall
3590 Cashmere St.
Perris, CA  92571

Doug & Denise Helfrich
3592 Heartland Ct.
Perris, CA  92571

Charles D. & Wendy H. Hill
1514 Buttonbush Ln
Perris, CA  92571

Phyllis & Leslie Hunter
3608 Cashmere St.
Perris, CA  92571

Howard Jin
3506 Riverwalk Ct.
Perris, CA  92571

Barbara Joseph
1530 Marigold Dr.
Perris, CA  92571

Alejandro Lazo
1466 Pasture Ln
Perris, CA  92571

Delores C. Leatherwood
1501 Strawberry Dr.
Perris, CA  92571

Aldomero Lopez
3227 Canna Way
Perris, CA  92571

Jorge & Rosarlo Lopez
1507 Whiteoak Dr.
Perris, CA  92571

Jose & Dora Lopez
1419 Scenic Ct.
Perris, CA  92571

Martin & Adriana Lucatero
1067 Alderwood Dr.
Perris, CA  92571

Armando & Bernadette Luna
953 Curlew St.
Perris, CA  92571

Uber & Yesenia Maciel
1083 Marigold Dr.
Perris, CA  92571

Matthew & Cynthia Markham
1506 Pasture Ln
Perris, CA  92571

Gary McCourt
1115 Alderwood Dr.
Perris, CA  92571

Jose & Guillermina Mendez
3410 Farm Ln
Perris, CA  92571

Jose Mendoza
1506 Buttonbush Ln
Perris, CA  92571

Irene Monje
982 Whimbrel Way
Perris, CA  92571

Jose Perez
1506 Buttonbush Ln
Perris, CA  92571

Marcus Perez
2925 Barn Owl Dr.
Perris, CA  92571

Dorlan Perkins
921 Curlew St.
Perris, CA  92571

Darnell & Janell Phillips
3056 Kalei Ct.
Perris, CA  92571

GYPSUM CONSTRUCTION, INC.                                           Ch. 7 Debtor
Schedule F – continued

Ismael Pinedo
575 Botan St.
Perris, CA  92571

Ralph Quiroz
3521 Riverwalk Ct.
Perris, CA  92571

Sandra Ramirez-Roderiquez
1573 Whiteoak Dr.
Perris, CA  92571

Eugene & Evelyn Rasmussen
803 Limousin St.
Perris, CA  92571

Leticia Reyes
1002 Dandelion Way
Perris, CA  92571

Mario & April Reyes
3067 Whollyleaf Ct.
Perris, CA  92571

Antoinette Rivera
2996 Clapper St.
Perris, CA  92571

Daniel & Lisa Rivera
3869 Akina Ave.
Perris, CA  92571

Lilla Romero
1242 Indigo Way
Perris, CA  92571

Lindsay & James Rowe
1567 Whiteoak Dr.
Perris, CA  92571

Victor & Rosa Ruiz
1509 Marigold Dr.
Perris, CA  92571

Benjamin & Kristi Rushing
3667 Freesia St.
Perris, CA  92571

Rustico & Connie Santos
913 Hereford Way
Perris, CA  92571

Efrain Sierra
3347 Milkweed Ln.
Perris, CA 92571

Enedina & Richard Simpson
1402 Sunflower Way
Perris, CA 92571

Brenda G. Smith
1163 Alderwood Dr.
Perris, CA 92571

Homaira Stalder
1018 Dandelion Way
Perris, CA 92571

Irina Stanislave
3603 Charollas Pl.
Perris, CA 92571

Lorenzo Taylor
1490 Pasture Ln
Perris, CA 92571

Jerry & Donieoe Tolbert
3248 Milkweed Ln.
Perris, CA 92571

Juan P. Villa
958 Whimbrel Way
Perris, CA 92571

Linda Warren
3458 Nature Trail Ct.
Perris, CA 92571

Rich & Rian Williams
1139 Bluestem Trl.
Perris, CA 92571

Linda Carr
2944 Tern Pl.
Perris, CA 92571

Marien Gomez
1549 Whiteoak Dr.
Perris, CA 92571

David S. Marticci
c/o WL Homes, LLC dba John Laing Homes
PALUMBO BERGSTROM LLP
95 Enterprise, Suite 250
Aliso Viejo, CA 92656

Michael A. & Betty Bartimus, et al.
c/o Jonathan Staffeldt, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405

Michael A. & Betty Bartimus
24898 Sunset Vista Ave.
Menifee, CA  92584

Sharon D. Benjamin
29120 Bridgeport Ln.
Menifee, CA  92584

Ronnie L. Bonaparte
24843 Sunset Vista Ave.
Menifee, CA  92584

Patrick C. Brady
25185 Springbrook Way
Menifee, CA  92584

Jay Burgess
25093 Painted Canyon Ct.
Menifee, CA  92584

Robert Campbell
21544 Silverwood Ln.
Menifee, CA  92584

Morgan & Jeannie Celaya
29243 Cinnamon Wood Way
Menifee, CA  92584

Brandon Child
29140 Boulder Crest Way
Menifee, CA  92584

Willie, III & Veronica Cisneros
25189 Bridgemoor Rd.
Sun City, CA 92586

Elaine Cleary
25044 Painted Canyon Ct.
Menifee, CA  92584

Ryan A. Copp
29121 Blue Spruce Cir.
Menifee, CA  92584

Peter J. & Maria Corba
25077 Ridgemoor Rd.
Sun City, CA  92586

Charles R. & Joan Cullimore
29612 Cool Meadow Dr.
Menifee, CA  92584

Javier Diaz
29279 Cinnamon Wood Way
Menifee, CA  92584

Aaron J. Ford
24788 Springbrook Way
Menifee, CA  92584

Michael Fornarotto
25039 Crestpeak Ct.
Menifee, CA  92584

Michael & Virginia Fornarotto
25217 Ridgemoor Rd.
Sun City, CA 92586

J. David & Lucy H. Foster
25161 Ridgemoor Rd.
Sun City, CA 92568

Anthony Ganci
25327 Clear Canyon Cir.
Menifee, CA  92584

Oscar & Daniel L. Gonzalez
29100 Blue Spruce Cir.
Menifee, CA  92584

Tracy Greer
25285 Forest Wood Cir.
Menifee, CA  92584

Anne Guzik
24841 Springbrook Way
Menifee, CA  92584

James & Nancy J. Harris
25129 Springbrook Way
Menifee, CA  92584

Ronaldo & Catherine Herrero
25259 Ridgemoor Rd.
Menifee, CA  92584

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                      Page **114** of **121**

Ron G. & Linda M. Holman
24970 Sunset Vista Ave.
Menifee, CA  92584

Raymond & Tammy Hull
29142 Blue Spruce Cir.
Menifee, CA  92584

Glen & Kristina Johnson
25227 Springbrook
Menifee, CA  92584

Tieran J. & Janice T. Levasseur
29163 Blue Spruce Cirs.
Menifee, CA  92584

Robert & Heidi Lockovich
24889 Springbrook Way
Menifee, CA  92584

Dorothy Lynton
25073 Springbrook Way
Menifee, CA  92584

Alfred & Susan Martinez
25242 Silverwood Ln.
Menifee, CA  92584

David W. & Rebecca O. Maze
24824 Springbrook Way
Menifee, CA  92584

Michael Mitchell
29147 Bridalveil Ln.
Menifee, CA  92584

Nancy Moquete
29161 Bridgeport Ln.
Menifee, CA  92584

Juan & Darlene Munoz
25009 Painted Canyon Ct.
Menifee, CA  92584

Wieslaw & Katarzyna Olejniczak
29176 Bridgeport Ln.
Menifee, CA  92584

John Popkins
25133 Ridgemoor Rd.
Sun City, CA 92586

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                       Page **115** of **121**

Andrew & Susan L. Provan
29128 Boulder Crest Way
Menifee, CA  92584

Joe Roberts
29168 Bridalveil Ln.
Menifee, CA  92584

Valencio & Isabel Robinson
29620 Morning Breeze Dr.
Menifee, CA  92584

Dennis L. & Toni L. Rohrig
25007 Ridgemoor Rd.
Sun City, CA  92586

Brett Rooker
25023 Painted Canyon Ct.
Menifee, CA  92584

Robert R. & Evangelina Rosas
24865 Springbrook Way
Menifee, CA  92584

Jesse Shank
29182 Bridalveil Ln.
Menifee, CA  92584

Travis & Christina Shows
25016 Springbrook Way
Menifee, CA  92584

Michelle G. Smith
24908 Springbrook Way
Menifee, CA  92584

Eddie L. & Bonita J. Stutler
29577 Cool Meadow Dr.
Menifee, CA  92584

Susan Szanto
29134 Bridgeport Ln.
Menifee, CA  92584

H. Bruce & Linda E. Thomas
29077 Bridalveil Ln.
Menifee, CA  92584

Arthur J. Beatriz Elena Villegas
25269 Springbrook Way
Menifee, CA  92584

Stephen P. & Loretta Wildermuth
25037 Painted Canyon Ct.
Menifee, CA  92584

Shane & Diane Zimmerman
25021 Springbrook Way
Menifee, CA  92584

Daryl J. Wallace & Timothy R. Wright
24795 Sunset Vista Ave.
Menifee, CA  92584

Gabriel Milane & Ana Gonzales
25249 Silverwod Ln.
Menifee, CA  92584

Louis Peterson & Kimberly Porreca
29557 Cool Meadow Dr.
Menifee, CA  92584

Robert W. Owens & Suzi E. Pippin
25058 Paint Canyon Ct.
Menifee, CA  92584

Peter & Ellen Heraty
24826 Sunset Vista Ave.
Menifee, CA  92584

Pedro & Cecilia Law
29632 Cool Meadow Dr.
Menifee, CA  92584

Tanamera Homes & Resort Comm., etal
c/o Wilson E. Yurek, Esq.
COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, CA  92626-1977

Lee Jackson, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405

Brian & Naely Meeks
12820 Brookdale St.
Victorville, CA  92392

Ryan Sasser & Genette Smith Sasser
12411 Alcom Dr.
Victorville, CA  92392

Scott Thompson & Patti Farinelli
12370 Alto Rey Ln
Victorville, CA  92392

Teresa Mojica & Joel Paraja
12671 Luna Rd.
Victorville, CA  92392

Tom Lentz & Patricia Brown
12859 Brookdale St.
Victorville, CA  92392

Tom Lentz & Patricia Brown
12778 Brookdale St.
Victorville, CA  92392

Tom Lentz & Patricia Brown
12792 Brookdale St.
Victorville, CA  92392

Ricky Alexander
12741 Fencerider Way
Victorville, CA  92392

Antonio & Kathleen Aragues
13061 Deep Water St.
Victorville, CA  92392

Gina Cerda
12651 Luna Rd.
Victorville, CA  92392

Andre & Josefina Chavez
12859 Pueblo Ln.
Victorville, CA  92392

William Craig
12735 Blazing Star Way
Victorville, CA  92392

James M. & Linda Drath
12643 Table Rock Ln.
Victorville, CA  92392

Michael & Maria Garcia
13070 Banning St.
Victorville, CA  92392

Erick & Leticia Gomez
12290 Sunglow Ct.
Victorville, CA  92392

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                      Page **118** of **121**

Anselmo & Melissa Gonzalez
12828 Pueblo Ln.
Victorville, CA  92392

Martha Alicia & Wilfredo Guzman
13193 Four Hills Way
Victorville, CA  92392

Dawn Hampton
12262 Brynwood St.
Victorville, CA  92392

Johnnie & Francis Macias
12760 Bellrose Ct.
Victorville, CA  92392

James & Evelyn McDowell
12678 Westway
Victorville, CA  92392

John & Diane McLeland
12731 Fencerider Way
Victorville, CA  92392

William McNeal
13060 Deep Water St.
Victorville, CA  92392

James Faulkner & Jane Treher
12236 Primavera Way
Victorville, CA  92392

Daniel & Roxana Mendoza
12661 Fair Glen Dr.
Victorville, CA  92392

Luis Mota
12637 Westway
Victorville, CA  92392

Salomon Navarro
12818 Woodhollow St.
Victorville, CA  92392

Veric & Mecheco Norwood
12268 Woodhollow St.
Victorville, CA  92392

Tony & Kyoko Quale
12404 Bassett Dr.
Victorville, CA  92392

Alana Route
12862 Fencerider Way
Victorville, CA  92392

David & Virginia Sanders
12663 Sunglow Ln.
Victorville, CA  92392

Dave Skophammer
12790 Bootridge Ln
Victorville, CA  92392

April Stakley
12787 Berrydale St.
Victorville, CA  92392

Lawanna Stewart-Barnes
12435 Firefly Way
Victorville, CA  92392

Donny Vaughn
13241 Four Hills Way
Victorville, CA  92392

Traysena Woods
12324 Primavera Way
Victorville, CA  92392

Apana Residence
32360 Clearwater
Lake Elsinore, CA 92532

Aviles Residence
31949 Botany
Lake Elsinore, CA 92532

Drinkard Residence
32337 Rock Rose
Lake Elsinore, CA 92532

Eaton Residence
33060 Canopy
Lake Elsinore, CA 92532

Enriquez Residence
15230 Washington
Lake Elsinore, CA 92532

Fisher Residence
229 S. Woodlake
Lake Elsinore, CA 92532

GYPSUM CONSTRUCTION, INC.                                    Ch. 7 Debtor
Schedule F – continued                                      Page **120** of **121**

Galland Residence
216 S. Woodlake
Lake Elsinore, CA 92532

Garcia Residence
200 S. Massachusetts
Lake Elsinore, CA 92532

Gonzalez Residence
15222 Washington
Lake Elsinore, CA 92532

Haag Residence
32332 Rock Rose
Lake Elsinore, CA 92532

Herrera Residence
32334 Rock Rose
Lake Elsinore, CA 92532

Jiminez Residence
252 S. Ralph
Lake Elsinore, CA 92532

Kitner Residence
201 S. Massachusetts
Lake Elsinore, CA 92532

Marshall Residence
33042 Canopy
Lake Elsinore, CA 92532

Miller Residence
229 S. Terra Cotta
Lake Elsinore, CA 92532

Mix Residence
205 S. Terra Cotta
Lake Elsinore, CA 92532

Negrete Residence
15226 Washington
Lake Elsinore, CA 92532

Nunez Residence
23207 Lake Oak
Lake Elsinore, CA 92532

Obispo Residence
32055 Poppy
Lake Elsinore, CA 92532

GYPSUM CONSTRUCTION, INC.                                                      Ch. 7 Debtor
Schedule F – continued                                                 Page **121** of **121**

**Sanchez Residence**
**240 S. Ralph**
**Lake Elsinore, CA 92532**

**Serrano Residence**
**32364 Ashwood**
**Lake Elsinore, CA 92532**

**Spencer Residence**
**32345 Rock Rose**
**Lake Elsinore, CA 92532**

**Espinoza Residence**
**241 S. Torn Ranch**
**Lake Elsinore, CA 92532**

B 6G (Official Form 6G) (12/07)

In re **Gypsum Construction, Inc.,**                                    Case No. _____
                         **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re **Gypsum Construction, Inc.,** _____      Case No. _____
                                    **Debtor**                                          **(if known)**

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AFSE Co.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264<br><br>M. Ecker & Co. of Florida, Inc.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264<br><br>M. Ecker & Co. of Illinois, Inc.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264<br><br>Spruzzi, Inc.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264<br><br>RAM Finishes, Inc.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264<br><br>JVW Investments, Inc.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264 | Associated Bank, N.A.<br>Attn:  Craig Thessin, VP<br>200 E. Randolph Street<br>Chicago, IL 60601 |
| 1<br>NV<br><br>KB Home Nevada, Inc.<br>750 Pilot Rd., Suite F<br>Las Vegas, NV 89119 | Ellen M. Wimberly (Caravelli)<br>c/o Law Office of Gary P. Sinkeldam<br>618 S. Seventh Street<br>Las Vegas, NV 89101 |
| Carina Corp dba Carina Homes<br>c/o Scott P. Kelsey<br>Lee & Russell<br>7575 Vegas Drive, #150<br>Las Vegas, NV 89128 | Gary and Karen Branton<br>Account No.: 4854<br>c/o Lee & Russell Attorneys at Laws<br>7670 W. Lake Mead Blvd<br>Suite 250<br>Las Vegas, NV 89128 |
| Carina Corp. dba Carina Homes<br>c/o Lee & Russell<br>7575 Vegas Drive | Steven and Cheryl Forte<br>c/o Lee & Russell Attorneys at Law<br>7575 Vegas Drive, Suite 150 |

B 6H (Official Form 6H) (12/07)

In re **Gypsum Construction, Inc.,** _____     Case No. _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Suite 150<br>Las Vegas, NV 89128 | Las Vegas, NV 89128 |
| KBI Stucco, Inc. dba SelectBuild Las Vegas Stucco<br>4339 Corporate Center Drive<br>North Las Vegas, NV 89030 | Eric Mamola<br>592 Okehampton Court<br>Las Vegas, NV 89178 |
| Desert Wind Homes, Inc.<br>***Creditor unsecured codebtor state RMC*** | Ellen Andraychak<br>c/o Shinnick Law Firm, P.C.<br>2881 Business Park Court<br>Suite 210<br>Las Vegas, NV 89128 |

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**

In re:  **Gypsum Construction, Inc.**

Case No. _____

Chapter  **7**

# BUSINESS INCOME AND EXPENSES

_FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS_ (NOTE:  _ONLY INCLUDE_ information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:     $ **0.00**

PART B - ESTIMATED AVERAGE FUTURE _GROSS_ MONTHLY INCOME:

   2.  Gross Monthly Income:     $ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)     $ **0.00**
   4.  Payroll Taxes     **0.00**
   5.  Unemployment Taxes     **0.00**
   6.  Worker's Compensation     **0.00**
   7.  Other Taxes     **0.00**
   8.  Inventory Purchases (Including raw  materials)     **0.00**
   9.  Purchase of Feed/Fertilizer/Seed/Spray     **0.00**
  10.  Rent (Other than debtor's principal residence)     **0.00**
  11.  Utilities     **0.00**
  12.  Office Expenses and Supplies     **0.00**
  13.  Repairs and Maintenance     **0.00**
  14.  Vehicle Expenses     **0.00**
  15.  Travel and Entertainment     **0.00**
  16.  Equipment Rental and Leases     **0.00**
  17.  Legal/Accounting/Other Professional Fees     **0.00**
  18.  Insurance     **0.00**
  19.  Employee Benefits (e.g., pension, medical, etc.)     **0.00**
  20.  Payments to Be Made Directly By Debtor to Secured Creditors For
        Pre-Petition Business Debts (Specify):

  21.  Other (Specify):

  22.  Total Monthly Expenses (Add items 3 - 21)     $ **0.00**

PART D - ESTIMATED AVERAGE _NET_ MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)     $ **0.00**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Gypsum Construction, Inc.** _____ ,     Case No. _____

　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **600** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____　　　　　　Signature: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gypsum Construction, Inc.** Debtor

Date _____　　　　　　Signature: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)

　　　　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------
#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

　　　I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　　_____
Printed or Typed Name and Title, if any,　　　　　　Social Security No.
of Bankruptcy Petition Preparer　　　　　　　　　　(Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document._

_____

_____
Address

X _____　　　　_____
　Signature of Bankruptcy Petition Preparer　　　　　　　　　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual.

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._
----------------------------------------------------------------------------------------------------

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the　　**Nick Andreolas**　　　　　　[the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **Gypsum Construction, Inc.**　　[corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **600** sheets (_Total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ 1-3-14 _____　　　　　　Signature: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Nick Andreolas**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

----------------------------------------------------------------------------------------------------
_Penalty for making a false statement or concealing property_: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

In re: Gypsum Construction, Inc.    Case No _____
<br>   Debtor             (if known)

## STATEMENT OF FINANCIAL AFFAIRS

   This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

   *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

  **1. Income from employment or operation of business**

None
☐

  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

    AMOUNT          SOURCE

Debtor:
    Current Year (2013):
    $0.00         Gross Revenue

    Previous Year 1 (2012):
    $0.00  / ($1,300.00)    Gross Revenue / Net Loss

Previous Year 2 (2011):

$0.00  /  $900.00                    Gross Revenue / Net Income

**2. Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|          AMOUNT          |          SOURCE          |
|---|---|

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor: Christopher Homes, LLC, et al. vs. Albright's Carpets Incorporated, et al. Case Number: A-10-627059-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Defendants/Third Party Plaintiffs Christopher Homes, LLC and Southern Highland/Christopher Homes I, LLC's Third-Party Complaint |
| David H. Tran and Lauren M. Tran vs. Christopher Homes, LLC, et al. Case Number: A-10-627059-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Complaint for Money Damages |
| Leonard and Lasurer Leverett, et al. vs. KB Homes Nevada, Inc., et al. Case Number: A-09-593942-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Construction Defect Class Action Complaint |
| James J. Wrynn vs. Atlantic Mutual Insurance Company, et al. Case Number: 402242/10 | Claim for breach of contract, negligence (stucco defects and deficiencies) | Supreme Court New York County | Order of Rehabilitation of Atlantic Mutual Insurance Company |
| Stange, et al. v. Triple Five Nevada Development Corporation Case Number: A546413 | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Plaintiff filed Complaint on August 15, 2007 and First Amended Complaint on November 20, 2007; Defendant's Attorney filed an Answer to Complaint on December 29, 2008 |
| Monique Buchanan vs. Plaster Development Company, et al. Case Number: A536808 | Claim for breach of contract, negligence (stucco defects and delinquencies) | District Court Clark County, NV | Summons (Gypsum Construction, Inc.) and Third Party Complaint |
| William Wright vs. Carina Corporation Case Number: A-09-602989-D Consolidated with A-09-602992-D | Claim for breach of contract, negligence (stucco defects and | District Court Clark County, NV | Gypsum Construction, Inc. ada Ecker Enterprises' Answer to |

| | | | |
|---|---|---|---|
| | deficiencies) | | Carina Corporation's Amended Third-Party Complaint |
| KB Homes Nevada, Inc. vs. American Building Proucts, Inc. et al. Case Number: A-10-625181 | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Third-Party Summons and Complaint (Gypsum) |
| Kokos, et al. v. KB Homes Nevada, Inc. v. American Building Products, Inc., et al. Case Number: A-10-625181 | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Third-Party Summons - Ecker Enterprises dba Gypsum Construction, Inc.; KB Home Nevada, Inc.'s Third-Party Complaint |
| Cantu, Esmeralda et al., v. New Homes, LLC (Sonoma) Case Number: A-10-611017-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Summons & Complaint |
| PN II, Inc. dba Pulte Homes of Nevada; Pulte Home Corporation v. Cutri, et al. Case Number: A-11-641993-D and A-11-641994-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Summons and Defendants PN II, Inc., dba Pulte Homes of Nevada and Pulte Home Corporation's Answer to Plaintiffs' First Amended Complaint and Third-Party Complaint |
| D.R. Horton, Inc. v. First Light at Old Vegas Ranch Homeowners Association, et al. Case Number: A-11-633443-C | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Motion to Designate Case Complex and Appoint A Special Master |
| Ann Drennen et al. vs. PN II, Inc. dba Pulte Homes of Nevada, et al. Case Number: A-11-641994-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NC | Summons [Construction Defect]- Gypsum Construction Inc.; Plaintiff's First Amended Contruction Defect Complaint; Gypsum Construction, Inc's Answer to PN II, Inc. dba Pulte Homes of Nevada and Pulte Home Corporation's Third-Party Complaint |
| Michael and Caroline Mozdean, et al. vs. PN II, Inc., dba Pulte Homes of Nevada Case Number: A-11-641995-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Voluntary Dismissal of Gypsum Construction |
| Joseph and Judi Adams, et al. vs. Richmond American Homes of Nevada, Inc. Case Number: A576943 | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Class Action Complaint; Third-Party Summons (Gypsum Construction, Inc.; Gypsum Constructioin, Inc.'s Answer to Richmond American Homes of Nevada, Inc's Amended Third-Party Complaint |

| | | | |
|---|---|---|---|
| Martin and Elizabeth Vece, et al. vs. Richmond American Homes of Nevada, Inc. Case Number: A-10-624663-D | Breach of Implied Warranties; 2) Strict Liability; 3) Negligence; 4) Declaratory Relief | District Court Clark County, NV | Complaint |
| James S. and Linda J. McCombs et al. vs. KB Homes/KB Homes vs. Ecker Enterprises dba Gypsum Construction, Inc. Case Number: A-11-642367-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | 1) Third-Party Summons; 2) KB Homes's Answer & Third Party Complaint; 3) Notice of Rescheduled Special Master Hearing; and 4) Case Management Order |
| Andrea Bertuccini, et al. vs. KB Home Nevada, Inc. Case Number: A-11-642355-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | 1) Construction Defect Class Action Complaint; 2) Third-Party Summons; 3) KB Home's Answer & Third Party Complaint; 4) Notice of Rescheduled Special Master Hearing; and 5) Case Management Order |
| Jose Flores vs. Rchmond American Homes of Nevada, Inc. (fka Brighton) Case Number: A642333 | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Construction Defect Complaint |
| Franco Romanesse, et al. vs. KB Homes Nevada, Inc. Case Number: A-11-638678-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | 1) Construction Defect Class Action Complaint; 2) Defendant/Third-Party Plaintiff KB Home Nevada, Inc.'s Summons - Gypsum Comstruction, Inc.; and 3) Defendant/Third-Pasrty Plaintiff KB Home Nevade Inc.'s Third-Party Complaint |
| Christina Houck, et al. v. PN II dba Pulte Homes of Nevada Case Number: A662508 | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark, County NV | 1) Summons on First Amended Third Party Complaint for Gypsum Construction, Inc.; 2) PN II, Inc. dba Pulte Homes of Nevada and Pulte Home Corporation's Third Party Complaint; 3) Plaintiff's First Amended Construction Defect Complaint; and 4) Case Management Order |
| Richmond Aermican Homes of Nevada, Inc. v. Mason, et al. Case Number: A-10-630881-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | 1) Summons; 2) Richmond American Homes of Nevada, Inc.'s Third-Party Complaint; 3) Case Management Order; 4) Electronic Filing and Service Order; |

| | | | |
|---|---|---|---|
| | | | 5) Special Master Recommendation and District Court Order Amending Case Aenda for Mediation; and 6) Order Setting Trial & Pre-Trial Dates |
| Paradise Court Homeowners Association vs. D.R. Horton, Inc. Case Number: A-09-590365-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | 1) Third-Party Summons; 2) Defendant D.R. Horton, Inc.'s Amended Third-Party Complaint; 3) Special Master Recommendation and District Court Order Amending Case Agenda and Vacating Trial Date; 4) Case Management Order; and 5) Complaint |
| Darren J. Lach, et al. vs. Richmond Homes of Nevada, Inc. Case Number: A-12-655670-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | 1) Summons-Civil;  2) Complaint; and 3) Appearance |
| Liberty at Paradise Homeowners Association v. KB Home Nevada, Inc. et al. Case Number: 10-A-621060-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Summons and Dunrite Construction, Inc. Third-Party Defendant/Third Party Compliant |
| Rosalind B. Edwards, et al. vs. KB Homee Nevada, Inc. Case Number: A-11-651547-D | Claim for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | 1) Third Party Summons-Ecker Enterprises d/b/a Gypsum Construction, Inc.; and 2) KB Homew Nevade, Inc.'s Third Party Complaint |
| Henry Bills, et al. vs. Plaster Development Company, et al. Case Number: A-13-681805-D | Claims for breach of contract, negligence (stucco defects anddeficiencies) | District Court Clark County, NV | 1) Summons-Civil to Gypsum Construction, Inc.; 2) Construction Defect Class Action Complaint filed 5/14/13 |
| The Brent Revocable Living Trust, et al. vs. Plaster Development Company et al. Case Number: A656454 | Claims for breach of contract, negligence (stucco defects anddeficiencies) | District Court Clark County, NV | 1) Summons; 2) Plaintiff's First Amendment Construction Defect Class Action Complaint; and 3) Notice of Entry of Voluntary Dismissal of One Plaintiff Homeowner Family, James H. Gamble |
| Kenneth & Geraldine Bedrosian, et al. vs. Distinctive Homes of Nevada, LLC., et al. Case Number: A-12-673234-D | Claims for breach of contract, negligence (stucco defects and deficiencies) | District Court Clark County, NV | Unknown |
| SMS Financial, LLC vs. Nancy Quon, A Professional Corporation, et al. Case Number: A587918 | Claims for breach of contract, negligence (stucco defects and | District Court Clark County, NV | 1) Writ of Garnishment; and 2) Writ of Attachment |

| | deficiencies) | | |
|---|---|---|---|
| David Cruz, et al. vs. Innovative Resort Communities, Inc. dba Innovative Communities, Inc. Case Number: INC 057277 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | Complaint; Cross-Complaint |
| April Hopkins, et al. vs. Greystone Homes, LLC et al. Case Number: 05CC00260 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California Orange County, CA | Complaint for: 1) Breach of Contrat; 2) Express Indemnity; 3) Implied Indemnity; 4) Equitable Indemnity; 5) Comparative Negligence; 6) Breach of Implied Warranties; 7) Breach of Express Warranties; 8) Negligence; 9) Declaratory Relief; and 10) Declaratory Relief re Duty to Defend |
| Auberry Place Community Association vs. Greystone Homes, Inc., et al. Case Number: RIC 457952 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of California County of Riverside | First Amened Complaint For: 1) Negligence; 2) Statutory Negligence; 3) Strick Liability; 4) Negligent Misrepresentation; 5) Breachof Fiduciary Duty; 6) Breach of CC & RS; and 7) Breach of Implied Warranty |
| Frederick Bailey et al. vs. The Hacienda Heights, et al. Case Number: INC 065697 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside, Indio District | Complaint |
| Allen Lawrence vs. Mayer-Lunch Development Group, Inc. Case Number: INC 070516 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside, Indio District | Complaint for: 1) Villation of Standards of Residential Construction; 2) Breach of Express Warranties; 3) Recovery Pursuant to Business & Professional Code Sec. 7031(b); and 4) Unfair Business Practices Pursuant to Business of Professional Code Sections 17200. et seq. |
| Jonathan & Kim Curry Goldsby, et al. vs. WL Homes LLC dba John Laing Homes Case Number: 30-2008-00224331 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of California County of Orange, Civil Complex Center | Complaint For: 1) Breach of Implied Warranties; 2) Breach of Express Warranties; 3) Strict Liability in Tort; 4) Negligence; and 5) Breach of Written Contract |
| Villas at Old School House Association vs. Old School House Development, et al. | Claims for breach of contract, negligence (stucco defects and | Superior Court of the State of California County of Riverside | Cross-Complaint |

| | | | |
|---|---|---|---|
| Case Number: RIC 120496 | deficiencies) | | |
| Labron & Carla Arrick, et al. vs. KB Homes Coastal, Inc. et al. Case Number: RIC 541661 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | Construction Defect Litigation |
| Promise & Porscha Lumati, et al. vs. Warmington Homes California, et al. Case Number: RIC 1106144 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | Complaint For Damages: 1) Strict Products Liability; 2) Strict Products Liability (Componet Products); 3) Violation of Building Standards as set forth in California Code Section 896; 4) Breach of Implied Warranty (Merchantability); 5) Breach of Contract ; 6) Negligence; and 7) Breach of Express Warranty |
| Fred Acuna, et al. vs. Tanamera Homes & Resort Communities, et al. Case Number: CIVVS1003671 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of San Bernardino - Victorville District | 1) Roe Amendment to Cross-Complaint of Tanamera Homes & Resort Communities and Eagle Ranch Residential, LLC; 2) Second Roe Amement to Cross-Complaint |
| David Hammer et al. vs. Pacific Century Homes, Inc., et al. Case Number: RIC 1120299 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | First Amended Complaint for Damages: 1) Strict Products Liability; 2) Strict Products Liability (Component Products); 3) Violation of Building Standards as set forth in California Civil Code Section 896; 4) Breach of Implied Warranty (Merchantability); 5) Breach of Contract; 6) Negligence; 7) Breach of Express Warranty; 8) Violation of Statute |
| Anthony and Patricia Cascio, et al. vs. WL Homes, LLC dba John Laing Homes, et al. Case Number: 800726 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of San Bernardino, Rancho Cucamonga, CA | Complaint for: 1) Breach of Implied Warranties; 2) Breach of Express Warranties; 3) Strick Liability in Tort; 4) Negligence and 5) Breach of Written Contract |
| Anthony Coco, et al. vs. KB Homes Coastal, Inc., et al. Case Number: RIC1201704 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | First Amended Complaint for Damages: 1) Strict Products Liability; 2) Strict |

| | | | Products Liability (Component Products); 3) Violation of Building Standards as set forth in California Civil Code Section 896; 4) Breach of Implied Warranty (Merchantability); 5) Breach of Contract; 6) Negligence; 7) Breach of Express Warranty; 8) Violation of Statute |
|---|---|---|---|
| Debbie Sunstrong, et al. vs. Woodside Homes, et al. Case Number: RIC1110638 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | Claims for breach of contract, negligence (stucco defects and deficiencies) |
| Christopher & Ashlie Snowdale, et al. vs. Pulte Homes, et al. Case Number: CIVVS1202791 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of San Bernardino | First Amended Complaint for Damages: 1) Violation of Building Standards as set forth in California Civil Code Section 896; 2) Breach of Contract; 3) Breach of Express Warranty; and 4) Violation of Statute |
| Travis Newport, et al. vs. Greystone Homes, Inc., et al. Case Number: RIC1204751 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | First Amended Complaint for Damages: 1) Breach of Implied Warranties;  2) Breach of Express Warranties; 3) Strict Liability in Tort; 4) Negligence; and 5) Breach of Written Contract |
| Peggy Crum, et al. vs. K. Hovananian Forecast Homes, Inc., et al. Case Number: CIV DS1203683 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of San Bernardino | Complaint |
| Tammy Criss, et al. vs. KB Homes Costal, Inc., et al. Case Number: RIC 1103659 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | Complaint re Construction Defect |
| Karl & Nancy Knight, et al. vs. Pacific Century Homes, Inc., et al. Case Number: RIC 1206518 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | Complaint For Damages: 1) Strict Products Liability; 2) Strict Products Liability (Componet Products); 3) Violation of Building Standards as set forth in California Code Section 896; 4) Breach of Implied Warranty (Merchantability); 5) Breach of Contract ; 6) Negligence; and 7) Breach of Express |

| | | | |
|---|---|---|---|
| | | | Warranty |
| Lynn Hornecker, et al. vs. Greystone Homes, Inc., et al.<br>Case Number: RIC 1292922 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | Complaint For Damages: 1) Strict Products Liability; 2) Breach of Implied Warranty (Merchantability); and 3) Negligence |
| Javier Henerandez, et al. vs. KB Home Coastal, Inc., et al.<br>Case Number: RIC 1214127 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | Construction Defect Complaint for: 1) Negligence; 2) Breach of Contract; 3) Breach of Express & Implied Warranties; 4) Breach of Implied Waranties; 5) Breach of Contract by Third Party Beneficiary; and 6) Strict Products Liability |
| Mohammed Saiful Alam, et al. vs. KB Homes Coastal, Inc., et al.<br>Case Number: RIC 1216851 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | First Amended Complaint for Damages: 1) Violation of Building Standards as set forth in California Civil Code Section 896; 2) Breach of Contract; and 3) Breach of Express Warranty |
| Michael A. & Betty Bartimus, et al. vs. WL Homes LLC, et al.<br>Case Number: RIC 1117084 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | omplaint For Damages: 1) Strict Products Liability; 2) Strict Products Liability (Componet Products); 3) Violation of Building Standards as set forth in California Code Section 896; 4) Breach of Implied Warranty (Merchantability); 5) Breach of Contract ; 6) Negligence; and 7) Breach of Express Warranty |
| Brian & Jaely Meeks, et al. vs. Tanamera Homes & Resort Communities, et al.<br>Case Number: CIVVS 1106142 | Claims for breach of contract, negligence (stucco defects and deficiencies) | Superior Court of the State of California County of Riverside | Complaint For Damages: 1) Strict Products Liability; 2) Strict Products Liability (Componet Products); 3) Violation of Building Standards as set forth in California Code Section 896; 4) Breach of Implied Warranty (Merchantability); 5) Breach of Contract ; 6) Negligence; and 7) Breach of Express Warranty |

| James H. Gamble, et al v. Plaster Development Company, Inc., et al Case Number: A-12-656454-D | Third Party Complaint against Gypsum Construction, Inc., Debtor, for breach of warranties/stucco construction | District Court, Clark County, Nevada Clark County, Nevada | Pending |
|---|---|---|---|
| Barth, et al vs. KB Coastal, Inc., et al Case Number: RIC 507403 | Third Party Complaint against Gypsum Construction, Inc., Debtor, for breach of warranties/stucco construction | Superior Court of the State of California, County of Riverside County of Riverside, California | Pending |
| Bauer, et al vs. KB Coastal, Inc., et al Case Number: RIC 1212919 | Third Party Complaint against Gypsum Construction, Inc., Debtor, for breach of warranties/stucco construction | Superior Court of the State of California, County of Riverside County of Riverside, California | Pending |

None
☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS
OF PERSON FOR WHOSE                  DATE OF                    DESCRIPTION
BENEFIT PROPERTY WAS SEIZED          SEIZURE                    AND VALUE
                                                                OF PROPERTY

---

**5. Repossessions, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                                    DATE OF REPOSSESSION,
NAME AND ADDRESS                    FORECLOSURE SALE,          DESCRIPTION
OF CREDITOR OR SELLER               TRANSFER OR RETURN         AND VALUE
                                                               OF PROPERTY

---

**6. Assignments and receiverships**

None
☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                                                               TERMS OF
NAME AND ADDRESS                    DATE OF                    ASSIGNMENT
OF ASSIGNEE                         ASSIGNMENT                 OR SETTLEMENT

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

---

**7. Gifts**

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

---

**8. Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

---

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: Tishler & Wald, Ltd. 200 S. Wacker Drive, Suite 3000 Chicago, IL 60606 | November 1, 2013 | $19,694.00 for the within bankruptcy plus $306.00 for court filing fees, plus a reasonable hourly rate as needed and necessary |
| Ecker Enterprises, Inc. | | |

**10. Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | DATE OF | AMOUNT |
|---|---|---|
| NAME AND ADDRESS OF CREDITOR | SETOFF | OF SETOFF |

**14. Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☒

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☒

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Debtor: | | | | |

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                DATES SERVICES RENDERED

Debtor:
Ecker Enterprises, Inc.                                         thru present
9525 W. Bryn Mawr Avenue, Suite 900
Rosemont, Illinois 60018-5264

Ben Matherly, CPA, CCIFP @ Crowe Horwath, LLP                  2011 thru present
307 South Main Street, Suite 400
Elkhart, Indiana 46516-3174

Stuart Duhl @ Harrison & Held, LLP (holder of corporate record books)   thru present
333 W. Wacker Drive, Suite 1700
Chicago, Illinois 60606

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                    DATES SERVICES RENDERED

Debtor:
N/A

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS

Debtor:
Ben Matherly, CPA, CCIFP @ Crowe               307 South Main Street, Suite 400
Horwath, LLP                                   Elkhart, Indiana 46516-3174

Ecker Enterprises, Inc.                     9525 W. Bryn Mawr Avenue, Suite 900
                                            Rosemont, Illinois 60018

None
☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
     financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

     NAME AND ADDRESS                                       DATE ISSUED

     Debtor:
     N/A

---

**20. Inventories**

None
☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the
     taking of each inventory, and the dollar amount and basis of each inventory.

                                                            DOLLAR AMOUNT
                                                            OF INVENTORY
                                                            (Specify cost, market or other
     DATE OF INVENTORY         INVENTORY SUPERVISOR         basis)

     Debtor:
     N/A

None
☒    b. List the name and address of the person having possession of the records of each of the inventories reported
     in a., above.

                               NAME AND ADDRESSES
                               OF CUSTODIAN
     DATE OF INVENTORY         OF INVENTORY RECORDS

     Debtor:
     N/A

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
     partnership.

     NAME AND ADDRESS           NATURE OF INTEREST          PERCENTAGE OF INTEREST

     N/A

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
     directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
     corporation.

                                                            NATURE AND PERCENTAGE
     NAME AND ADDRESS           TITLE                       OF STOCK OWNERSHIP

     Nick Andreolas             President                   None
     9525 W. Bryn Mawr Avenue, Suite 900                    0
     Rosemont, Illinois 60018

     Frank L. Marrese           Secretary                   None

9525 W. Bryn Mawr Avenue, Suite 900                                    0
Rosemont, Illinois 60018

---

### 22. Former partners, officers, directors and shareholders

None
☒       a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
        preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

N/A

None
☐       b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
        within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Nick Andreolas<br>9525 W. Bryn Mawr Avenue, Suite 900<br>Rosemont, Illinois 60018 | Director | N/A |

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☒       If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
        including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
        during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| N/A | | |

---

### 24. Tax Consolidation Group.

None
☐       If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any
        consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately
        preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|
| Ecker Enterprises, Inc.    | 36-2900894 |

---

### 25. Pension Funds.

None
☒       If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to
        which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately
        preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|
| N/A | |

Date _____ 1-3-14 _____

Signature _____

Print Name
and Title      Nick Andreolas, President

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re:                                          Bankruptcy Case Number: _____

    **Gypsum Construction, Inc.**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: ____1-3-14____

_____
Debtor

_____
Joint Debtor

B 203
(12/94)

# United States Bankruptcy Court

### NORTHERN DISTRICT OF ILLINOIS

In re

**Gypsum Construction, Inc.**

Case No.  _____

**Debtor**

Chapter **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **19,694.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . $ **19,694.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00** ✳

2. The source of the compensation paid to me was:

    ☐ Debtor          ☒ Other (specify) **Ecker Enterprises, Inc.**

3. The source of compensation to be paid to me is:

    ☐ Debtor          ☒ Other (specify) **Ecker Enterprises, Inc.**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~ ----------------

e. [Other provisions as needed]

**\*plus a reasonable hourly rate as needed and necessary**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**N/A**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| 1-3-14 | |
| --- | --- |
| *Date* | **Bruce L. Wald** |
| | *Signature of Attorney* |
| | **Tishler & Wald, Ltd.** |
| | *Name of law firm* |